UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV-,ORENO/OTAZO-REYES

KELLY PHILLIPS and EDEL LEON, )
)
      Plaintiffs, )
vs. )
)
MITCHELL'S LAWN MAINTENANCE )
CORPORATION and )
MITCHELL IGELKO, )
)
      Defendants. )
_____ )

### NOTICE OF FILING CORRECTED SUMMONS AS TO MITCHELL'S LAWN MAINTENANCE CORP

Come Now Plaintiffs, by and trough undersigned counsel and hereby advise the clerk that a corrected summons for Mitchell's Lawn Maintenance Corporation is attached hereto.

      Respectfully submitted,

      J.H. Zidell, Esq.
      J.H. Zidell, P.A.
      Attorney For Plaintiff
      300 71ST Street #605
      Miami Beach, Florida 33141
      Tel: (305)865-6766
      Fax: (305) 865-7167

  By:__/s/ J.H. Zidell_____
      J.H. Zidell, Esq.
      Florida Bar Number: 0010121