UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.1:13-cv-20854-FAM

KELLY PHILLIPS and EDEL LEON     )
                                 )
    Plaintiffs,                  )
                                 )
v.                               )
                                 )
MITCHELL'S LAWN MAINTENANCE      )
CORPORATION and                  )
MITCHELL IGELKO,                 )
                                 )
    Defendants.                  )
_____  )

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendants, MITCHELL'S LAWN MAINTENANCE CORPORATION and MITCHELL IGELKO (collectively "**Defendants**"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule 7.1, request an entry of an order granting the instant motion and as grounds state:

1.    On April 19, 2013, Defendants moved for an extension of time to file a responsive pleading to the Complaint and the Court graciously granted the motion. Accordingly, a response to the Complaint is currently due on or before April 19, 2013.

2.    The undersigned is currently preparing for a special-set trial in the federal court case of *Commercial Long Trading Corp. v. Scottsdale Insurance Company*, Case No. 12-cv-22787. In furtherance of same, on April 19, 2013Plaintiffs' filed nine (9) motions in *limine*.

3.    Additionally, Jesmany Jomarron, Esq. of ESPINOSA | JOMARRON was recently married and returns from his honeymoon on Monday, April 22, 2013. It was unforeseen that his

absence would have such a drastic effect the ability to meet certain deadlines.  However, due to the complexities involved in preparing for the *Commercial Long* case, the undersigned is short staffed and unable to pull firm resources in time to respond to the Complaint.

4. As the Court is aware, Plaintiffs are alleging twenty-three (23) counts against Defendants sounding in employment retaliation under the Fair Labor Standards Act and slander.  However, the undersigned has been unable to communicate with Defendants and as a result is unable to adequately prepare a response which makes good faith allegations/defenses.

5. A short extension will not interfere with the adequate function of this Court.

6. Based on the foregoing Defendants request a brief extension of ten (10) days to file a response.

7. Should the Court grant the instant motion, Defendants' response to the Complaint will be due on or before April 29, 2013.

8. The undersigned has conferred with J.H. Zidell, counsel for Plaintiffs, and opposing counsel has agreed to a ten (10) day extension.

WHEREFORE Defendants, MITCHELL'S LAWN MAINTENANCE CORPORATION and MITCHELL IGELKO, for good cause, hereby move this Honorable Court for entry of an Order granting the instant Second Motion for Extension of Time to file a response to the Complaint, thereby allowing the Defendants to file their response to the Complaint on or before Monday, April 29, 2013.

Respectfully submitted,

By:   /s/ Daniel A. Espinosa
Daniel A. Espinosa, Esq.
Florida Bar No. 81686
**ESPINOSA | JOMARRON**
*Counsel for the Defendants*

                    4300 Biscayne Boulevard, Suite 305
                    Miami, Florida 33137
                    Telephone:   (305) 717-7530
                    Facsimile:   (305) 717-7539
                    E-mail:   despinosa@ejtrial.com

## CERTIFICATE OF GOOD FAITH CONFERRAL

Defendants conferred with Plaintiffs' counsel via e-mail. Plaintiffs' counsel has agreed to a ten-day extension of time.

                    Respectfully submitted,

              By:   /s/ Daniel A. Espinosa
                      Daniel A. Espinosa, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via CM/ECF this 20th day of April, 2013, upon: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, Florida 33141, zabogado@aol.com, Fax: (305) 865-7167.

                    Respectfully submitted,

              By:   /s/ Daniel A. Espinosa
                      Daniel A. Espinosa, Esq.