UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20854-CIV-SIMONTON
(CONSENT CASE)

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND FOR A NEW SCHEDULING ORDER

This matter comes before the Court on Plaintiffs' Motion for Extension of Time and for a New Scheduling Order (DE # 54). By this motion, Plaintiffs seek the entry of a new Scheduling Order extending the dates to complete discovery and other matters due to the difficulties they have experienced in completing discovery. Given that the Court is entering a contemporaneous Order on the motion to dismiss, the Court finds the requested relief warranted on this record. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Extension of Time and for a New Scheduling Order (DE # 54) is **GRANTED**. The parties shall complete a proposed time schedule in accordance with the attached form and submit it to the Court on or before **March 31, 2014**.

**DONE AND ORDERED** at Miami, Florida, on March 17, 2014.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

## Time Schedule

1.      The following time schedule shall govern unless modified by court order after a showing of compelling circumstances.  Absent a court order, a motion to dismiss shall not stay discovery.

| | DATE | ACTION |
|---|---|---|
| By | __/__/2014 | All non-dispositive pretrial motions except discovery motions (including motions pursuant to Federal Rules 14, 15, 18 through 22, and 42) shall be filed.  Any motion to amend or supplement the pleadings filed pursuant to Federal Rules 15(a) or 15(d) shall comport with Local Rule 15.1 and shall be accompanied by the proposed amended or supplemental pleading and a proposed order.  Prior to filing any non-dispositive motion, counsel for the moving party shall confer, or make reasonable effort to confer, with counsel for the opposing party in a good faith effort to resolve the matter, and shall include in the motion a statement certifying that this has been done. |
| By | __/__/2014 | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial.  Only those expert witnesses listed shall be permitted to testify. |
| By | __/__/2014 | Plaintiff shall furnish opposing counsel with summaries or reports of all expert witnesses intended to be called at trial.  The summaries/reports shall include the information required by Federal Rule 26(a)(2):  lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| By | __/__/2014 | Defendant shall furnish opposing counsel with summaries or reports of all expert witnesses intended to be called at trial.  The summaries/reports shall include the information required by Federal Rule 26(a)(2):  lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all |

|  |  |  |
|---|---|---|
|  |  | opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| By | __/__/2014 | Plaintiff shall furnish opposing counsel with a written list containing the names, addresses and summaries/reports of any rebuttal expert witnesses intended to be called at trial.  The summaries/reports shall include the information required by Federal Rule 26(a)(2): lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| By | __/__/2014 | Mediation shall be completed. |
| By | __/__/2014 | All non-expert discovery shall be completed. |
| By | __/__/2014 | All expert discovery shall be completed. |
| By | __/__/2014 | All dispositive pretrial motions and memoranda of law, as well as any motions to exclude or limit proposed expert testimony must be filed.  Any *Daubert/Kumho* motion shall be accompanied by appropriate affidavits. If any party moves to strike an expert affidavit filed in support of a motion for summary judgment [for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and *Kumho Tire Co.  v. Carmichael*, 526 U.S. 137 (1999)], the motion to strike shall be filed with that party's responsive memorandum. |
| By | __/__/2014 | The parties shall furnish opposing counsel with a list of names and addresses of all fact witnesses intended to be called at trial, and only those witnesses shall be permitted to testify. |
| By | __/__/2014 | Pretrial Stipulation.  The joint pretrial stipulation shall be filed  pursuant to Local Rule 16.1(e), and in accordance with paragraph five above.  In conjunction with the joint pretrial stipulation, the parties shall file their motions in *limine*. |
| By | __/__/2014 | Parties shall file a single, joint set of proposed jury instructions and verdict forms, with a copy provided |

|  |  |
|---|---|
|  | to the chambers of the undersigned Magistrate by hand-delivery or facsimile.  The joint jury instructions shall include, in the appropriate order, each instruction as to which the parties agree, and each contested instruction proposed by either party. Following each contested instruction, the opposing party shall state its objection and include a proposed alternative instruction, if one is sought.  Contested jury instructions should include citation of legal authority by each party to support their position, including any applicable regulations contained in the Code of Federal Regulations. |
| **__/___, 2014 at 10:00 a.m.** | **Pretrial conference** |
| **__/___, 2014 at 9:00 a.m.** | **Jury trial commences and is expected to last 3-4 days.** |