UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-20854-CIV-SIMONTON

CONSENT CASE

KELLY PHILLIPS and EDEL LEON,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　　　　　　　　　　　)
　vs.　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
MITCHELL'S LAWN MAINTENANCE CORP.　)
and MITCHELL IGELKO,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　　　　　　　　)
_____)

**PROPOSED TIME SCHEDULE**

**Date**

| | |
|---|---|
| Plaintiffs seek: 7/17/15 | All non-dispositive pretrial motions except discovery motions (including motions pursuant to Fed.R.Civ.P. 14, 15, 18 through 22, and 42) shall be filed. Any motion to amend or supplement the pleadings filed pursuant to Fed. R. Civ. P. 15(a) or 15(d) shall comport with S.D. Fla. L.R. 15.1 and shall be accompanied by the proposed amended or supplemental pleading and a proposed order. **Prior to filing any non-dispostive motion, counsel for the moving party shall confer, or make reasonable effort to confer, with counsel for the opposing party in a good faith effort to resolve the matter, and shall include in the motion a statement certifying that this has been done.** |
| Defendants seek: 1/15/15 | |
| 12/19/14 | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial. Only those expert witnesses listed shall be permitted to testify. |
| 12/22/14 | Plaintiff shall furnish opposing counsel with summaries or reports of all expert witnesses intended to be called at trial. The summaries/reports shall include the information required by Fed.R.Civ.P. 26(a)(2): lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, |

| | |
|---|---|
| | the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| 1/5/15 | Defendant shall furnish opposing counsel with summaries or reports of all expert witnesses intended to be called at trial. The summaries/reports shall include the information required by Fed.R.Civ.P. 26(a)(2): lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| 1/20/15 | Plaintiff shall furnish opposing counsel with a written list containing the names, addresses and summaries/reports of any rebuttal <u>expert</u> witnesses intended to be called at trial. The summaries/reports shall include the information required by Fed.R.Civ.P. 26(a)(2): lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion. |
| 11/19/14 | Mediation shall be completed. |
| 3/15/15 | All non-expert discovery shall be completed. |
| 3/15/15 | All expert discovery shall be completed. |
| 5/15/15 | All dispositive pretrial motions and memoranda of law, as well as any motions to exclude or limit proposed expert testimony must be filed. Any *Daubert/Kumho* motion shall be accompanied by appropriate affidavits. If any party moves to strike an expert affidavit filed in support of a motion for summary judgment [for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999)], the motion to strike shall be filed with that party's responsive memorandum. |
| 12/15/14 | The parties shall furnish opposing counsel with a list of names and addresses of all fact witnesses intended to be called at trial, and only those witnesses shall be permitted to testify. |

|  |  |
|---|---|
|  | Pretrial Stipulation.  The joint pretrial stipulation shall be filed pursuant to S.D.Fla.L.R. 16.1(E), and in accordance with paragraphs six above.  In conjunction with the joint pretrial stipulation, the parties shall file their motions in limine. |
| 7/10/15 | Plaintiff shall file a single, joint set of proposed jury instructions and verdict forms, with a copy provided to the chambers of the undersigned Magistrate Judge by hand-delivery or facsimile.  The joint jury instructions shall include, in the appropriate order, each instruction as to which the parties agree, and each contested instruction proposed by either party.  Following each contested instruction, the opposing party shall state its objection and include a proposed alternative instruction, if one is sought.  Contested jury instructions should include a citation of legal authority by each party to support their position, including any applicable regulations contained in the Code of Federal Regulations. |
| 7/17/15 | Pretrial Conference.<br>**At 10:00am** |
| 8/10/15 | Specially set trial commences and is expect to last 3-5 days.<br>**At 10:00am** |

Dated: March 31, 2014.


Respectfully submitted,

| __/S/_ RIVKAH F. JAFF__ | __/S/_ DANIEL A. ESPINOSA__ |
|---|---|
| RIVKAH F. JAFF | DANIEL A. ESPINOSA |
| F.B.N. 107511 | F.B.N. 81686 |
| J.H. ZIDELL, P.A. | ESPINOSA │JAMARRON |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
| 300 71ST STREET, #605 | 4300 BISCAYNE BOULEVARD, #305 |
| MIAMI BEACH, FLA. 33141 | MIAMI, FLA. 33137 |
| PH: 305-865-6766 | PH: 305-717-7530 |
| FAX: 305-865-7167 | FAX: 305-717-7539 |
| RIVKAH.JAFF@GMAIL.COM | DESPINOSA@EJTRIAL.COM |
|  |  |
|  | __/S/_ RAFAEL VIEGO, III__ |
|  | RAFAEL VIEGO, III |
|  | F.B.N. 60967 |
|  | ESPINOSA │JAMARRON |
|  | ATTORNEYS FOR DEFENDANTS |

                4300 BISCAYNE BOULEVARD, #305  
                MIAMI, FLA. 33137  
                PH: 305-717-7530  
                FAX: 305-717-7539  
                RVIEGO@EJTRIAL.COM