# G**RAY**R**OBINSON**

Attorneys At Law
Suite 1400
301 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

December 17, 2013
FILE # 352001 - 96

Invoice #    10398463
Re:          Phillips, Kelly, et al. v. Mitchell Igelko, et al.

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

|  |  |
|---|---|
| CURRENT FEES: | $ 1,312.50 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| CURRENT BALANCE DUE: | $ 1,312.50 |
| PLAINTIFF'S PORTION: | $   656.25   (paid on 12/20/13) |
| DEFENDANT'S PORTION: | $   656.25 |

0611

**CLIENT COPY**
**PAYMENT IS DUE UPON RECEIPT**

**Professional Services:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/11/13 | MQ | Attend mediation. | 3.50 | $ 1,312.50 |

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Quintana, Marlene | 3.50 | $ 375.00 | $ 1,312.50 |
| Current Fees: | | | $ 1,312.50 |

**Disbursements:**

| Description | Amount |
|---|---|
| Current Disbursements | $0.00 |