UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV-SIMONTON

<u>CONSENT CASE</u>

KELLY PHILLIPS and EDEL LEON,   )
                                )
            Plaintiffs,         )
    vs.                         )
                                )
MITCHELL'S LAWN MAINTENANCE     )
CORPORATION and                 )
MITCHELL IGELKO,                )
                                )
            Defendants.         )
_____)

<u>MOTION FOR SECOND EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS</u>

Come Now, Plaintiffs, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(a) and Local Rule 7.1, Plaintiffs request an entry of an order granting the above-described motion ("Motion for Extension of Time"), and as grounds states:

1. In this matter's Scheduling Order [DE 74], this Court required that all Dispositive Motions be filed by April 22, 2015.

2. Due to the voluminous nature of the discovery in this matter and the complex relationships, Plaintiffs needed additional time to prepare and file their dispositive motions. They requested an extension of time to file their dispositive motions until April 28, 2015 [DE 116]. This Court granted that motion [DE 117].

3. Plaintiffs have had difficulty coordinating the receipt of all necessary depositions and trial transcripts despite their efforts to comply with the Scheduling Order [DE 74]. The parties request one more extension of the dispositive motion date by one week to May 5th, 2015.

4. This extension would not affect any other deadline in this matter.

Wherefore, the Parties request that this Court extend the time in which the parties may file any dispositive motion to May 5th, 2015.

Respectfully submitted this 28th day of April, 2015.

>J.H. Zidell, P.A.
>Attorney for Plaintiffs
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>
>By:_/s/ Elizabeth O. Hueber
>Elizabeth O. Hueber
>Florida Bar No.: 0073061

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues on April 28, 2015. Defendants' counsel has not agreed to the extension of time.

>By:_/s/ Elizabeth Olivia Hueber
>Elizabeth Olivia Hueber
>Florida Bar No.: 0073061

## **CERTIFICATE OF SERVICE:**

  I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Extension of Time to File Dispositive Motion was served via CM/ECF to Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, email: despinosa@ejtrial.com, Rafael Viego, III, Esq., ESPINOSA | JOMARRON, 4300 Biscayne Blvd., Suite 305, Miami, Florida 33137, Fax: (305)717-7539, Email: rviego@ejtrial.com on this 28th day of April, 2015.

                Respectfully submitted,

                J.H. Zidell, P.A.
                Attorney for Plaintiffs
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167

                By: /s/ Elizabeth O. Hueber
                Elizabeth O. Hueber
                Florida Bar No.: 0073061