Ex. B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV- SCOLA/SIMONTON

**CONSENT CASE**

KELLY PHILLIPS and EDEL LEON,

   Plaintiffs,
vs.

MITCHELL'S LAWN MAINTENANCE
CORPORATION and
MITCHELL IGELKO,

   Defendants.
_____

**PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES**

Now Come Plaintiffs, by and through undersigned counsel, and make the following Supplemental Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1A.

**General Statement**

As Plaintiffs continue to obtain further information and documents through discovery and trial preparation, Plaintiffs reserve the right to supplement and/or amend these disclosures as necessary and appropriate.

**F.R.C.P. 26 (a)(1)(A)[1]**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

---

[1] Supplemented to include addresses.

Ex. B

**Response to F.R.C.P. 26 (a)(1)(A)**

1. Victor Cifuentes, 10771 SW 188th Street, Miami, Florida 33157.
2. Vichith Phanitdasack, 15892 SW 137th Ave, Miami, Florida 33177
3. Francisco Torres, 7740 SW 75th Terrace, Miami, Florida 33143.
4. Alma Del Rio, 90 Edgewater Drive, # 121, Coral Gables, Florida 33133.
5. Edel Alfonso, 10715 SW 190th Street, Suite 40, Cutler Bay, Florida 33157.
6. Noel Baez, 8185 NW 7th Street, Apr. 408, Miami, Florida 3326
7. Patricia Martinez, believed to be incarcerated at the Florida Women's Reception Center, 3700 NW 111th Place, Ocala, Florida 34482.
8. Christian Sahs, 13400 SW 82nd Court, Miami, Florida 33156.
9. John Jefferson, 1602 NW 2nd Ave, Homestead, Florida 33030.
10. Esteban Del Sol, 16900 SW 120th Court, Miami, Florida 33177.
11. Jose Mendoza, 25405 SW 129th Place, Lot 714, Homestead, Florida 33032.
12. Eduardo Miguelez, 11036 SW 139th Place, Miami, Florida 33186.
13. John Chadwell, 18720 SW 89th Road, Miami, Florida 33157.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:_____
J.H. Zidell, Esq.
Florida Bar Number: 10121

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Supplemental initial disclosures was sent via CM/ECF to Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, on this 3rd day of February 2014.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By_____
J.H. Zidell, Esq.
Florida Bar Number: 10121