Ex. D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV- SCOLA/SIMONTON

**CONSENT CASE**

KELLY PHILLIPS and EDEL LEON,

        Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORPORATION and
MITCHELL IGELKO,

        Defendants.

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES**

Now come the Plaintiffs through the undersigned, and makes the following Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1B.

**General Statement**

As Plaintiffs continue to obtain further information and documents through discovery and trial preparation, Plaintiffs reserve the right to supplement and/or amend these disclosures as necessary and appropriate.

**F.R.C.P. 26 (a)(1)(A)**

1. Jose Mendoza, 25405 SW 129th Place, Lot 714, Homestead, Florida 33032.

2. Luis Solozano. (305) 224-3846.

3. Javier Gonzalez. (786) 398-1409.

4. Yahilia Chirino. (786) 281-1143.

5. Cristina Paret. (305) 219-5619.

6. Luisa Ginsberg. (Unknown Phone Number and Unknown Address).

**Response to Part B:**

1. Copy of the Complaint filed in case styled as Mitchell's Lawn Maintenance Corporation v. Miranda's Lawn Maintenance, Corp., et al., Case No. 09-69166 CA 01.

2. Copy of the Agreed Order of Dismissal with Prejudice in case styled as Mitchell's Lawn Maintenance Corporation v. Miranda's Lawn Maintenance, Corp., et al., Case No. 09-69166 CA 01.

3. Copy of emails by and between Defense Counsel and Plaintiff's Counsel.

4. Copy of Edel Leon and Kelly Phillips Motion for Sanctions and Attorney's Fees Pursuant to Florida Statute §57.105 and accompanying letter regarding same in case styled as Mitchell's Lawn Maintenance Corporation v. Miranda's Lawn Maintenance, Corp., et al., Case No. 09-69166 CA 01.

5. Copy of documents received in response to Plaintiffs' Notice and Subpoena served on Sophiea Bailey.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Supplemental initial disclosures was sent via CM/ECF to Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, on this 9th day February, 2015.

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
  Rivkah F. Jaff, Esquire
  Florida Bar No.: 107511
  Florida Bar Number: 10121