**Rafael Viego III**

| | |
|---|---|
| **From:** | Rivkah Jaff <rivkah.jaff@gmail.com> |
| **Sent:** | Monday, February 16, 2015 10:36 AM |
| **To:** | Rafael Viego III |
| **Cc:** | Daniel A. Espinosa; Karl Kelly; Illy Belmont; Daniel Feld |
| **Subject:** | RE: Phillips et al. v. Igelko et al. -- Case No. 13-20854 -- DEPOSITION DATES FOR PLAINTIFFS' FACT WITNESSES |

I am in mediation and will get back to you then I return to the office. Do not unilaterally set.

On Feb 16, 2015 10:25 AM, "Rafael Viego III" <rviego@ejtrial.com> wrote:

**Re:   Phillips et al. v. Igelko et al.**

Case No. 13-20854

File No.: 0065.021

Rivkah,

You requested that we wait until today to serve the subpoenas to depose Eduardo Miguelez, Brian Muñoz, Linda Raymond, Ahmed Andrade, Christian Sahs, John Jefferson, Edel Alfonso, John Chadwell, and George Nachwalter. We do not want to engage in a waiting game for you to provide us with simple dates. Please provide us with the dates by 1:00 p.m. today. If we do not hear from you, we will proceed to serve the subpoena for the dates of our choosing.

In addition, please provide us with dates for the following individuals: Pedro Rojas, Francisco Torres, Noel Baez, Danilo Palacio, Javier Gonzalez, Andre Guzman, Reinaldo Leyva, Mario Oliva, Luis Solozano, and Ruben Melgar. Please provide dates for your availability or any other attorney working this file with you from February 26 – March 15, 2015. Since you are providing us with dates for the individuals listed in the first paragraph, please provide us with dates for the new individuals today. At the latest, if we do not hear back from you on or before tomorrow, Tuesday, February, 17, 2015, for the new individuals, we will assume you are available and select the dates that we are available.

Best,

Rafael Viego III

1

EX. E

*Attorney at Law*



ESPINOSA | JOMARRON
ATTORNEYS AT LAW

4300 Biscayne Boulevard, Suite 305

Miami, Florida 33137

Office 305.717.7530 | Direct 305.717.7536

Cell 786.326.8514 | Fax 305.717.7539

rviego@ejtrial.com | www.ejtrial.com


**CONFIDENTIALITY NOTICE:** This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message. If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7530 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.


Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.


 Please consider the environment before printing this e-mail.


**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Friday, February 13, 2015 8:16 AM
**To:** Daniel A. Espinosa
**Cc:** Daniel Feld; Karl Kelly; Rafael Viego III; Illy Belmont
**Subject:** Re: Phillips et al. v. Igelko et al. -- Case No. 13-20854 -- DEPOSITION DATES FOR PLAINTIFFS' FACT WITNESSES

Daniel: