# Rafael Viego III

**From:** Rivkah Jaff <rivkah.jaff@gmail.com>
**Sent:** Thursday, February 19, 2015 3:06 PM
**To:** Rafael Viego III
**Cc:** Daniel A. Espinosa; zabogado@aol.com; danielfeld.esq@gmail.com
**Subject:** Re: SERVICE OF COURT DOCUMENTS 13-20854

Mr. Viego:

Yesterday notice was sent out regarding Ms. Bailey's deposition for February 26, 2015, commencing at 2 p.m. You have noticed the deposition of Noel Baez for 1:30 on the same date. Please be aware that we will be starting Ms. Bailey's deposition timely (unlike last time) and, thus, you will be limited to a half an hour.

Also, please be aware that we are unable to attend a deposition on Friday so late in the afternoon (you have scheduled a deposition for March 6, commencing at 3:30 p.m.) due to religious observance of many of those in the Firm. Please reschedule same for another date or earlier.

Best,
Rivkah Jaff, Esq.

On Thu, Feb 19, 2015 at 12:50 PM, Rafael Viego III <rviego@ejtrial.com> wrote:
Re:   Phillips, et al. v. Igelko, et al.
      Case No.:   13-20854
      File No.:   0065.021

Rivkah,

Attached hereto, please find the Notice of Taking Deposition for the following individuals: George Nachwalter, Francisco Torres, Edel Alfonso, Noel Baez, John Chadwell, Christian Sahs and John Jefferson.

You have not disclosed the addresses for the following individuals Ruben Melgar, Danilo Palacio, Javier Gonzalez, Pedro Rojas, Andre Guzman, Mario Oliva, and Luis Solorzano. Please do so by the end of today.

Best,

Rafael Viego III
Attorney at Law
[Description: Description: ESPINOSAD--Ltrhead--33aR09aP02ZL-Arthur9a]
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Office 305.717.7530 | Direct 305.717.7536
Cell 786.326.8514 | Fax 305.717.7539
rviego@ejtrial.com<mailto:rviego@ejtrial.com> | www.ejtrial.com<http://www.ejtrial.com/>

CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message.  If you have received this e-mail message in

1

Ex. F

error, please notify me immediately by return e-mail or by telephone at (305) 717-7530 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

P  Please consider the environment before printing this e-mail.

--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ, and
The United States District Court for the Southern District of FL.

J.H. Zidell, PA

NOTICE: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

NOTICE: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.