## Rafael Viego III

| | |
|---|---|
| **From:** | ZAbogado@aol.com |
| **Sent:** | Monday, February 23, 2015 1:31 PM |
| **To:** | Daniel A. Espinosa; rivkah.jaff@gmail.com |
| **Cc:** | Rafael Viego III; Jesmany Jomarron; david.kelly38@rocketmail.com; aligm03@aol.com |
| **Subject:** | Re: Invalid subpoenas for third party depositions. |

Mr. Espinoza and Gentlemen:

Your process server, within the past 15 minutes, came and dropped off a stack of subpoenas for several individuals: namely, Melgar, Rojas, Palacio, Guzman, Munoz, Raymond, Solorzano, Leyva, and Oliva. My secretary signed for these thinking that they were a delivery for our office. She is not authorized to accept process for any of these witnesses. At no time prior did we ever indicate otherwise. Additionally, several of your unilaterally selected dates are in violation of the Local Rules etc.. as insufficient time is being afforded to these third party witnesses for the same. Lastly, we find it very transparent for you to attempt to try to set some of these depos this week when just last Friday (02.20.15) you requested that we cancel 2 depositions set for today because you had been called to start trial this week in a State related matter.

For the above reasons, none of the above named witnesses will appear for depositions that you have improperly tried to serve through our office. I trust that a motion for protective order will not be necessary.

Regards,

```
J.H. Zidell, Esq.
J.H. Zidell P.A.
City National Bank Building
300 71st Street #605
Miami Beach, Fla. 33141
Tel. 305-865-6766
Fax: 305-865-7167
email: Zabogado@aol.com
```

In a message dated 2/18/2015 9:07:24 P.M. Eastern Standard Time, despinosa@ejtrial.com writes:

> Respectfully, you cannot continue to misrepresent facts. That is absolutely false. You have represented to the Court that the State did not produce documents related to Hary de la Cruz. This, too, is flat out false. After Judge Simonton stated that today your Motion to Compel Ms. Bailey's Deposition was improper and premature, she specifically ruled that you have a <u>maximum of 4 hours and 45 minutes left to depose Ms. Bailey.</u>

Best,

*Danny*

Daniel A. Espinosa, Esq.

1

Ex. G