## Rafael Viego III

| | |
|---|---|
| **From:** | Daniel A. Espinosa |
| **Sent:** | Tuesday, February 24, 2015 8:13 PM |
| **To:** | ZAbogado@aol.com; rivkah.jaff@gmail.com |
| **Cc:** | Rafael Viego III; Jesmany Jomarron; david.kelly38@rocketmail.com; aligm03@aol.com |
| **Subject:** | RE: Invalid subpoenas for third party depositions. |

Mr. Zidell: there must be a misunderstanding. First, allow me to respond to the transparency comment as follows: me, Jesmany, and Rafael are in trial before Judge Rosa Rodriguez in the case of Gomez v. Citizens. This past Thursday we were called to trial, which commenced today, despite being told we were being rolled over. Second, Rafael and I have asked for the addresses of the witnesses in the Melgar case and the "current employees" of which you failed to provide (and were required to under the Rule 26). To date I do not have them. You keep stalling on providing them, which is the reason your office was served (and the fact you that you represented them). Plaintiffs have listed all employees in the Melgar case so they will be deposed. For you to suggest they will not appear is an interesting statement, which I hope we do not need to address with the Court. Are you suggesting that you will instruct these individuals not to attend? I will take it that you are not as such action is unethical and sanctionable.

If you do provide addressed by tomorrow at noon, we will have to compel the addresses. I will have limited access to emails through Friday but will be checking specifically for your response.

Best,

*Danny*

Daniel A. Espinosa, Esq.



## ESPINOSA | JOMARRON
### ATTORNEYS AT LAW

4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Direct 305.717.7532 | Fax 305.717.7539
despinosa@ejtrial.com | www.ejtrial.com

CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message. If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7531 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

P  Please consider the environment before printing this e-mail.

---

**From:** ZAbogado@aol.com [mailto:ZAbogado@aol.com]
**Sent:** Monday, February 23, 2015 1:31 PM
**To:** Daniel A. Espinosa; rivkah.jaff@gmail.com

1

Ex. H

**Cc:** Rafael Viego III; Jesmany Jomarron; david.kelly38@rocketmail.com; aligm03@aol.com
**Subject:** Re: Invalid subpoenas for third party depositions.

Mr. Espinoza and Gentlemen:

Your process server, within the past 15 minutes, came and dropped off a stack of subpoenas for several individuals: namely, Melgar, Rojas, Palacio, Guzman, Munoz, Raymond, Solorzano, Leyva, and Oliva. My secretary signed for these thinking that they were a delivery for our office. She is not authorized to accept process for any of these witnesses. At no time prior did we ever indicate otherwise. Additionally, several of your unilaterally selected dates are in violation of the Local Rules etc.. as insufficient time is being afforded to these third party witnesses for the same. Lastly, we find it very transparent for you to attempt to try to set some of these depos this week when just last Friday (02.20.15) you requested that we cancel 2 depositions set for today because you had been called to start trial this week in a State related matter.

For the above reasons, none of the above named witnesses will appear for depositions that you have improperly tried to serve through our office. I trust that a motion for protective order will not be necessary.

Regards,

```
J.H. Zidell, Esq.
J.H. Zidell P.A.
City National Bank Building
300 71st Street #605
Miami Beach, Fla. 33141
Tel. 305-865-6766
Fax: 305-865-7167
email: Zabogado@aol.com
```

In a message dated 2/18/2015 9:07:24 P.M. Eastern Standard Time, despinosa@ejtrial.com writes:

> Respectfully, you cannot continue to misrepresent facts. That is absolutely false. You have represented to the Court that the State did not produce documents related to Hary de la Cruz. This, too, is flat out false. After Judge Simonton stated that today your Motion to Compel Ms. Bailey's Deposition was improper and premature, she specifically ruled that you have a <u>maximum of 4 hours and 45 minutes left to depose Ms. Bailey</u>.
>
> **Best,**
>
> *Danny*
>
> Daniel A. Espinosa, Esq.