UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV- SCOLA/SIMONTON

**CONSENT CASE**

KELLY PHILLIPS and EDEL LEON, )
)
        Plaintiffs, )
vs. )
)
MITCHELL'S LAWN MAINTENANCE )
CORPORATION and )
MITCHELL IGELKO, )
)
        Defendants. )
_____ )

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES**

Now come the Plaintiffs through the undersigned, and makes the following Supplemental Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1B.

**General Statement**

As Plaintiffs continue to obtain further information and documents through discovery and trial preparation, Plaintiffs reserve the right to supplement and/or amend these disclosures as necessary and appropriate.

**Response to Part A:**

1. Lateefah Cave-Rose. Miami-Dade Police Department, Economic Crimes Bureau. 1701 Northwest 87th Avenue, Suite 100, Doral, FL 33172.

2. Sophiea Bailey. Assistant State Attorney, A Judge Glick, Miami Dade State Attorney's Office, 1350 NW 12th Ave, Miami FL 33136.

Ex. I

3. Susan Crouch. Berenfeld, Spritzer, Shechter & Sheer. 2525 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL.

4. Lucerito Calonge, Investigative Accountant. Current address and telephone number unknown.

5. Jerry Slokam. Investigative Accountant. Current address and telephone number unknown.

6. Massimo Magnani. Magnani CPA. 4770 Biscayne Boulevard, Suite 970, Miami, FL 33137. Tel: 786 332 3362. Fax: 786332 3464. max@magnanicpa.com.

7. Rolando Leiva C.P.A. (Defendants' Accountant). 7400 Southwest 50th Terrace #302, Miami, FL 33155. (305) 663-1511.

8. Lourdes Hernandez . Accountant for Harry De La Cruz. 741 NE 8th Street, Homestead, FL 33030.

9. Daniel Espinosa, Esq. Espinosa | Jomarron, 4300 Biscayne Blvd., Suite 1500, Miami, FL 33137.

10. Jesmany Jomarron. Espinosa | Jomarron, 4300 Biscayne Blvd., Suite 1500, Miami, FL 33137.

11. Lorna Salomon. Senior Employment Counsel. Records Custodian. State Attorney's Office 1350 N.W. 12th Avenue, Miami, Florida 33136.

12. Vivian Machaber, 14085 SW 139th Court, Miami, Florida 33196.

**Response to Part B:**

1. Video footage of the Car Park's attendant regarding tire slashing.
2. Video footage of Mitchell Igelko's neighbor.
3. Banks Statements (pursuant to Order Following Informal Discovery Hearing and Granting Leave to File Amended Complaint (the "Discovery Order" [D.E. 87]).

4. Copy of the Complaint filed in case styled as Mitchell's Lawn Maintenance Corporation v. Miranda's Lawn Maintenance, Corp., et al., Case No. 09-69166 CA 01.

5. Copy of the Agreed Order of Dismissal with Prejudice in case styled as Mitchell's Lawn Maintenance Corporation v. Miranda's Lawn Maintenance, Corp., et al., Case No. 09-69166 CA 01.

6. All documents produced in the State Matter (i.e. responsive to subpoenas, exhibits for depositions, discovery, et.) in case styled as Mitchell's Lawn Maintenance Corporation v. Miranda's Lawn Maintenance, Corp., et al., Case No. 09-69166 CA 01.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By: s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Supplemental initial disclosures was sent via CM/ECF to Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard, Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, on this 26th day February, 2015.

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq.___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511
Florida Bar Number: 10121