# Rafael Viego III

| | |
|---|---|
| **From:** | Rafael Viego III |
| **Sent:** | Friday, February 27, 2015 11:08 AM |
| **To:** | Rivkah Jaff |
| **Cc:** | Daniel A. Espinosa; Jesmany Jomarron; Illy Belmont; Karl Kelly; zabogado@aol.com |
| **Subject:** | Re: SERVICE OF COURT DOCUMENTS - FED 2013 Phillips/Mitchells |

Rivkah,

I will be moving to compel the addresses for all of the employees in the Melgar case as well as the other employees you don't name in the complaint. You were required to produce them as part of your Rule 26 Disclosures. I will be informing the Court that after multiple requests you have refused to provide the addresses. We have a short period of time to depose these individuals and I have to assume that this is a stalling tactic on your behalf.

Sent from my iPhone

On Feb 26, 2015, at 8:30 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:

> Counsel:
>
> Please find attached hereto Plaintiffs' Supplemental Disclosures pursuant to Rule 26(a)(1).
>
> Best,
> Rivkah Jaff, Esq.
>
>
> --
> Rivkah F. Jaff, Esq., M.A.
> Admitted to practice in FL, NY, NJ, and
> The United States District Court for the Southern District of FL.
>
> J.H. Zidell, PA
>
> NOTICE: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.
>
> NOTICE: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.
>
> <Plaintiffs' Supplemental Disclosures 2.26.15.pdf>

Ex. J