# Rafael Viego III

| | |
|---|---|
| **From:** | Rafael Viego III |
| **Sent:** | Wednesday, March 04, 2015 6:25 PM |
| **To:** | Rivkah Jaff |
| **Cc:** | Daniel A. Espinosa; ZAbogado@aol.com; Jesmany Jomarron; david.kelly38@rocketmail.com; aligm03@aol.com |
| **Subject:** | Re: Invalid subpoenas for third party depositions. |

Rivkah,

I point you to Rule 26(a)(1)(A)(i). You are require to disclose the name address and telephone number of all individuals likely to have discoverable information. Nowhere does it say you can withhold the information until we have shown you yacht we have exhausted other avenues of obtaining the contact information. Furthermore, releasing your former clients' contact information is not privileged information.

Rule 26. Duty to Disclose; General Provisions Governing Discovery

(a) REQUIRED DISCLOSURES.

  (1) *Initial Disclosure.*

    (A) *In General.* Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

      (i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

Sent from my iPhone

On Mar 4, 2015, at 6:08 PM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:

> Mr. Viego:
>
> I reviewed the stack of subpoenas for several individuals which you served on the Firm's secretary, who was not authorized to accept process for any of the witnesses and at no time did we indicate otherwise.
>
> My Leyva, Mr. Solorzano, Mr. Guzman, Mr. Gonzalez, Mr. Melgar, Mr. Palacio, and Mr. Rojas were all former employees of Defendants and as such Defendants are in a better position to provide addresses for same.
>
> Defendants have been aware of these witnesses for months. You have not articulated what you have already done in order to obtain the addresses for same. Please advise as to what steps Defendants have taken to exhaust its methods of obtaining the addresses of said witnesses. While some of these witnesses were former clients of the Firm for us to go into their files and extract their addresses without authorization to provide to Defendants would be a violation of attorney-client privilege and we will not

Ex. K

agree to do same. Said clients have not authorized us to provide you with this attorney-client privileged information.

We will provide you with the address for Brian Munoz, however, he is currently in Michigan. Under information and belief Mr. Gonzalez and Mr. Olivia are not in the United States, however in no way should you interpreter this as Plaintiffs agreeing to strike said individuals as witnesses.

We do not know who Linda Raymond is and cannot provide you with an address for same.

Best,
Rivkah Jaff, Esq.

On Tue, Feb 24, 2015 at 8:13 PM, Daniel A. Espinosa <despinosa@ejtrial.com> wrote:

> Mr. Zidell: there must be a misunderstanding. First, allow me to respond to the transparency comment as follows: me, Jesmany, and Rafael are in trial before Judge Rosa Rodriguez in the case of Gomez v. Citizens. This past Thursday we were called to trial, which commenced today, despite being told we were being rolled over. Second, Rafael and I have asked for the addresses of the witnesses in the Melgar case and the "current employees" of which you failed to provide (and were required to under the Rule 26). To date I do not have them. You keep stalling on providing them, which is the reason your office was served (and the fact you that you represented them). Plaintiffs have listed all employees in the Melgar case so they will be deposed. For you to suggest they will not appear is an interesting statement, which I hope we do not need to address with the Court. Are you suggesting that you will instruct these individuals not to attend? I will take it that you are not as such action is unethical and sanctionable.
>
> If you do provide addressed by tomorrow at noon, we will have to compel the addresses. I will have limited access to emails through Friday but will be checking specifically for your response.
>
> Best,
>
> *Danny*
>
> Daniel A. Espinosa, Esq.
>
> <image002.png>
>
> 4300 Biscayne Boulevard, Suite 305

2