UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV- SCOLA/SIMONTON

### CONSENT CASE

KELLY PHILLIPS and EDEL LEON,    )
    )
        Plaintiffs,    )
    vs.    )
    )
MITCHELL'S LAWN MAINTENANCE    )
CORPORATION and    )
MITCHELL IGELKO,    )
    )
        Defendants.    )
    )

### PLAINTIFFS' SUPPLEMENTAL DISCLOSURES

Now come the Plaintiffs through the undersigned, and makes the following Supplemental Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1B.

### General Statement

As Plaintiffs continue to obtain further information and documents through discovery and trial preparation, Plaintiffs reserve the right to supplement and/or amend these disclosures as necessary and appropriate.

### Response to Part A:

1. Danilo Palacios. (Address Currently Unknown).

2. Javier Gonzalez. (Address Currently Unknown).

3. Mateo Pop. (Address Currently Unknown).

4. Gilberto Rodriguez Vasquez. (Address Currently Unknown).

5. Victor Antonio Gutierrez. (Address Currently Unknown).

**1 of 5**

Ex. L

6. Frank Diaz Guerrero. (Address Currently Unknown).

7. Carlos Diaz Guerrero. (Address Currently Unknown).

8. Marcelino Mateo Marcos. (Address Currently Unknown).

9. Alexander Briceno. (Address Currently Unknown).

10. Edgar Melgar. (Address Currently Unknown).

11. Maria Oliva. (Address Currently Unknown).

12. Oseas Reyes. (Address Currently Unknown).

13. William Cruz Rodriguez. (Address Currently Unknown).

14. Pedro Rosas. (Address Currently Unknown).

15. Cesar Castro. 8226 Silrer Birch Way, Lehigh Acres, FL 33971.

16. Anita Aviles. (Address Currently Unknown).

17. Rick Tyrone Winkfield. 14761 Pierce Street, Miami, FL.

18. Ronald E. Luis. 1477 Southwest Eighth Avenue, Florida City, FL.

19. Rafael Diaz Martinez. 837 SW 5th Street, Apt. 6, Florida City, FL.

20. Ruben Rodriguez Melgar. (Address Currently Unknown).

21. Andres Guzman. (Address Currently Unknown).

22. Adriana Gelman. c/o Espinosal Jomarron.

23. Thomas Wilfong. 6604 Southwest 136 Street Miami, FL 33183.

24. Marguerite Wilfong. 6604 Southwest 136 Street Miami, FL 33183.

25. Olen Wilfong. 6604 Southwest 136 Street Miami, FL 33183.

26. Records Custodian of Best Vest Corp. 12390 Southwest 131 Avenue, Miami, FL 33186.

27. Lydia Cabrera. (Address Currently Unknown).

28. Esteban Del Sol. 16900 SW 120 Court, Miami, FL 33177.

29. Ralph Diaz. (Address Currently Unknown).

30. Luisa Ginsberg. (Address Currently Unknown).

31. Anita Aviles Ramirez. 1410 West Indian Avenue. Southbend, Indiana 46613.

32. Records Custodian of Power Financial Credit Union. c/o Wellbaum Guernsey. 901 Ponce de Leon Blvd., Penthouse Suite, Miami, FL 33134.

33.  Records Custodian for Miranda's Lawn Maintenance, Corp. c/o Espinosa Jomarron.

34. Records Custodian for Mitchell's Lawn Maintenance Corp. c/o Espinosa Jomarron.

35. Records Custodian for M.I. Quality Lawn Maintenance, Inc. c/o Espinosa Jomarron.

36. Javier Gonzales. (Address Currently Unknown).

37. Adriana Igelko. c/o Espinosa Jomarron.

38. Steve Roadruck. Roadruck Investigations, Inc. 4040 Northeast 2nd Avenue, Suite 303, Miami, FL 33137.

39. Records Custodian of Roadruck Investigations, Inc. 4040 Northeast 2nd Avenue, Suite 303, Miami, FL 33137.

40. Records Custodian of Best Equipment Repairs and Rentals, LLC.6604 Southwest 136 Place, Miami, FL 33183.

41. Records Custodian of Best Equipment and Repair, Inc. 12390 Southwest 131 Avenue, Miami, FL 33186.

42. Jorge Caso. 501 Northeast 1 Avenue, Suite 102, Miami, FL 3313.

43. Diana Fuentes. 501 Northeast 1 Avenue, Suite 102, Miami, FL 3313.

44. Rigo (Last Name Unknown). 501 Northeast 1 Avenue, Suite 102, Miami, FL 3313.

45. Michael (Last Name Unknown). 501 Northeast 1 Avenue, Suite 102, Miami, FL 3313.

46. 13. Records Custodian, AT&T. P.O. Box 204089, Austin, TX 78720-4089. EMAIL: attmobility.ncc@att.com. FAX: (888) 938-4715. VOICE: (800) 635-6840.

47. 14. Records Custodian, MetroPCS. 2250 Lakeside Blvd., Richardson, TX 75082. VOICE: (800) 571-1265. FAX: (972) 860-2635. EMAIL: subpoenas@metropcs.com.

48. Records Custodian of Economic Crimes Unit. Miami-Dade State Attorney's Office, Economic Crimes Unit, Miami-Dade State Attorney's Office, 99 Northeast 4 Street, Miami, FL 33132.

49. Records Custodian of Miami-Dade Police Department. Economic Crimes Bureau. 1701 Northwest 87 Avenue, Suite 100, Doral, FL 33172.

50. Oscar Pena. (Address Currently Unknown).

51. John Jefferson. 1602 NW 2 Avenue, Homestead, FL 33030.

52. Dennis Dill. Records Custodian of Power Financial Credit Union. c/o Wellbaum Guernesy.

**Response to Part B:**

1. Harry De La Cruz Trial Testimony from the 10-20506-CIV-SIMONTON trial.

2. Defendants' Settlement Agreement with Power Financial Credit Union in case no. Case No. 09-69166 CA 01.

3. Trial Testimony of all witnesses that testified at the 10-20506-CIV-SIMONTON trial.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ____
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Supplemental

initial disclosures was sent via CM/ECF to Daniel A. Espinosa, Esq. 4300 Biscayne Boulevard,

Suite 305, Miami, Florida 33137, Fax: (305) 717-7539, on this 10th day March, 2015.

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ____
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511
Florida Bar Number: 10121