## Rafael Viego III

| | |
|---|---|
| **From:** | Rafael Viego III |
| **Sent:** | Thursday, February 12, 2015 8:23 PM |
| **To:** | 'Rivkah Jaff' |
| **Cc:** | zabogado@aol.com; danielfeld.esq@gmail.com; lornasalomon@miamisao.com; despinosa@ejtrial.com |
| **Subject:** | SERVICE OF COURT DOCUMENT 13-20854 |
| **Attachments:** | Igelko -- Defendants' Witness list served 2.12.15.pdf |

Rivkah,

In accordance with the Court's Re-Setting Pre-Trial and Trial Scheduling Order [D.E. 74] requiring the parties to furnish opposing counsel with a list of names and addresses of all fact witnesses intended to be called at trial by today, February 12, 2015, attached hereto, please find a copy of Defendants' Witness List.

Best,

Rafael Viego III
*Attorney at Law*



ESPINOSA | JOMARRON
ATTORNEYS AT LAW

4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Office 305.717.7530 | Direct 305.717.7536
Cell 786.326.8514 | Fax 305.717.7539
rviego@ejtrial.com | www.ejtrial.com

**CONFIDENTIALITY NOTICE:** This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message. If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7530 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

 Please consider the environment before printing this e-mail.

1

Ex. C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

CASE NO.1:13-cv-20854-SCOLA/SIMONTON

KELLY PHILLIPS and EDEL LEON          )
                                      )
          Plaintiffs,                 )
                                      )
v.                                    )
                                      )
MITCHELL'S LAWN MAINTENANCE           )
CORPORATION, MITCHELL'S LAWN          )
LLC, and MITCHELL IGELKO,             )
                                      )
          Defendants.                 )
_____      )

## DEFENDANTS' WITNESS LIST

Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION ("**Mitchell's Lawn Corp.**"), MITCHELL'S LAWN LLC, and MITCHELL IGELKO ("**Igelko**") (collectively, the "**Defendants**"), pursuant to this Court' Order Re-Setting Pre-Trial and Trial Scheduling [D.E. 74] hereby serve their witness list:

1. Hary de la Cruz[1]
   c/o J. H. ZIDELL P.A.
   Address currently unknown by Defendants because Mr. Hary de la Cruz is fugitive.
   Phone number is also unknown. (*Address & Phone number are in Plaintiffs' possession*)

2. Kelly Phillips, a/k/a Kelly Phillips Leon
   c/o J. H. ZIDELL P.A.

3. Edel Leon
   c/o J. H. ZIDELL P.A.

4. Jamie Harrison Zidell,
   300 71st Street, Suite 605
   Miami Beach, Florida 33141

---

[1]     Kelly Phillips and Plaintiffs' refuse to disclose Mr. Hary de la Cruz's whereabouts. At the deposition of Kelly Phillips, she testified she communicates over the telephone with Mr. de la Cruz and has had dinner with him and her husband, Edel Leon. Moreover, at the federal trial of Case No. 10-20506, Kelly Phillips and Mr. Zidell called Hary de la Cruz as a witness in Kelly Phillips' case in chief.

**ESPINOSA | JOMARRON**
TRIAL LAWYERS

5. Brian Muñoz
   Current address and telephone number unknown

6. Anita Aviles
   1410 West Indiana Avenue
   Southbend, Indiana 46613

7. Mitchell Igelko
   c/o ESPINOSA | JOMARRON
   4300 Biscayne Blvd., Suite 305
   Miami, FL 33137

8. Records Custodian of Power Financial Credit Union
   c/o WELLBAUM GUERNSEY
   901 Ponce de Leon Boulevard
   Penthouse Suite
   Miami, Florida 33134

9. Records Custodian for Miranda's Lawn Maintenance Corp.
   2524 Northeast 41st Avenue
   Homestead, Florida 33033

10. Records Custodian of Mitchell's Lawn Maintenance Corp.
    c/o ESPINOSA | JOMARRON

11. Records Custodian for M.I. Quality Lawn Maintenance, Inc.
    c/o ESPINOSA | JOMARRON

12. Elsa Gelman
    c/o ESPINOSA | JOMARRON

13. Adriana Igelko
    c/o ESPINOSA | JOMARRON

14. Records Custodian of Better than Best Equipment Repairs and Rentals, LLC
    6604 Southwest 136th Place
    Miami, Florida 33183

15. Records Custodian of the Roadruck Investigations, Inc.
    4040 Northeast 2nd Avenue, Suite 303
    Miami, Florida 33137

ESPINOSA | JOMARRON
TRIAL LAWYERS

16. Steve Roadruck
    Roadruck Investigations, Inc.
    4040 Northeast 2nd Avenue, Suite 303
    Miami, Florida 33137

17. Mark A. Ostrowski, CPA, CFE, MBA
    350 Moran Boulevard, Suite 220
    Deerfield Beach, Florida 33442

18. Records Custodian of the Economic Crimes Unit,
    Miami-Dade State Attorney's Office
    Economic Crimes Unit
    Miami-Dade State Attorney's Office
    99 Northeast 4th Street
    Miami, Fl. 33132

19. Sophiea Bailey
    Assistant State Attorney
    Economic Crimes Unit
    Miami-Dade State Attorney's Office
    99 Northeast 4th Street
    Miami, Fl. 33132

20. Records Custodian of the Miami-Dade Police Department
    Economic Crimes Bureau
    1701 Northwest 87th Avenue, Suite 100
    Doral, Florida 33172

21. Lateefah Cave-Rose
    Miami-Dade Police Department
    Economic Crimes Bureau
    1701 Northwest 87th Avenue, Suite 100
    Doral, Florida 33172

22. Records Custodian of Hydraulic Solutions, Corporation
    10771 SW 188th Street
    Suite #2
    Miami, Florida 33157

23. Victor Cifuentes
    10771 SW 188th Street
    Suite #2
    Miami, Florida 33157.

ESPINOSA | JOMARRON
TRIAL LAWYERS

24. Records custodian of Sushi Lico
    15892 SW 137th Ave
    Miami, Florida 33177

25. Vichith Phanitdasack
    15892 SW 137th Ave
    Miami, Florida 33177

26. Records Custodian of Edel Alfonso's company
    10715 SW 190th Street, Suite 40
    Cutler Bay, Florida 33157

27. Edel Alfonso
    10715 SW 190th Street, Suite 40
    Cutler Bay, Florida 33157

28. Noel Baez
    8185 NW 7th Street, Apr. 408
    Miami, Florida 3326

29. Patricia Martinez, believed to be incarcerated at the Florida Women's Reception Center,
    3700 NW 111th Place, Ocala, Florida 34482

30. Christian Sahs
    13400 SW 82nd Court
    Miami, Florida 33156

31. Oscar Pena
    Address currently unknown.

32. John Jefferson
    1602 NW 2nd Ave
    Homestead, Florida 33030

33. Esteban Del Sol
    16900 SW 120th Court
    Miami, Florida 33177

34. Jose Mendoza
    25405 SW 129th Place, Lot 714
    Homestead, Florida 33032

35. Eduardo Miguelez
    11036 SW 139th Place
    Miami, Florida 33186

ESPINOSA | JOMARRON
TRIAL LAWYERS

36. John Chadwell
    18720 SW 89th Road
    Miami, Florida 33157

37. Juan Plazaola
    c/o J. H. ZIDELL P.A.

38. Alexander Briceno
    c/o J. H. ZIDELL P.A.

39. Vincente Rodriguez
    c/o J. H. ZIDELL P.A.

40. Edgar Melgar
    c/o J. H. ZIDELL P.A.

41. Mario Oliva
    c/o J. H. ZIDELL P.A.

42. Cristian Paret
    c/o J. H. ZIDELL P.A.

43. Yahilin Chirino
    c/o J. H. ZIDELL P.A.

44. Javier Gonzalez
    c/o J. H. ZIDELL P.A.

45. Luisa Ginsberg
    c/o J. H. ZIDELL P.A.

46. Sebastian Gonzlez
    c/o J. H. ZIDELL P.A.

47. Delfino Lopez
    c/o J. H. ZIDELL P.A.

48. Fabian Diaz
    c/o J. H. ZIDELL P.A.

49. Renato Rodriguez
    c/o J. H. ZIDELL P.A.

50. Anibal Rivera
    c/o J. H. ZIDELL P.A.

ESPINOSA | JOMARRON
TRIAL LAWYERS

3. The Florida Bar, Records Custodian of UPL Department
   Rivergate Plaza, Suite M-100
   444 Brickell Avenue
   Miami, FL 33131

4. Linda Raymond, a/k/a Ms. Linda Maxey
   Contact information is unknown and was not disclosed by Plaintiffs.

5. Marguerite Wilfong,
   6604 Southwest 136th Street
   Miami, Florida 33183

6. Thomas Wilfong
   6604 Southwest 136th Street
   Miami, Florida 33183

7. Olen Wilfong
   6604 Southwest 136th Street
   Miami, Florida 33183

8. Lance Cooper
   12390 Southwest 131st Avenue
   Miami, Florida 33186

9. Ahmed Andrade
   12390 Southwest 131st Avenue
   Miami, Florida 33186

10. Luis Meurice
    12390 Southwest 131st Avenue
    Miami, Florida 33186

11. Records Custodian of Best Vest Corp.
    12390 Southwest 131st Avenue
    Miami, Florida 33186

12. Records Custodian of Best Equipment and Repair, Inc.
    12390 Southwest 131st Avenue
    Miami, Florida 33186

ESPINOSA | JOMARRON
TRIAL LAWYERS

13. Records Custodian of Equipment Sales of South Florida
12821 Southwest 134th Court
Miami, Florida  33186

14. George M. Nachwalter
3765 S. Yaqui Drive
Apt.1-C
Flagstaff, Arizona  86001

15. Simone Nachwalter
3765 S. Yaqui Drive
Apt.1-C
Flagstaff, Arizona  86001

16. Records Custodian of George M. Nachwalter, P.A.
13131 SW 132nd Street, Suite  102
Miami, Florida  33186

17. Records Custodian for Florida's Agency for Workforce Innovation
Unemployment Compensation Fraud Division
Stephen P. Clark Center, 111 N.W. 1st Street, Suite 2910
Miami, Florida  33128

18. Jorge Caso
501 Northeast 1st Avenue, Suite  102
Miami, Florida  33132

19. Diana Fuentes, Corporate Representative of American Car Parks
501 Northeast 1st Avenue, Suite  102
Miami, Florida  33132

20. Dennis Dill, Records Custodian of Power Financial Credit Union
c/o WELLBAUM GUERNESY

ESPINOSA | JOMARRON
TRIAL LAWYERS

By:     /s/ Rafael Viego III
        Daniel A. Espinosa, Esq.
        Florida Bar No.: 81686
        Rafael Viego III, Esq.
        Florida Bar No.: 60967
        despinosa@ejtrial.com
        rviego@ejtrial.com
        **ESPINOSA | JOMARRON**
        *Counsel for Defendants*
        4300 Biscayne Blvd., Ste. 1500
        Miami, Florida  33137

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via e-mail and filed via e-mail, this 12th day of February, 2015, upon: Jamie H. Zidell, Esq., zabogado@aol.com, Dan Feld, Esq., danielfeld.esq@gmail.com, Rivkah Jaff, Esq., rivkah.jaff@gmail.com, and Lorna Salomon, Esq., LornaSalomon@miamisao.com.

By:     /s/ Rafael Viego III
        Rafael Viego III, Esq.