# EXHIBIT "A"

## Daniel A. Espinosa

| | |
|---|---|
| **From:** | Daniel A. Espinosa |
| **Sent:** | Wednesday, December 31, 2014 5:24 PM |
| **To:** | 'Rivkah Jaff'; 'DanielFeld.Esq@Gmail.com'; 'ZABOGADO@AOL.COM'; Karl Kelly |
| **Cc:** | 'rviego@ejtrial.com'; 'Jesmany Jomarron (jjomarron@ejtrial.com)' |
| **Subject:** | Phillips et al. v. Mitchell's Lawn Maintenance Corp. et al: Case No. 13-20854 -- MEET AND CONFER REGARDING MOTION FOR SANCTIONS |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Rivkah Jaff' | |
| | 'DanielFeld.Esq@Gmail.com' | |
| | 'ZABOGADO@AOL.COM' | |
| | Karl Kelly | |
| | 'rviego@ejtrial.com' | |
| | 'Jesmany Jomarron (jjomarron@ejtrial.com)' | |
| | Jesmany Jomarron | Read: 12/31/2014 5:33 PM |

Dear Mr. Zidell:

I would like to schedule a meet and confer with you and whoever else will be trying this case with you. Trial is not until August 10, 2015, so we have plenty of time before then. Defendants' attorneys' fees and costs continue to increase unnecessarily. Attorney Rivkah from your office is setting depositions for January 26, 2015, and I would like to take a couple of depositions that same day to save time and money.

You may recall us discussing the possibility of Defendants serving a Rule 11 motion for sanctions. Before serving you with a motion for sanctions, I would like to speak with you one more time to discuss the merits (or lack thereof) of Plaintiffs' case. Please set some time aside later this week or the next to discuss this case. I do not like to file motions for sanctions against a party and/or their counsel without first exhausting all possible efforts of resolving the issues.

I look forward to hearing from you soon. Have a Happy New Year!

Best,

*Danny*

Daniel A. Espinosa, Esq.



ESPINOSA | JOMARRON
ATTORNEYS AT LAW

4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137

Direct 305.717.7532 | Fax 305.717.7539
despinosa@ejtrial.com | www.ejtrial.com

CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message.  If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7531 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

P   Please consider the environment before printing this e-mail.