# EXHIBIT "B"

**Daniel A. Espinosa**

| | |
|---|---|
| **From:** | Daniel A. Espinosa |
| **Sent:** | Tuesday, January 27, 2015 7:17 PM |
| **To:** | 'Rivkah Jaff'; Krystle R Jomarron |
| **Cc:** | Rafael Viego III; 'Jesmany Jomarron (jjomarron@ejtrial.com)' |
| **Subject:** | RE: Phillips and Leon v. Mitchell's Lawn |
| **Importance:** | High |

Good evening, Rivkah.

　　We cannot agree to anything that is going to cause our clients to spend more time and money on this case. Thus Defendants do <u>not</u> agree to Plaintiffs filing an Agreed Motion to Compel.  This lawsuit should have never been brought. After yesterday's depositions (Victor Cifuentes, Vicith Phanatsdick, American Car Parks, etc.), I cannot understand how in good faith you can proceed with this case.

　　I do not ever like filing motions for sanctions against my adversary, but I would not be complying with my oath as an officer of the court if I do not prepare and file a motion for sanctions.  You, Mr. Zidell, and any other attorney working on this case have Rule 11 obligations, which must be taken very seriously; and, you are all on heightened alert, or at least should be.  I have tried many times to speak with Mr. Zidell, including yesterday after the depositions when I asked to speak with him just before I left his office. He told me he would call me if he wanted to speak with me about the case.  I have not received a call, and I do not expect to receive a call.  I have tried and tried and tried.  I've sent e-mails, made telephone calls, had in-person meetings, written letters, filed motions etc. . . . and I have gotten nowhere.

　　Please withdraw the Amended Complaint.  Plaintiffs have no good-faith basis in law or fact to maintain their causes of action, especially after the four (4) depositions that occurred yesterday and the proof positive that we showed you and the Court that Kelly Phillips and Edel Leon have continuously lied under oath and fabricated evidence in not only this case, but also another case (Case No. 10-20506). My clients have spent hundreds of thousands of dollars litigating against Mr. Zidell, Kelly Phillips, and Edel Leon. Enough is enough.  Please reconsider once and for all.  Thank you.

Best,

*Danny*

Daniel A. Espinosa, Esq.



4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Direct 305.717.7532 | Fax 305.717.7539
despinosa@ejtrial.com | www.ejtrial.com

1

CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message.  If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7531 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

P  Please consider the environment before printing this e-mail.

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, January 27, 2015 4:03 PM
**To:** Krystle R Jomarron
**Cc:** Rafael Viego III; Daniel A. Espinosa
**Subject:** Re: Phillips and Leon v. Mitchell's Lawn

Counsel:

I would like to file this today. Please confirm I can file same. If you intend to make revisions please do so using the track change feature/a different color font so that all revisions are clearly identifiable.

Best,
Rivkah Jaff, Esq.

On Tue, Jan 27, 2015 at 2:35 PM, Krystle R Jomarron <kjomarron@ejtrial.com> wrote:

> Rivkah,
>
>
>     Also, please send us the re-notice with the date and time of the deposition, along with a copy of the Subpoena that the witness was served with.
>
>
>     Thank you.
>
>
> Sincerely,
>
>
> Krystle R. Jomarron
>
> Legal Assistant



4300 Biscayne Boulevard, Suite 305

Miami, Florida 33137

Direct 305.717.7530 | Fax 305.717.7539

kjomarron@ejtrial.com | www.ejtrial.com

CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message.  If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7531 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

 Please consider the environment before printing this e-mail.

**From:** Krystle R Jomarron
**Sent:** Tuesday, January 27, 2015 2:23 PM
**To:** 'rivkah.jaff@gmail.com'
**Cc:** Rafael Viego III; Daniel A. Espinosa
**Subject:** Phillips and Leon v. Mitchell's Lawn

Good Afternoon,

      As per our conversation, attorney Espinosa is available on Tuesday, February 3, 2015, at 2:00 p.m. for the deposition of Sophia Baiely.

Sincerely,


Krystle R. Jomarron

Legal Assistant



4300 Biscayne Boulevard, Suite 305

Miami, Florida 33137

Direct 305.717.7530 | Fax 305.717.7539

kjomarron@ejtrial.com | www.ejtrial.com


CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message.  If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7531 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.


Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.


 Please consider the environment before printing this e-mail.




--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ, and

The United States District Court for the Southern District of FL.

J.H. Zidell, PA

**NOTICE**: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

**NOTICE**: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.