EXHIBIT "C"

## Daniel A. Espinosa

| | |
|---|---|
| **From:** | Daniel A. Espinosa |
| **Sent:** | Thursday, February 12, 2015 12:35 AM |
| **To:** | zabogado@aol.com |
| **Subject:** | PROFESSIONAL COURTESY--PLEASE INVESTIGATE YOUR CLIENTS, KELLY PHILLIPS & EDEL LEON |
| **Importance:** | High |

Zidell:

From one lawyer to another, I am asking you to investigate the veracity of your clients' statements. Kelly Phillips is <u>not</u> telling you the truth, and neither is Edel Leon. They are wasting your time, resources, and energy. Between you and I, please look into this matter. I think you are a nice person that is being snookered by two very cunning and manipulative clients. I am very concerned about you and your clients. Call me if you want to discuss.

Best,

*Danny*

Daniel A. Espinosa, Esq.



ESPINOSA | JOMARRON

ATTORNEYS AT LAW

4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Direct 305.717.7532 | Fax 305.717.7539
despinosa@ejtrial.com | www.ejtrial.com

CONFIDENTIALITY NOTICE: This e-mail message, and any attachment to this e-mail message, contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, disclose, copy, distribute, or take any action in reliance on the contents of the information contained in this e-mail message, and any attachment to this e-mail message. If you have received this e-mail message in error, please notify me immediately by return e-mail or by telephone at (305) 717-7531 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message, or any attachments, may not have been produced by the sender.

Any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

P  Please consider the environment before printing this e-mail.