1

```
1            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2            CASE NO:1:13-20854-CIV-SCOLA/SIMONTON
    _____
3

4    KELLY PHILLIPS, EDEL LEON,

5
                     Plaintiffs,
6
                -vs-
7
    MITCHELL'S LAWN MAINTENANCE CORPORATION,
8    AND MITCHELL IGELKO,

9

10                   Defendants.
    _____\
11

12            LAW OFFICES OF J.H. ZIDELL
    AT:       300 71 Street
13            Suite 605
              Miami Beach, Florida 33141
14            Monday, January 26, 2015
              2:05 p.m.
15

16

17           DEPOSITION OF VICTOR CIFUENTES

18

19       Taken before Rochel Albert, CSR and Notary

20   Public in and for the State of Florida at Large,

21   pursuant to Notice of Taking Deposition filed in the

22   above cause.

23

24

25   DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

2

```
1    APPEARANCES:

2        RIVKAH JAFF, Esq.
         LAW OFFICES OF J.H. ZIDELL
3        300 71st Street, Suite 605
         Miami Beach, Florida  33141
4        Attorney for Plaintiffs

5

6        DANIEL A. ESPINOSA, Esq.
         ESPINOSA JOMARRON
7        4300 Biscayne Boulevard, Suite 305
         Miami, Florida  33137
8        Attorney for Defendants

9
```

```
10                      I N D E X

11   WITNESS              EXAMINATION  BY      PAGE

12   VICTOR CIFUENTES   Mr. Espinosa ...........   3

13                      Ms. Jaff  ..............  24

14


15


16   EXHIBITS FOR IDENTIFICATION          PAGE

17   5 - Document                          5
```

```
18

19

20

21

22

23

24

25
```

3

```
1                    VICTOR CIFUENTES,

2               being first duly sworn by the court

3               reporter, testified as follows:

4                         EXAMINATION

5   BY MR. ESPINOSA:

6       Q    Good afternoon, sir.  My name is Daniel

7   Espinosa.  I am an attorney that represents an

8   individual by the name of Mitchell Igelko and two

9   companies named Mitchell's Lawn Maintenance

10  Corporation and Mitchell's Lawn LLC that were sued

11  by two individuals named Kelly Phillips and Edel

12  Leon.

13          Have you ever had your deposition taken

14  before?

15      A    No.  Somebody called me by phone.  I don't

16  know if it was a lawyer who called me.

17      Q    A lawyer from the law firm of Espinosa &

18  Jomarron?

19      A    I don't remember.

20      Q    Do you remember if it was a person by the

21  name of Rafael Viego?

22      A    I don't remember.  I don't even remember

23  who it was.

24      Q    My understanding was that a lawyer had

25  called you and conducted a witness interview to
```

4

1    ask you questions if you knew who Kelly Phillips

2    was, who Mitchell was, who Edel Leon was.  Do you

3    recall something to that effect?

4        A    Yes, they asked me.  I know those people

5    just by they come to my business and bought some

6    parts.  But personally, I don't know Kelly or Edel

7    Leon.  And Mitchell, he went personally to my

8    business probably four or five times.  He

9    introduced me to some of his workers, and he said

10   they can come over here and give whatever he

11   needs.  That is it.  I don't know anything about

12   Mitchell, and I don't know anything about Kelly

13   and Edel Leon.

14       Q    Were you subpoenaed to testify here today?

15       A    That is what it says right here.

16       Q    Did a gentleman with kind of whitish hair

17   and a badge give you this document?

18       A    Yes.  That was the day -- I was reading

19   that that it says that I have to call if I needed

20   to cancel if I can't go.  That was last week.

21       Q    Okay.  Thank you.  I will mark this as --

22   I am going to use the same exact exhibits.  This

23   will be Exhibit Number 1 here.  I will mark this 5

24   instead.

25            (Defendant's Exhibit Number

```
 1          5 was marked by the court reporter and is
 2          attached to the end of the transcript.)
 3              MS. JAFF:  Can I see that cover letter?
 4              MR. ESPINOSA:  Of course.
 5               (Plaintiff's Exhibit Number
 6          5 was marked by the court reporter and is
 7          attached to the end of the transcript.)
 8      Q    If you don't mind, can I go around your
 9   side?
10              (A discussion was held off the record.)
11   BY MR. ESPINOSA:
12      Q    I am going to show you what has been
13   marked as Defendant's Exhibit Number 3.  It's the
14   complaint that was filed back in March 11, 2013 by
15   a woman by the name of Kelly Phillips and a
16   gentleman by the name of Edel Leon suing
17   Mitchell's Lawn Maintenance Corp. and Mitchell
18   Igelko.
19              I am going to direct your attention to
20   page 14 of the Complaint where it says count
21   number 6, Slander.  And I just want to know, sir,
22   all I care about here today is the truth, the
23   whole truth, and nothing but the truth.  Have you
24   ever met anybody in this room prior to today?
25      A    No.
```

6

```
 1      Q    How many people are in the room other than
 2  yourself, sir?
 3      A    Three more people.
 4      Q    Paragraph 56, "Victor Cifuentes runs a
 5  company that employs people with Phillips' skill
 6  set."
 7           What company do you run, sir?
 8      A    A hydraulic company.
 9      Q    Do you know what Kelly Phillips' skill
10  sell is?
11      A    No.
12      Q    Do you know what Kelly Phillips does for a
13  living?
14      A    No.
15      Q    Paragraph 57, in or about -- before I get
16  there, has Mitchell Igelko ever told you that
17  Kelly Phillips is a thief, a criminal and stole
18  over $3 million from him?
19      A    No.  He never -- like I say, when I
20  started right here, when I came here, he went to
21  my company I can say five, six times, and he
22  always present me the guy who comes with him as
23  one of the employees, and he tell me anything that
24  he needs, give it to him.  I will pay for that.
25           He has an open terms with my company.  And
```

7

1    that is what I usually do.  He never went there

2    and never talked to me.  I know him because he

3    went to my counter and that is it.

4        Q    I will show you what has previously been

5    marked as Defendant's Exhibit Number 2.  It's a

6    picture of two individuals that I don't want to

7    tell you the name.  I am going to ask you if you

8    recognize them.  Do you recognize who that person

9    is?

10       A    No.

11       Q    Do you recognize --

12       A    He used to be a mechanic for Mitchell.

13       Q    Do you know what his name is?

14       A    Edel.  That is assuming.  I just know the

15    last name because I saw the paper.

16       Q    Have you seen that individual before?

17       A    Yes.  He went to my business, and I went

18    to Mitchell business a few times to pick up some

19    of the hoses to make for them.

20       Q    When you went to Mitchell's business to

21    pick up the hoses, did you see this gentleman

22    inside Mitchell's office?

23       A    No.  I see him inside on the shop.

24       Q    When you saw him, was he indoors or

25    outdoors?

8

```
1       A    With the shop there's the office.  He was

2  on one side.  I think and he was in the shop, a

3  big bay.

4       Q    You don't know who Kelly Phillips is?

5       A    No.  I don't know if she went in, went to

6  my business there at my shop.  I don't know.

7  Probably but I really don't recall seeing her

8  before.

9       Q    Has Mitchell Igelko ever told you that

10 Kelly Phillips is a thief or a criminal?

11      A    No.

12      Q    Has Mitchell Igelko ever told you that

13 Kelly Phillips stole a million dollars from him?

14      A    No.

15      Q    Has Mitchell Igelko ever told you that

16 Kelly Phillips stole any amount of money from him?

17      A    No.

18      Q    Has Mitchell Igelko ever told you that

19 Edel Leon is a thief or criminal?

20      A    No.

21      Q    Has Mitchell Igelko ever told you that

22 Edel Leon stole computers and employee files?

23      A    No.

24      Q    Has Mitchell Igelko ever told you that --

25 has Mitchell Igelko ever told you that Edel Leon
```

9

1    stole timecards from a company by the name of

2    Mitchell's Lawn Maintenance Corp.?

3         A    No.

4         Q    Has Mitchell Igelko ever told you anything

5    at all about a woman named Kelly Phillips?

6         A    No.

7         Q    Have you ever had a conversation with

8    Mitchell Igelko?

9         A    Besides conversation involving anything

10   besides hydraulics, no.

11        Q    When was the last time that you had a

12   conversation with Mitchell Igelko?

13        A    Probably I would say three or four, five

14   years.  I don't remember.  That was over the

15   years.  Last time I saw Mitchell in my shop in

16   Hydraulic Solutions that was probably I would say

17   more than three years.

18        Q    I am going to direct your attention to --

19             (A discussion was held off the record.)

20        Q    I am going to read paragraph 57, Count VI

21   where Mrs. Kelly Phillips is suing Mitchell Igelko

22   and Mitchell's Lawn Maintenance company for

23   something call slander.

24             "In about 2012 in a conversation that

25   Igelko had a Victor Cifuentes concerning Phillips,

1    Igelko told Cifuentes that Phillips and Leon had

2    stolen over a million dollars, a computer,

3    employee files, and timecards from Mitchell's

4    Lawn.  Igelko also told Victor Cifuentes not to

5    hire Leon or Phillips and that there was a warrant

6    out for their arrest."

7            Is all of that false, sir?

8        A    He never mentioned.  Like I said, he never

9    told me anything besides anything about

10   hydraulics.  I never had a conversation besides

11   hydraulics with Mitchell Igelko, nothing else.  He

12   never mentioned employees besides going and say

13   this is my employee, give him whatever he wants.

14   I never have any kind of conversation like that,

15   no.

16       Q    I know you testified that you don't know

17   who Kelly Phillips is, but have you ever heard

18   about a woman by the name of Kelly Phillips from

19   anyone?

20       A    No.  Until I see this name.

21       Q    Do you know what Kelly Phillips does for a

22   living?

23       A    No.

24       Q    Have you ever had a woman by the name of

25   Kelly Phillips go to your job and apply for work?

1        A    For work, no.

2        Q    Have you ever had the gentleman named Edel

3   Leon that you identified in Defendant's -- that

4   has been marked Defendant's Number 2 -- it's

5   photographs of Kelly and Edel Leon -- has Edel

6   Leon ever gone to your work to apply for a job?

7        A    No.

8        Q    Do you know what Edel Leon does for a

9   living currently?

10       A    Right now, no.

11       Q    Do you know what he did when he was --

12   when he was working at Mitchell's Lawn?

13       A    He was their equipment man for Mitchell's.

14   Last time he came by to my place, he bugged me for

15   a seal kit.  That was the last time.  That was a

16   hydraulic motor.  That was probably two years or

17   more.  He sent a lady, a girl, to pick up that

18   kit.  I don't know if that was her or somebody

19   else.

20       Q    Has Edel Leon ever been to your store

21   without the presence of Mitchell Igelko?

22       A    Yes.  He went a few times without

23   Mitchell, yes.

24       Q    When was the last time Edel Leon in your

25   best estimation was at your shop Hydraulic

12

1    Solutions?

2        A    Probably more than two years.  I haven't

3    seen him in a long time.

4        Q    Was Edel Leon at your shop last or was it

5    Mitchell Igelko?  Answer that question.

6        A    I don't know.  Probably -- like I say, I

7    haven't seen Mitchell Igelko in more than three

8    years.  I would say the same thing with Edel.  I

9    haven't seen Edel more than two years, three

10   years.  I don't know.

11       Q    Did Edel Leon ever -- do you speak

12   Spanish?

13       A    Yes.

14       Q    Do you know if Edel Leon speaks Spanish?

15       A    Yes, he does.

16       Q    Did Edel Leon ever tell you anything about

17   Mitchell Igelko being a jerk?

18       A    Probably.  I don't remember.  But yes.

19       Q    Did Edel Leon ever mention -- and excuse

20   the word -- that Mitchell was an asshole?

21       A    I don't know.  I don't remember him saying

22   that kind of word.

23       Q    Did Edel Leon ever say anything to you

24   about Mitchell that he was a son of a bitch?

25   Sorry.

13

1      A    I know they didn't say good things about

2   Mitchell, but I don't remember, yes, probably they

3   did.  But to my knowledge, I don't recall anything

4   until now until I see that, yes.

5      Q    Right.  In other words --

6      A    Because that was many years ago.

7      Q    I don't want to put words in your mouth.

8   Just please follow me here.  If I understand your

9   testimony correctly, Edel Leon has said things

10  about Mitchell Igelko, but Mitchell has not said

11  anything about Edel Leon?

12     A    That's right.

13          MS. JAFF:  Would you be more comfortable

14  if he moved over a chair and you sat next to him?

15          MR. ESPINOSA:  Would who feel more

16  comfortable?

17          MS. JAFF:  Him.  He is falling out of his

18  chair.

19          MR. ESPINOSA:  If I make you feel

20  uncomfortable at any time, please tell me.

21     A    Don't worry about it.  I am okay.

22     Q    Okay.  I would feel comfortable if you

23  guys would dismiss the lawsuit, this frivolous

24  lawsuit.

25          Would you hire a woman by the name of

14

```
1    Kelly Phillips if she went to Hydraulics
2    Solutions?
3        A    No.
4        Q    And why not?
5        A    Because of this.
6        Q    Because of what?
7        A    All these papers.  All this suing and all
8    that.  I won't hire nobody like that, and that is
9    up to my wife.  Not me.
10       Q    Without even knowing Kelly Phillips who
11   she is or where she is?
12       A    I don't know.  That is what I say.  Just
13   by knowing this, I won't hire nobody like that.
14       Q    Because of what --
15       A    Just because I am getting involved in
16   something that I don't have nothing to do.
17       Q    I agree with you.
18       A    Just because of that.  I have nothing to
19   do with this, and I don't know why I get involved
20   with that.  Just because they went and say, I say,
21   you say, she say, he say.
22       Q    Look at page 15 of Defendant's Exhibit
23   Number 3.  It says Count 8.  Do you see where it
24   says that?
25       A    Counts 7.
```

1     Q    Count 7?

2     A    That is what it says.

3     Q    Thank you.  What does that say?

4     A    Slander, Leon.

5     Q    And if you turn the page on that count, do

6   you see the top of page number 16, it says

7   number 65, "In or about October 2012 in a

8   conversation that Igelko had with Victor Cifuentes

9   concerning Leon, Igelko had told Cifuentes that

10  Phillips and Leon had stolen over a million

11  dollars, a computer, employee files and the

12  timecards from Mitchell's Lawn.

13         "Igelko also told Victor not to hire Leon

14  on Phillips and that there was a warrant out for

15  their arrest."

16         Is all of that what you just read and I

17  read out loud false?

18    A    I'm assuming yes, because it never

19  happened.  Igelko never went and said -- like I

20  repeat again.  Igelko never went and said

21  something different than this is my employee.

22  Give him whatever to him.  Whatever he needs to

23  him.  That is it.  I never had a full conversation

24  with Mr. Igelko.  I never got that, never.

25    Q    Would you say that you have talked more to

16

```
 1    Edel Leon than you have talked to Mitchell Igelko?
 2       A    No, neither one.  Edel went to my shop to
 3    get some parts for his equipment and make some
 4    hoses.  That is it.  We never.
 5       Q    Let me ask you.  Did Edel Leon ever apply
 6    for a job at Hydraulic Solutions?
 7       A    Never.
 8       Q    Did Edel Leon ever tell you any way that
 9    he wanted to work the Hydraulic Solutions?
10       A    Never.
11       Q    Did Edel ever tell you that he wanted to
12    work for any of your companies?
13       A    No.
14       Q    If Mr. Leon today were to go into
15    Mr. Victor Cifuentes' shop at Hydraulic Solutions,
16    would Mr. Victor Cifuentes hire Mr. Edel Leon?
17       A    No.
18       Q    Why?
19       A    Same reason as I said.
20       Q    Is it because --
21       A    Because.
22       Q    -- he has brought a lawsuit?
23       A    Yes.
24       Q    Accusing --
25       A    Accusing somebody that I know.  Like I
```

17

1    repeat again, I don't have nothing to do with

2    this.

3         Q    And Mitchell Igelko and you never had a

4    conversation about Edel Leon or Kelly Phillips?

5         A    Never, never that I remember.  Never that

6    I recall anything about talking besides whatever.

7    He always complaining about the prices are too

8    high, and I need to lower the prices.  All that,

9    but never say anything about their employees.

10        Q    Do you think Mitchell Igelko is cheap?

11        A    Yes.  You have to say the truth, yes.  He

12   always goes to complain about the price.  He

13   complain I can buy the same part for half the

14   price, so that way you give me a discount.

15        Q    Do you currently do any business with

16   Mitchell Igelko?

17        A    Yes, I do.  They have an open terms

18   account right now.

19        Q    And what company has an open terms account

20   that you know?

21        A    Mitchell's Lawn Maintenance, I think so.

22        Q    Let me ask you.  Do you know if it's

23   Mitchell's Lawn LLC?

24        A    I think it's that one.

25        Q    LLC?

18

```
1      A    Yes.

2      Q    Or Lawn Maintenance?

3      A    The first right there.  I don't know if

4   that's the one.  I don't recall.

5      Q    Okay.  But it's definitely Mitchell's

6   Lawn?

7      A    Mitchell's Lawn, yes.  Mitchell's --

8      Q    Do you know a woman by the name Elsa

9   Gelman?

10     A    Elsa Gelman?  I think my wife talked to

11  her a few times or I called her because sometimes

12  they are behind on payments, and there was a lady

13  by the name of Elsa.  She also sometimes paid me

14  with a credit card.  I don't know the last name,

15  but it was Elsa.

16     Q    Understood.  And if I am wrong, you

17  haven't seen or spoken to Mitchell Igelko you said

18  in three or four years?

19     A    Probably, yes.

20     Q    When was the last time you spoke to a

21  woman by the name of Elsa that works at Mitchell's

22  Lawn, be it Mitchell's Lawn LLC or Mitchell's Lawn

23  Maintenance Corp?

24     A    A few months ago, a year.  She used to pay

25  with a credit card, and when somebody gets there,
```

19

```
 1    I have to call her and she gives me a credit card
 2    number.
 3       Q    Did you ever speak to a woman named
 4    Adriana Igelko?
 5       A    Not that I recall.  Not that I remember.
 6       Q    Do you know if Mitchell is married?
 7       A    To tell you the truth, no.
 8       Q    And you don't recall the name Adriana
 9    Igelko?
10       A    No.
11       Q    Let me ask you.  Has Elsa Gelman ever said
12    that Kelly Phillips is a crook or thief to you?
13       A    No.
14       Q    Has Elsa Gelman ever told you that Kelly
15    Phillips stole a million dollars from Mitchell's
16    Lawn Maintenance Corp.?
17       A    No.
18       Q    Has Elsa Gelman ever told you,
19    Mr. Cifuentes, that Kelly Phillips stole a million
20    dollars from Mitchell's Lawn LLC?
21       A    No.  I don't even know Elsa.  Always talk
22    to her over the phone, period.
23       Q    Out of all the times you have spoken to
24    her over the phone, out of all of times that you
25    have spoken to her over the phone, has she ever
```

1      mentioned the name Kelly Phillips or Edel Leon?

2      A    No.

3      Q    Never?

4      A    No.

5      Q    Are you sure?

6      A    Yes.

7      Q    I will show you what has been marked as

8      Defendant's Exhibit Number 4.  It's an amended

9      complaint that was filed November 24, 2014.

10     A    Uh-huh.

11     Q    That was filed November 24, 2014.  I

12     direct your attention to page number 19 of the

13     amended complaint, docket entry 88.

14          Can you read what it says to me right

15     there?

16     A    Count 4.

17     Q    What does it say?

18     A    Slander of Phillips.

19     Q    Paragraph 52, can you just read it to

20     yourself and tell me if this is false?

21     A    Yes, it never happened.  It's false.

22     Q    Can you please read paragraph 53 to

23     yourself and tell me if that is false?

24     A    Can you read it to me?

25     Q    I will read paragraph 53, "By these false

1    words quoted in the immediately preceding

2    paragraph, defendants intended -- defendants

3    meaning Mitchell's Lawn Maintenance Corp.

4    Mitchell's Lawn LLC and Mitchell Igelko --

5    "intended to say and publish that Phillips was a

6    thief, and a criminal, not to be trusted, and

7    unable or unwilling to perform her trade or

8    profession as should reasonably be expected of

9    her.

10          The statements in the publication were

11   false and intended to degrade and injure Phillips

12   in her good name, credit and reputation and expose

13   Phillips distrust, hatred and contempt."

14          Is that false, sir?

15      A    I am confused.

16      Q    Is anything right here in paragraph 53, is

17   any of that true?

18      A    No.  Like I say, it never happened.

19   Nobody went there and if that was Mitchell Igelko

20   or anybody from there and tell me that this guy

21   Edel and whoever is Kelly and say that they were a

22   crook or they had stolen anything from them.  No

23   one mentioned anything to me in there, if that is

24   what they are trying to say.  I talked to

25   everybody who was there and they say a lot of

22

1    things, but --

2        Q    Would you agree with me that things that

3    you have heard from anybody who worked at either

4    Mitchell's Lawn Maintenance Corp. or currently at

5    Mitchell's Lawn LLC had bad things to say about

6    Mitchell Igelko himself?

7        A    Yes.

8        Q    Has anybody at Mitchell's Lawn Maintenance

9    Corp. back at the time frame that is mentioned in

10   this complaint -- better said.  Has anybody at

11   Mitchell's Lawn Maintenance Corp. ever, be it

12   2012, before then or after then, ever mentioned

13   anything about Edel Leon or Kelly Phillips being a

14   criminal or a crook?

15       A    No, no.  If they were a criminal or a

16   crook, either one, I wouldn't do business with

17   them, and they went to my place and bought a seal

18   kit like I said, two years, three years ago.

19       Q    When you say three years ago they bought a

20   seal kit, do you know if that was Edel Leon or

21   Kelly Phillips?

22       A    That was Edel Leon, and I know somebody

23   went and picked up that kit that he ordered.  It's

24   hard for me to remember.

25       Q    And I understand.

23

1      A    I receive customers every day.

2      Q    I am going to page 21.  Do you see where

3  it says count five?

4      A    Uh-huh.

5      Q    Sorry about that.  Going to page 23, where

6  it says count six, "Slander Phillips."  Sorry.

7  count five, Leon, but I thought we had just gone

8  over this.

9      A    You went over four.

10     Q    Phillips.  I am sorry.  Page 21.  Leon

11  Slander, paragraph 59.  "On or about October 2012

12  a conversation that Igelko had with Victor

13  Cifuentes concerning Leon.  Igelko told Cifuentes

14  that plaintiff had stole over a million dollars, a

15  computer, the employee files and the timecards

16  from defendants.  Igelko also told Victor

17  Cifuentes not to hire plaintiffs, that there was a

18  warrant out for their arrest."

19          Is anything of this true, sir?

20     A    No, sir.

21     Q    Is it all false?

22     A    Yes.

23     Q    Has anybody -- I asked you this already.

24  Just for completeness.  Anybody at Mitchell's Lawn

25  Maintenance Corp. or currently at Mitchell's Lawn

1    LLC ever told you anything about Edel Leon or

2    Kelly Phillips?

3        A    No, sir.

4        Q    Sir, has anybody threatened you or coerced

5    you to be here today?

6        A    No.

7        Q    Has anybody ever threatened you if you

8    come here to testify, be it one way or the other

9    that you better fear for your life?

10       A    No.

11       Q    Have you been assaulted by anybody as it

12   pertains to this case, Kelly Phillips and Mitchell

13   Igelko?

14       A    No.

15           MR. ESPINOSA:  I have no further

16   questions.

17           MS. JAFF:  I have a few.

18                   EXAMINATION

19   BY MS. JAFF:

20       Q    First, I don't believe you stated your

21   name.  Can you state your name for the record.

22       A    Victor Cifuentes.

23       Q    Spell the last name.

24       A    C-I-F-U-E-N-T-E-S.

25       Q    Can you please state your date of birth?

25

```
1       A    April 18, 1957.

2       Q    Eighteen, you said.

3       A    Yes.  Eighteen.  Fifty-seven.

4       Q    Can you please give us your address?

5       A    12365 Southwest 193rd Street, Miami,

6   Florida, 33177.

7       Q    You are the owner of Hydraulic Solutions

8   Corporation?

9       A    No.  Legally it's my wife's.

10      Q    Okay.  You are co-owner, not legally?

11      A    I am.

12      Q    You run it?

13      A    It's under her name.  I am the one that

14  runs the company, yes.

15      Q    And Mitchell Igelko is the customer of

16  yours?

17      A    Yes.

18           MR. ESPINOSA:  Form.

19      A    It's his company.

20      Q    It's his company?

21      A    Not Mitchell personally, but his company.

22  Mitchell's Lawn Maintenance.

23      Q    You are not sure which one, right, if it's

24  Mitchell's Lawn Maintenance Corporation or

25  Mitchell's Lawn LLC?
```

1     A    I think it's Mitchell's Lawn Maintenance,

2    the first one, the name corporation.

3     Q    And how long has Hydraulic Solution

4    Corporation been opened?

5     A    I would say 12, 13 years.

6     Q    Always under your wife's ownership?

7     A    Yes.

8     Q    And what is your wife's name?

9     A    Ena Cifuentes, E-N-A-.

10    Q    Is Mitchell Igelko a big customer of

11    yours?

12         MR. ESPINOSA:  Form.

13    A    Yes.

14         MS. JAFF:  Former?

15         MR. ESPINOSA:  Form.

16         MS. JAFF:  I thought you said former.

17         MR. ESPINOSA:  No, form.

18         Go ahead and answer the question.

19    A    Yes.  If Mitch is my customer, yes.

20    Q    Is he a big customer of yours?

21         MR. ESPINOSA:  Same objection.

22    A    No.

23    Q    How much would you say that he would

24    purchase on a monthly basis?

25    A    Probably an average I would say $100

27

1    probably.

2         Q    One hundred dollars?

3         A    Yes.

4         Q    Per month?

5         A    Yes.

6         Q    And he has been your customer for all 12

7    or 13 years that your company --

8         A    Yes.

9         Q    When was the last time?

10        A    But he has not been there for 12 years,

11   no.  Less than that probably.  Ten, eight years.

12   I don't remember.

13        Q    Did you speak with Mr. Igelko prior to

14   attending this deposition today?

15        A    No.

16        Q    Have you met with anybody prior to

17   attending the deposition today?

18        A    No.

19        Q    Have you reviewed any documents prior to

20   attending the deposition today?

21        A    Besides the paper that he gave to me, no,

22   nothing else.

23        Q    Has anybody contacted you about attending

24   this deposition today?

25        A    No.

1      Q      Has anybody contacted you about anything

2   regarding this lawsuit?

3      A      No.

4      Q      Is this your first time appearing for

5   deposition in this lawsuit?

6      A      In here, yes.

7      Q      And you said that you have never met Kelly

8   Phillips; is that correct?

9      A      I am not sure.  I never saw the girl like

10  I said.  If she went inside the shop to pick up

11  something, I don't remember.

12     Q      Does Mitchell Igelko do mostly credit card

13  or cash when he is paying?

14         MR. ESPINOSA:  Form.

15     A      They have -- right now they have an open

16  terms account.  They are paying on time.  But

17  before that, I have to put them on COD.  That

18  means that every time I go and get something, they

19  have to pay with a credit card.

20     Q      Can I ask you what that means, open terms?

21     A      Open terms means that he can pay the

22  invoices during the next 30 days, they have an

23  open net pay.

24     Q      You initially with all your clients you

25  COD, and once they prove that they can make

1    payments you switch to open terms?

2        A    Yes.  They have to file a report with all

3    the reports with all the references.  And then we

4    send them -- we call the different references and

5    we open an account.

6        Q    Does Mitchell Igelko ever talk to you

7    about his various employees in passing?

8        A    No.

9        Q    Or in conversations?

10       A    No.

11       Q    Only about the product?

12       A    Only like I say, a few times he went, I

13   think like two or three he presented to me.  "This

14   is my mechanic.  Whatever he needs, give it to

15   him."

16       Q    And it wasn't -- the mechanic was Edel

17   Leon?

18       A    One time Edel.  No.  That was the other

19   two mechanics.  Yes.

20       Q    Give me one second.  I think I am

21   finished.

22            MS. JAFF:  I have no more questions,

23   Daniel, any more questions?

24            MR. ESPINOSA:  A previous follow-up on a

25   question.

```
 1
 2                      EXAMINATION
 3   BY MR. ESPINOSA:
 4       Q    When she asked you if Mitchell Igelko does
 5   business with you, is it Mitchell Igelko
 6   personally or Mitchell's Lawn Maintenance?
 7       A    I think it's Mitchell's Lawn maintenance
 8   or Mitchell's Lawn LLC.
 9       Q    But you don't know if it's Mitchell's Lawn
10   Maintenance?
11       A    I think we have it in the company under
12   this name.
13       Q    So you have it in your company?
14       A    At my company.
15       Q    Under this particular name?
16       A    Yes.
17       Q    But as far as the entity that orders
18   certain parts from you?
19       A    Mitchell.  I don't remember.
20       Q    You don't know if it's Mitchell's Lawn
21   Maintenance or Mitchell's Lawn LLC?
22       A    I don't know, to tell you the truth.  No.
23   Because when they go there, it's the mechanic.  He
24   goes and drops the part off.  Get the hose or
25   whatever he needs, and he is the one who signs it
```

1    in the system.  It's one of the two.  I don't

2    remember.

3         MR. ESPINOSA:  Thank you, sir.  You have

4    the right to read -- actually, I am going to tell

5    you I am done. I have no further questions.

6         You have the right to read your deposition

7    transcript or you can waive your right to read it

8    and trust that everything that the court reporter

9    wrote down was what was spoken here today.

10     A    Okay.  I prefer to read.

11        MR. ESPINOSA:  You prefer to read it.

12        MS. JAFF:  Thank you, sir, very much for

13    your time.

14        (Ending time:  2:45 p.m.)

15

16

17

18

19

20

21

22

23

24

25

32

```
1

2

3                    CERTIFICATE OF OATH

4

5   STATE OF FLORIDA    )
                        ) SS:
6   COUNTY OF MIAMI-DADE)

7

8          I, ROCHEL ALBERT, Certified Shorthand

9   Reporter and Notary Public in and for the State of

10  Florida at Large, certify that the witness,

11  personally appeared before me and was duly sworn.

12

13          WITNESS my hand and official seal this

14  10th day of February, 2015.

15

16          _____

17                  ROCHEL ALBERT, CSR
                    Notary Public, State of
18                  Florida

19

20

21

22

23

24

25
```

1

2                 REPORTER'S DEPOSITION CERTIFICATE

3

4            I, ROCHEL ALBERT, Certified Shorthand

5  Reporter, certify that I was authorized to and did

6  stenographically report the foregoing deposition;

7  that the foregoing transcript of said witness is a

8  true and complete record of my stenographic notes of

9  the deposition by said witness; and that this

10  computer-assisted transcript was prepared under my

11  supervision.

12            I further certify that I am not a

13  relative, employee, attorney or counsel of any of

14  the parties, nor am I a relative or employee of any

15  of the parties, attorney or counsel connected with

16  the action.

17            DATED this 10th day of February, 2015.

18

19

20            _____

21            ROCHEL ALBERT, CSR
              Notary Public, State of Florida
22            at Large.  My commission expires.
              September 4, 2017.  Bonded
23            through Budget Notary Services

24            Commission Number FF 049654

25

34

```
 1                  CORRECTION SHEET

 2
            RE:  PHILLIPS V. MITCHELL'S LAWN
 3          CASE NO. 1:13-20854-CIV-SCOLA/SIMONTON
            DEPOSITION OF: VICTOR CIFUENTES
 4          DATE TAKEN:  January 26, 2015

 5     PAGE/LINE NO:        CORRECTION OR CHANGE

 6     _____

 7     _____

 8     _____

 9     _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18
                  _____
19
                         WITNESS
20
            Sworn to and subscribed to before me this
21     ___ day of _____, 2015.

22
       _____
23     Notary Public in and for the
       State of Florida at Large.
24

25
```

35

```
 1              DEPO EXPRESS REPORTING, INC.
                    1240 N.E. 176 Street
 2              North Miami Beach, Florida 33162
                      (305) 305-3333
 3

 4    February 10, 2015

 5    To:   VICTOR CIFUENTES, c/o
            12365 Southwest 193rd Street,
 6          Miami, Florida, 33177

 7

 8
            RE:  PHILLIPS V. MITCHELL'S LAWN
 9          CASE NO. 1:13-20854-CIV-SCOLA/SIMONTON
            DEPOSITION OF: VICTOR CIFUENTES
10          DATE TAKEN:  January 26, 2015

11

12

13    Dear Mr. Cifuentes,

14    Your transcript from the above-referenced case is
      ready to be read and signed by you.
15
      Please contact my office to make arrangements at
16    your earliest convenience to make an appointment
      to read and sign your original transcript.
17    The original transcript will be forwarded to the
      attorney who ordered it in 15 days or at the time
18    of trial, whichever comes first, with or without
      your signature.
19
      Your prompt attention to this matter is greatly
20    appreciated.

21

22    Sincerely,

23
      Rochel Albert, Court Reporter
24    Depo Express Reporting

25
```