1

1            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2            CASE NO:1:13-20854-CIV-SCOLA/SIMONTON
    _____
3

4    KELLY PHILLIPS, EDEL LEON,

5
                    Plaintiffs,
6
                 -vs-
7
    MITCHELL'S LAWN MAINTENANCE CORPORATION,
8    AND MITCHELL IGELKO,

9

10                  Defendants.
    _____\
11

12
                    LAW OFFICES OF J.H. ZIDELL
13    AT:          300 71 Street
                   Suite 605
14                 Miami Beach, Florida 33141
                   Monday, January 26, 2015
15                 1:15 p.m.

16

17            DEPOSITION OF VICHITH PHANITDASACK

18

19            Taken before Rochel Albert, CSR and Notary

20    Public in and for the State of Florida at Large,

21    pursuant to Notice of Taking Deposition filed in the

22    above cause.

23

24      DEPO EXPRESS REPORTING, INC. (305) 305-3333

25

2

```
 1   APPEARANCES:

 2       RIVKAH JAFF, Esq.
         LAW OFFICES OF J.H. ZIDELL
 3       300 71st Street, Suite 605
         Miami Beach, Florida  33141
 4       Attorney for Plaintiff

 5

 6       DANIEL A. ESPINOSA, Esq.
         ESPINOSA JOMARRON
 7       4300 Biscayne Boulevard, Suite 305
         Miami, Florida  33137
 8       Attorney for Defendant

 9

10                    I N D E X

11   WITNESS              EXAMINATION  BY      PAGE

12   VICHITH PHANITDASACK    Mr. Espinosa .... 3, 25

13                           Ms. Jaff  ....... 19, 36

14

     EXHIBITS FOR IDENTIFICATION          PAGE
15

16   1 - Photo                            7

17   2 - Photo                            7

18   3 - Complaint                        25

19   4 - Amended Complaint                32

20

21

22

23

24

25
```

3

```
 1                    VICHITH PHANITDASACK,
 2               being first duly sworn by the court
 3               reporter, testified as follows:
 4                         EXAMINATION
 5   BY MR. ESPINOSA:
 6        Q    Good afternoon, sir.  Can you please spell
 7   your first and last name?
 8        A    Vichith Phanitdasack, V-I-C-H-I-T-H,
 9   P-H-A-N-I-T-D-A-S-A-C-K.
10        Q    And Mr. Phanitdasack, have you ever had
11   your deposition taken before?
12        A    Last time that we took it at Mr. Espinosa.
13        Q    Have you ever --
14        A    What do you mean?
15        Q    Have you ever been in front of a court
16   reporter where you raise your hand to tell the
17   truth and testified in court?
18        A    Yes, I did not in a court, never.
19        Q    How about have you ever raised your hand
20   and testified truthfully in a deposition room just
21   like today?
22        A    Yes.
23        Q    Okay.  What type of case?
24        A    Same case.
25        Q    Did you depose him?
```

```
 1     A     No.

 2           MS. JAFF:  Do you mind if I ask him

 3     initial questions?

 4           MR. ESPINOSA:  I do.

 5           MS. JAFF:  Can we go off the record.

 6           (A discussion was held off the record.)

 7     Q     The only reason that you are sitting in

 8     this room is because a person by the name of Kelly

 9     Phillips and Edel Leon have sued a client of mine.

10     And Kelly Phillips and Edel Leon mentioned your

11     name in this document that was filed with the

12     court.  If it wasn't for that, I would have no

13     interest in speaking to you.

14     A     Okay.

15     Q     I am not going to be wasting your time.  I

16     am going to be very smooth and very fast.

17     A     Okay.

18     Q     Do you know a woman by the name of Kelly

19     Phillips?

20     A     I know Kelly as a customer.

21     Q     Has Kelly Phillips eaten at --

22     A     Sushi Lico, yes.

23     Q     How many times would you say she has eaten

24     there in over the past five years?

25           MS. JAFF:  What's the name?
```

5

```
 1      A    Sushi Lico, L-I-C-O.

 2           MS. JAFF:  Thanks.

 3      A    She came twice a month, twice a month.

 4      Q    Do you know an individual by the name of

 5 Mitchell Igelko?

 6      A    Mitchell also a customer, yes.

 7      Q    Does he go to your restaurant once a

 8 month?

 9      A    Once every three months.

10      Q    Once every three months?

11      A    Yes.

12      Q    Is it fair to say that Kelly Phillips goes

13 to Sushi Lico more often than Mitchell Igelko?

14      A    Yes.  As an owner, I know them.

15      Q    Sir, has Mr. Mitchell Igelko ever told you

16 that Kelly Phillips stole $3 million from him?

17      A    No.

18      Q    Has Mitchell Igelko ever told you that

19 Kelly Phillips stole one and a half million

20 dollars from him?

21      A    No.

22      Q    Has Mitchell Igelko ever told you that

23 Kelly Phillips stole employee files from him and

24 his companies?

25      A    No.
```

6

1     Q    And you don't actually know the name of

2     the company or companies that Mitchell Igelko --

3     A    No, I just know them by Hi, Kelly.  Hi,

4     Mitchell.  That is how I know them.

5     Q    Do you know what companies Kelly owns?

6     A    No.

7     Q    Do you know what company or companies

8     Mitchell Igelko owns?

9     A    No.

10    Q    Do you know a woman by the name of Elsa

11    Gelman?

12    A    No.

13    Q    Do you know a woman by the name Adriana

14    Igelko?

15    A    No.

16    Q    Do you know a gentleman by the name of

17    Edel Leon?

18    A    No.

19    Q    Okay.  Because on the complaint apparently

20    a gentleman who you do not know named Edel Leon --

21    A    I can't pronounce his name.  I cannot

22    pronounce his name.

23    Q    Here is what I will do.

24    A    Hi, Kelly.  The customers I treat like a

25    normal customer working.

```
1      Q     Understood.  Let me just show you.  Hold

2    on.  I am almost done actually.

3      A     No problem.

4            MS. JAFF:  I will print it.

5            MR. ESPINOSA:  I will print it out.  I

6    will mark it as -- actually I will mark it as

7    Defendant's Exhibit Number 2.  One is going to be

8    the subpoena.

9            (Defendant's Exhibit Numbers

10            1 and 2 were marked by the court reporter

11            and attached to the end of the transcript.)

12     A     On the day --

13     Q     Sorry.  Do you recognize the male, this

14   individual that is on my phone that I will print

15   out right now as an exhibit?

16     A     If this is Kelly, I don't know her

17   boyfriend.  He looks familiar.  Because in the

18   picture in the real life it's sometimes not the

19   same.  Sometimes they get too busy, we just say hi

20   to them.

21     Q     Have you ever seen that individual before?

22     A     Yes, he looks younger.

23     Q     Edel Leon.

24     A     I don't know his name at all.  Honest I

25   don't know the guy's name at all.
```

8

```
 1    Q    Have you ever spoken to this man?

 2    A    I just said hi.  He don't talk.

 3    Q    Has this man ever spoken to you about

 4  Mitchell Igelko?

 5    A    No.

 6    Q    Has Kelly Phillips ever spoken to you

 7  about Mitchell Igelko?

 8    A    No.

 9    Q    Kelly?

10    A    Kelly, no.

11    Q    Is that Kelly Phillips in the picture?

12    A    For sure Kelly, because the guy you showed

13  I know she had a boy friend, my friend, a Chinese

14  guy.  In that picture, I don't know.

15    Q    I am telling you that the person in the

16  picture is Edel Leon.  I have to establish whether

17  you know who he is.

18    A    I know who he is.  She says that is her

19  boyfriend, husband, but I didn't know that.  I

20  didn't know.

21    Q    Okay.

22    A    That is for sure the people's business,

23  because they are the customer.  They eat.  They

24  order.

25    Q    I am going to read this on the record.
```

9

```
 1    Because apparently Mrs. Phillips and Mr. Leon have
 2    stated in a court document that sometime during
 3    the years 2011 through 2013 in a conversation that
 4    Mr. Igelko had Vichith Phanitdasack concerning
 5    Phillips, Igelko told Vichith Phanitdasack that
 6    Phillips had stolen over $1 million.
 7              Is that true?
 8    A    No.
 9    Q    I am going to continue.
10    A    Yes.
11    Q    Paragraph 66 of the amended complaint.
12    Igelko had told Vichith Phanitdasack that Phillips
13    had stolen a computer; is that true?
14    A    No.
15    Q    Same paragraph 66.  Igelko told Vichith
16    Phanitdasack that Phillips had stolen employee
17    files?
18    A    No.
19    Q    That is not true?
20    A    No.  No way he say nothing.
21    Q    Igelko had told Vichith Phanitdasack that
22    Phillips had stolen timecards from Mitchell
23    Igelko.
24    A    No.  He don't say nothing.
25    Q    Did Mitchell Igelko ever tell you about
```

10

```
 1    Mrs. Phillips stealing anything from any of a
 2    company that he owns?
 3        A    No, no, he didn't.
 4        Q    Did Mitchell Igelko ever tell you not to
 5    hire a woman by the name of Kelly Phillips to work
 6    at Sushi Lico?
 7        A    No.
 8             MR. ESPINOSA:  Let the record reflect that
 9    there's two people laughing in the room.  One of
10    them is the witness.
11        A    I work.  I don't have time to talk.  It's
12    just, hi, bye.
13        Q    Has Kelly Phillips ever applied for a job
14    at Sushi Lico?
15        A    No.  What is she going to do?
16        Q    Ha Edel Leon ever applied for a job at
17    Sushi Lico?
18        A    No.
19        Q    Have either of these two individuals,
20    whether their names are Edel Leon or not, those
21    people in these pictures, have they ever applied
22    for a job at Sushi Lico?
23        A    No.
24        Q    Are you sure?
25        A    Positive.
```

11

```
1        Q     Are you 100 percent positive?

2        A     I am positive.  They don't apply for a

3   job.  They might ask for fun, but not serious.

4        Q     They have eaten there multiple times?

5        A     Yes, they eat there twice a week.

6        Q     Twice a week or twice a week month?

7        A     So far I know she comes like twice a week

8   with the son and later twice a month.  Lately I

9   haven't seen her for a long time.

10        Q     You haven't seen her for a while?

11        A     Yes.  About two years ago she came twice a

12   week, and actually, she came like every once a

13   week or twice a month like that.  When I see her,

14   it's, Hi, Kelly.  I even know what she wants to

15   eat. I know what she likes to eat.

16        Q     What does she like to eat at Sushi Lico?

17        A     She likes to eat chicken volcano, sauce on

18   the side.  When she walk in, my staff know right

19   away.

20        Q     So they know?

21        A     Like Mitchell.  I know Mitchell when he

22   likes to eat.  We have regular customers.

23   Mitchell likes to eat lobster roll, wild kay and

24   he likes Thai donut.

25        Q     Did Mitchell Igelko ever tell you that
```

12

```
1    Phillips was a thief?

2        A    No, he don't say nothing.

3        Q    Did Mitchell Igelko ever tell you that

4    Kelly Phillips was a criminal?

5        A    No, he don't say nothing.  Both sides

6    don't say nothing.

7        Q    Did Mitchell Igelko ever tell you that

8    Kelly Phillips cannot be trusted?

9        A    No.

10       Q    Did Mitchell Igelko ever --

11       A    No, nothing.

12       Q    -- tell you anything about either Kelly

13   Phillips or Edel Leon?

14       A    No.

15       Q    Has Kelly Phillips ever told you anything

16   about Mitchell Igelko?

17       A    No.  They both I don't know.  I just serve

18   customers.  I know, Hi, Kelly.  That is all we

19   know.

20       Q    If somebody is going to work at Sushi

21   Lico, do they fill out an employment

22   questionnaire?

23       A    No.  Most of the time we just say leave

24   your phone number, but we never call them back.

25       Q    Do you have Kelly Phillips' phone number?
```

13

1      A    No.

2      Q    Do you know if she has your phone number?

3      A    She have my phone number?  I don't think

4   she have my phone number.  She can call Sushi

5   Lico.

6      Q    Have you ever spoken to Kelly Phillips

7   over the phone?

8      A    No, never.

9      Q    Do you know what Kelly Phillips does for a

10  living?

11     A    Yes, I know.  I met them both a long time

12  ago.  They work together.  I don't know.  But I

13  know that she worked -- she worked for a law firm

14  that I went to see the same lawyer, the lawyer, my

15  lawyer.  And she worked for my lawyer.  His name

16  was -- and she said she worked for the lawyer.

17     Q    Got it.  You have gone to a law firm where

18  Kelly Phillips used to work?

19     A    No.  For example, you are my attorney.  I

20  went to see my attorney.  Oh, I work for him,

21  George.

22     Q    George Nachwalter?

23     A    Yes.  That is all I know.  She worked for

24  George.  That is why I know she worked.

25     Q    And have you been to George Nachwalter's

14

1   office before?

2      A    Oh, yes.

3      Q    When you were at George Nachwalter's

4   office, did you see Kelly Phillips there working?

5      A    Yes.  That is how I see.  She worked for

6   him.

7      Q    Did she have a desk?

8      A    The desk?  Let me think back.  I guess she

9   has a desk, because George Nachwalter's wife -- I

10  didn't know.

11     Q    Who else worked there?  George Nachwalter

12  and Kelly Phillips, who else?

13     A    That is all I know.  His wife, Kelly,

14  George and the other fellow.  I don't know his

15  name.  Four people.

16     Q    Four people.  Do you remember the last

17  time that you went to that office, the year?

18     A    Let me see.  The last time, there was I

19  believe three years ago.

20     Q    Three years ago?

21     A    That is all I know about Kelly.  That is

22  it.

23     Q    And how many times have you been to George

24  Nachwalter's office?

25     A    I just walk in sometimes.  I just walk in

15

1    come and say hello once a month.

2        Q    Is it fair to say that you have been to

3    George Nachwalter's office at least 15 times?

4        A    Oh, yes.  But since about three or four,

5    about three or four, about ten times.

6        Q    And before three years ago, had you been

7    to that office multiple times also?

8        A    No.  Not so sure, but if we need

9    something, we just walk in.  But for sure that

10   day, he would come with Kelly to eat at Sushi

11   Lico, and they come together.

12       Q    George Nachwalter and Kelly go to Sushi

13   Lico?

14       A    And the staff, the four came to Sushi

15   Lico.

16       Q    So the four people working at George

17   Nachwalter's office --

18       A    Yes, they came for lunch.

19       Q    As late as 2011, 2012 would they go to

20   Sushi Lico and eat?

21       A    Let me see.  We are in '15.  '14, 2013

22   between 2012.

23       Q    Between 2013 and 2012 you at least on one

24   occasion --

25       A    I think --

16

1      Q     I just have to finish, because of the

2    record.  It's hard for her to get when you are

3    talking and when I am talking.

4      A     Okay.

5      Q     I don't mean to be rude.

6      A     Okay.

7      Q     In 2012 and 2013, how many times would you

8    say Kelly Phillips, her boss George Nachwalter,

9    and the two other individuals that worked at the

10   law office have been to Sushi Lico?

11     A     I saw them one time for lunch.

12     Q     But have you seen them multiple times --

13   you have seen them multiple times at George

14   Nachwalter's office?

15     A     Every time I go see George, I see him,

16   Yes.

17     Q     And you see Kelly?

18     A     Kelly.

19     Q     And every time you have been there you

20   have seen Kelly Phillips there?

21     A     I see Kelly there. That is the only reason

22   I know where she worked.

23     Q     Do you have any idea why Kelly Phillips

24   would claim that she hasn't worked in a very long

25   time?

```
 1              MS. JAFF:  Objection as to form.

 2      A    I don't know.  Personal thing.  I don't

 3   know.  If you ask me what I see, that is what I

 4   see.  That is all I know.

 5      Q    I appreciate that.  All I want is the

 6   truth.

 7      A    It's the truth.

 8      Q    That is all I want.

 9      A    I tell the truth, the only thing.

10      Q    Do you think that Kelly Phillips is a nice

11   woman?

12              MS. JAFF:  Objection as to form.

13              MR. ESPINOSA:  What is the form objection?

14      A    For my customer everybody is the same.

15              MR. ESPINOSA:  Give me one second.  What

16   is the form objection?

17              MS. JAFF:  I just don't think it's

18   relevant how he feels about her.

19              MR. ESPINOSA:  Paragraph 69 says, that she

20   was allegedly injured in her good name, credit and

21   reputation and brought into public scandal and

22   disgrace because of what Mitchell Igelko told

23   Vichith Phanitdasack. So I have to ask him.

24      A    She is a good woman.

25              MS. JAFF:  I can still preserve my
```

18

1    objection on the record.  I didn't direct him not

2    to answer.

3        A    She is a good girl.

4        Q    I understand.  I am telling you my

5    position.  Do you think Kelly is a bad woman?

6        A    No.  Good people.  Both.

7        Q    Do you think anything negative about Kelly

8    Phillips?

9        A    No, nothing.  Both sides.  Not only Kelly,

10   both people.

11       Q    Do you, Vichith Phanitdasack, think Kelly

12   Phillips is a thief?

13       A    No.  I don't know.

14       Q    Do you, Vichith Phanitdasack, think Kelly

15   Phillips is a criminal?

16       A    No, I don't.

17       Q    So your belief of Kelly Phillips is that

18   she is a nice and normal woman?

19       A    She is a normal customer.  She walks in.

20   I don't know personal people.

21       Q    Do you think anything -- as your customer,

22   do you think anything bad of her?

23       A    No.  They come, eat and pay.  That's all I

24   know.

25             MR. ESPINOSA:  I have no further

19

```
1    questions.
2                    EXAMINATION
3  BY MS. JAFF:
4       Q    Sir, I am going to ask you a few
5    questions.  Can you please state your date of
6    birth on the record.
7       A    My date of birth?
8       Q    Yes.
9       A    April 7th, 1967.
10      Q    And your current address?
11      A    13272 Southwest 144 Terrace.
12      Q    Apartment?
13      A    House.
14      Q    And that is Miami?
15      A    Miami.
16      Q    Florida?
17      A    33186.
18      Q    And you are the owner of Sushi Lico?
19      A    Sushi Lico.
20      Q    How long have you owned that restaurant?
21      A    About 12 years.
22           MR. ESPINOSA:  It's good food, by the way.
23           MS. JAFF:  Is it kosher?
24      Q    Can I ask you?  When we started off this
25    deposition, you said that this is your second
```

20

1    deposition.  Can you explain that to us, please?

2        A    I came a couple -- I don't remember last

3    year.  And there was nothing.  I came on Biscayne

4    Boulevard.  And then I came in, and there's

5    nothing, just sit down and talk and just go home.

6        Q    How did you know to go to that deposition?

7        A    The guy came and sent me a letter just

8    like this to sign, the officer.

9        Q    And when you showed up for that

10   deposition, did anybody tell you that you didn't

11   have to stay for that deposition?

12       A    I came in.  They said it's cancelled.

13   That there was nothing.  That is what they told

14   me, nothing.  They can reschedule.  I don't know

15   what happened.

16       Q    Did you meet Vichith any of the attorneys

17   over there?

18       A    Attorney, I don't know his attorney.  I

19   met her.  We sit down and talk and just go home.

20       Q    Did you talk with anybody else?

21       A    Talk to somebody else.  I don't know one

22   guy.  What is your name.  We asked him why are we

23   here and my wife and I were actually -- oh, this

24   is nothing, nothing, and that same thing and we

25   just --

```
 1        Q    Did they tell you why you were there?

 2        A    Same thing, Kelly and Mitchell, and we

 3   supposed to come and they cancel.

 4        Q    Did they tell you any details about why

 5   you were there?

 6        A    No, they just tell us Mitchell.  I asked

 7   him.  Actually, we spoke about what a deposition

 8   mean.  Why I have to be here.  They explain to me

 9   like something happened, for example, 7-11 if they

10   see something, they explain to me I know why I am

11   here.  They explained to me.

12        Q    Did anybody tell you anything about the

13   case before about the lawsuit?

14        A    They just told me it's going to be

15   Mitchell and Kelly.  That's it.

16        Q    And no details?

17        A    No detail.  They just said why I have to

18   be here and why do I have to come.  I know both

19   parties.  They say yes.  It's a law that I have to

20   be here.  They explain to me why I have to come

21   here.  If not, they are going to charge me.  They

22   explain to me.

23        Q    Did you do anything to prepare for the

24   deposition today?

25        A    Not at all.  I don't even want to come.  I
```

1    took off from my restaurant.

2        Q    Did you review any documents prior to

3    coming here?

4        A    No.

5        Q    Did you talk to any attorneys prior to

6    coming here?

7        A    No.

8        Q    Did you talk to anybody representing

9    Mr. Mitchell?

10       A    No.

11       Q    Did you speak to Mitchell Igelko prior to

12   coming here?

13       A    No.

14       Q    Have you spoken with Kelly Phillips before

15   coming here?

16       A    No.

17       Q    When was the last time that you saw

18   Mitchell Igelko?

19       A    The last time I saw Mitchell he came in I

20   believe before Thanksgiving, about two months

21   before Thanksgiving.

22       Q    Of 2014?

23       A    2014 he come to eat one time.

24       Q    And did he talk to you when he came in?

25       A    No.  He said hello, order and leave.

23

1    Q    Did he talk to you at all about the

2    lawsuit that he had --

3    A    No, nothing.

4    Q    When was the last time that you saw Kelly

5    Phillips?

6    A    Kelly Phillips, long time.  Last year 2014

7    too.  I don't see them for a long time.

8    Q    And Edel Leon, do you recall the last time

9    you saw him?

10    A    Yes, the last time I saw him together was

11    2014, at the beginning of 2014.

12    Q    Did they tell you about a lawsuit that

13    they had against Mr. Igelko?

14    A    No.

15    Q    So the first time that you knew about any

16    lawsuit was when you received the subpoena the

17    first time?

18    A    Yes, when I received this I know they sue

19    each other.  I don't know who sued who.  That is

20    why I know that.

21    Q    And that was in what year?

22    A    I don't know.  The guy sent me a letter.

23    Q    The first time that you appeared?

24    A    Last year.

25    Q    The last year, 2014?

24

1    A    2014.

2    Q    Give me one minute.

3         One second, sir.  I just want to ask you

4    that nobody has ever asked you any questions or

5    anything of substance.

6    A    What does substance mean?

7    Q    Nobody has ever asked you any real

8    questions -- you know how you said that you have

9    gone for -- you answered the original subpoena

10   that was served on you and you met Rochel there,

11   the court reporter, and you met a few other

12   people.

13        Did anybody ask you any questions about

14   your knowledge regarding anything that was said to

15   you from Mitchell Igelko or by Mitchell Igelko?

16   A    No.  I went to the other office.  They

17   petitioned me and I asked her.  And the rest

18   nothing was going on.

19   Q    Nobody asked you any questions about the

20   case or to your knowledge?

21   A    All I know that is I know these two

22   parties.  I know both parties.  I know Mitchell

23   and I know Kelly.  But I got this letter that is

24   why I said, wow, this is real stuff coming.  That

25   is what I know.

1     Q     But nobody asked you any questions?

2     A     No.

3     Q     Like you have been asked today?

4     A     No, no.

5           MS. JAFF:  Okay.  I don't have any other

6     questions.

7           MR. ESPINOSA:  I just have one more.

8                      EXAMINATION

9     BY MR. ESPINOSA:

10    Q     Sir, I am going to show you what I am

11    marking as Defendant's Exhibit 3, which is a

12    complaint, in which do you see on the top Kelly

13    Phillips and Edel Leon seeing two corporations, or

14    actually in this case they are suing one

15    corporation and Mitchell Igelko.

16          (Defendant's Exhibit Number

17          3 was marked by the court reporter and is

18          attached to the end of the transcript.)

19    Q     On page 18 I am just going to ask you to

20    yourself, on page 18, if you can read it to

21    yourself.

22          MS. JAFF:  You can read it on the record.

23          MR. ESPINOSA:  I am going to order.  I

24    don't want to take up space.

25          MS. JAFF:  I want that read on the record.

1    I don't care.

2         MR. ESPINOSA:  Don't interrupt my

3    deposition.  It's my deposition.  I order the

4    transcript if I want to.

5         MS. JAFF:  I order transcripts too.

6         MR. ESPINOSA:  You don't need to scream.

7    I am examining my witness.  I want him to read it

8    to himself.  We have exhausted more time than this

9    would have --

10    A    You want me to read it?

11    Q    Read it out loud.  I think we are going to

12   waste more time because she is going to ask you to

13   read it out load.

14    A    "Defendants run a company that employs

15   people with Leon's skill set."

16         What does that mean?

17    Q    Right up here do you see the word Slander?

18    A    Slander Leon, yes.  Slander.

19    Q    What is that?  It's count number 9.

20    A    Okay.

21    Q    Can you then turn to the next page and

22   read the top for paragraph 81?

23    A    "Within the last two years in an

24   conversation that Igelko had with Vichith

25   Phanitdasack concerning Edel Leon, Igelko told

```
1    Vichith that Phillips and Leon had stolen over a
2    million dollars, a computer, and employee files,
3    and the timecard from Mitchell's Lawn.  Igelko
4    also told Vichith Phanitdasack not to hire Leon or
5    Phillips."
6        Q    Is that true?
7        A    No.  No one say nothing.  No one tell me
8    nothing.
9        Q    Look at paragraph 82.  You can read it to
10   yourself.  If you want, we can have you read it
11   out loud.
12       A    "By these false words quoted in the
13   immediately preceding paragraph, Igelko intended
14   to say and publish that Leon was a thief and a
15   criminal, not to be trusted, and unable and
16   unwilling to perform his trade or profession as
17   should reasonably be expected of him.  The
18   statements in the publication were intended to
19   degrade and injure Leon in his good name, credit,
20   and reputation and exposed Leon to distrust, hated
21   and contempt."
22       Q    Is anything that you just read true?
23       A    No.  I know nothing.
24       Q    Is it all false?
25       A    It's all false.
```

```
1      Q     Read to yourself number 83, please?

2      A     "Igelko's aforementioned intent was

3   malicious and retaliatory for reasons stated in

4   Counts I and III above."

5            What does that mean?

6      Q     It's a legal term.  Malicious and

7   retaliatory.  Can you read paragraph 84.  And if

8   you can read it, you can read it to yourself

9   because everything you say out loud she has to put

10  on the record.

11     A     She don't tell me nothing.

12     Q     Did you review paragraph 84?

13     A     What do you mean by "injuring his good

14  name"?  No, they don't say anything.

15     Q     Is everything that you have now had an

16  opportunity to review in paragraph 84, is that

17  false?

18     A     No, they don't tell me nothing about that.

19     Q     Now, I will show you the same exhibit,

20  Defendant's Exhibit Number 3, which is the

21  original complaint, and it is count number 8.  Do

22  you see on the top where it says count number 8,

23  Slander Phillips?

24     A     Uh-huh.

25     Q     I am going to ask you, read it out loud.
```

```
 1          MS. JAFF:  I am also going to say there
 2     was an amended complaint, just for the record.
 3          MR. ESPINOSA:  Yes, there is.
 4          MS. JAFF:  And you are asking him
 5     questions regarding a complaint that is no
 6     longer --
 7          MR. ESPINOSA:  -- operative?
 8          MS. JAFF:  Yes.
 9          MR. ESPINOSA:  It's for the rule 11 motion
10     for sanctions.
11      A    You can read it.  And I can tell you it's
12     faster for you.
13      Q    Paragraph 72, I will have you follow
14     along, "Vichith Phanitdasack runs a company that
15     employs people with Phillips' skill set."
16          Do you know what Phillips' skill set is?
17      A    Huh-uh.
18      Q    You have to answer out loud.
19      A    What is a skill set?
20      Q    In other words, what she does --
21      A    I don't know what she do.  I don't know.
22      Q    Did she work at a law firm?
23      A    I saw her work after they don't work with
24     Mitchell.  I don't know what she do with Mitchell,
25     what she do, what her skill set with a law firm.
```

1    I don't know what she do.

2        Q    Do you know if Kelly Phillips knows how to

3    make sushi?

4        A    No.

5        Q    Do you know if Kelly Phillips knows how to

6    be a waiter?

7        A    No.

8        Q    Do you know if Kelly Phillips knows how to

9    be a server?

10       A    No.

11       Q    Do you know if Kelly Phillips can sweep a

12   broom at a restaurant?

13       A    No.

14       Q    Do you know if Kelly Phillips knows how to

15   clean tables?

16       A    She might.

17       Q    But do you know if she does?  Have you

18   ever seen her?

19       A    No.  She just comes and eat.

20       Q    She just goes to Sushi Lico, eats sushi

21   and she leaves?

22       A    Yes.

23       Q    Have you ever met with Kelly Phillips

24   outside of Sushi Lico?

25       A    No.

31

```
 1      Q     Look at paragraph 73.  "Within the last

 2   two years" -- and this document was filed back in

 3   March of 2013.  "Within the last two years in the

 4   conversation that Igelko had with Vichith

 5   Phanitdasack concerning Phillips, Igelko told

 6   Vichith Phanitdasack that Phillips and Leon had

 7   stolen over 1 million dollars, a computer,

 8   employee files and the timecards from Mitchell's

 9   Lawn.  Igelko also told Vichith Phanitdasack not

10   to hire Leon or Phillips."

11          Is all of that I just read in that you saw

12   false?

13      A     No.  I don't know anything about that.

14      Q     But listen to my question.  Is all of that

15   false?

16      A     It's false.

17      Q     Is anything here true in paragraph 73?

18      A     No.

19      Q     Paragraph 74, "By these false words quoted

20   in the immediately preceding paragraph, Igelko

21   intended to say and publish that Phillips and Leon

22   was thief and criminal."

23      A     No.  I know they two talking.  I just --

24      Q     Did Igelko ever tell you that Kelly

25   Phillips is not to be trusted?
```

1     A     No.

2     Q     Did not?  Did Igelko ever tell you that

3  Edel Leon was not to be trusted?

4     A     No, he never say nothing.

5     Q     Did Mitchell Igelko ever tell you anything

6  regarding Kelly Phillips and Edel Leon, be it that

7  they are not to be trusted, they're thieves, they

8  are crooks, they are criminals, et cetera?

9     A     No.

10     Q     I will show you what I have marked as

11  Defendant's Exhibit Number 4.

12          (Plaintiff's Exhibit Number

13       4 was marked by the court reporter and is

14       attached to the end of the transcript.)

15     Q     The Amended Complaint and this is dated

16  November 24th, 2014.  I am going to hand you the

17  amended complaint.  I am going to direct your

18  attention to -- I will turn you to page number 23

19  entitled First Amended Complaint.

20          It says "Slander Phillips."  And then up

21  here where it says "Phillips" on the first page

22  and Edel Leon.  Count eight.  Paragraph 66 says,

23  "Sometime during the years 2011 through 2013 in

24  the conversations that Igelko had with Vichith

25  Phanitdasack concerning Phillips, Igelko told

33

```
 1    Vichith Phanitdasack that Phillips had stolen over
 2    a million dollars, a computer, the employee files
 3    and the timecards from Defendants.  Igelko also
 4    told Vichith Phanitdasack not to hire Phillips."
 5              Is any of that true?
 6    A    No.
 7    Q    It's all false?
 8    A    It's all false.  Nothing.
 9    Q    Do you know if Kelly Phillips dislikes
10    Mitchell?
11              MS. JAFF:  Objection to form.
12    A    I don't know.  I don't know.
13    Q    Paragraph 67, "By these false words quoted
14    in the immediately preceding paragraph, Igelko
15    intended to say and publish that Phillips was a
16    thief and criminal and not to be trusted and
17    unable or unwilling to perform her trade or
18    profession as should reasonably be expected of
19    her. The statements in the publication were false
20    and intended to degrade and injure Phillips of her
21    good name, credit and reputation and exposed
22    Phillips to distrust, hatred and contempt."
23              Is any of this true?
24    A    No.
25    Q    Is it all false?
```

34

1       A    It's all false, nothing about that.  I

2   don't know where they get all this information

3   from.  I don't know.

4       Q    I have the same questions, sir.

5       A    I don't know about the file.  I don't

6   know.

7       Q    If Kelly Phillips goes into your

8   restaurant today with Edel Leon, would you serve

9   them sushi?

10      A    Oh, yes.  I get like a normal.  I would

11  not serve you for sure.

12      Q    I am sorry.  Some people don't like me.

13  Let me ask you.  Have you heard anything other

14  than what we have read here anything that --

15  forget Mitchell Igelko.  A woman by the name of

16  Elsa Gelman has said about Kelly Phillips being a

17  thief, a crook a criminal?

18      A    We have been here two or three times.

19  Nobody said anything.

20      Q    I want to ask you again, the only reason

21  is because I don't want to ever have to have you

22  come back.

23      A    No.  None of these people.  Honestly I

24  only know Kelly and Mitchell.  The other name, I

25  don't know their name.  I just know them by person

1    that they walk.  When you walk in, I even told you

2    why you don't come here 2:00, 3:00.  7:00, I am

3    sorry, I don't want to talk to you.  I kick you

4    out.

5        Q    I understand.  My question is -- I am

6    telling you Elsa Gelman is Mitchell Igelko's

7    mother.

8        A    I have never seen Mitchell's mom never in

9    my life.

10       Q    Have you ever seen Mitchell Igelko's wife?

11       A    Wife, yes, the big lady?  The big lady.  I

12   saw.  She come with Mitchell.

13       Q    Has that woman, his wife, ever told you

14   anything about --

15       A    She didn't talk in words. I don't think

16   she speaks English.

17       Q    Okay.  Do you speak Spanish?

18       A    No.  She don't speak English.

19       Q    Have you and Mitchell's wife, Adriana

20   Igelko --

21       A    Adriana.

22       Q    -- have you guys ever had a conversation?

23       A    No, never.  She come and we never talk.

24   Hi.  That is it.

25       Q    Because she speaks Spanish?

1    A    Yes, she speaks Spanish.

2    Q    And you don't speak Spanish?

3    A    No Spanish.

4    Q    Only English?

5    A    English.

6         MR. ESPINOSA:  No further questions.

7         MS. JAFF:  I just have two follow-ups.

8              EXAMINATION

9  BY MS. JAFF:

10   Q    Has Mr. Espinosa ever been in your

11  restaurant?

12        MR. ESPINOSA:  Objection.

13   A    He went to give me a paper.  I cannot talk

14  to him.  I kick him out.  I swear to kick him out.

15  I thought he is going to sell me something, sell

16  me credit cards.  Try to get me to advertise

17  something, and I was talking to my staff, and my

18  staff said he tried to talk to me.  I said, I am

19  sorry.  I don't ask what his name.  I say, can you

20  come back?  I told him can you come back?  I said

21  I am busy.

22        MR. ESPINOSA:  Let the reflect that it was

23  me, Daniel Espinosa.

24   A    I don't --

25        MR. ESPINOSA:  I was physically there.

1      A    He came with like a basketball player, and

2  I said what can I do for you?  I can't even talk

3  to you.  I have a full house.

4      Q    Did he give you documents?

5      A    He don't give me nothing.

6      Q    Did he bring documents with him?

7      A    He gave me some papers.  No, he came with

8  a paper.  This is how he came.  This is what I see

9  from the back, but I don't know what the papers is

10  about.

11      Q    And he wanted to talk to you about those

12  papers?

13      A    He tried to say -- he don't even know my

14  name.  Don't even know who -- I don't him.  I told

15  him, please, if you want to talk or you want to

16  sell, but not at this time.  Why don't you come

17  back and show up at 1:00 in the afternoon or 2:00?

18  But this time I am sorry.  I kick him out.

19      Q    But the letter that told you to come

20  today, you didn't receive it from him, right?

21      A    No.  The letter, my staff, the one that

22  signed this, I didn't even know they say I have to

23  go to court today.  I thought this is a hearing.

24      Q    You didn't actually sign for that

25  subpoena?

1     A     No.

2     Q     I have one last question.  Did you

3   understand all the paragraphs that he read to you

4   fully and completely?  Did you understand them?

5     A     The one that we just talked about?

6     Q     All the different paragraphs he was

7   reading.

8     A     I understand now.  I understand now what

9   is going on between Kelly and Mitchell, and now I

10  know.

11    Q     How do you know that?

12    A     He just told me that the file was found

13  from Kelly and Mitchell.  I never saw nothing.

14  How can I say because I don't even know what is

15  going on between these two parties until I see it

16  today.

17    Q     Who told you that who was fired?

18    A     That is what the file says, Kelly and

19  Mitchell, right now they just told me right now.

20        MS. JAFF:  I am done.

21        MR. ESPINOSA:  I am done.  Thank you very

22  much for your time.  Do you want to read?

23        MS. JAFF:  Do you want to ask him to read

24  it or --

25    Q     Under the rules of court, you have the

1    right if you want to come back and read to make

2    sure your testimony was accurate, or you also have

3    the right to waive that and trust that everything

4    that the court reporter wrote down is true and

5    accurate.

6        A    Sure.

7        Q    Do you want to waive it and you don't have

8    to come back?

9        A    Good.  I don't want to come back.  I have

10   to work and I have a doctor's appointment too.

11        (Ending time:  2:00 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

40

```
 1

 2

 3                    CERTIFICATE OF OATH

 4

 5   STATE OF FLORIDA    )
                         ) SS:
 6   COUNTY OF MIAMI-DADE)

 7

 8          I, ROCHEL ALBERT, Certified Shorthand

 9   Reporter and Notary Public in and for the State of

10   Florida at Large, certify that the witness,

11   personally appeared before me and was duly sworn.

12

13          WITNESS my hand and official seal this

14   9th day of February, 2015.

15

16         _____

17                    ROCHEL ALBERT, CSR
                      Notary Public, State of
18                    Florida

19

20

21

22

23

24

25
```

41

1

2              REPORTER'S DEPOSITION CERTIFICATE

3

4              I, ROCHEL ALBERT, Certified Shorthand

5    Reporter, certify that I was authorized to and did

6    stenographically report the foregoing deposition;

7    that the foregoing transcript of said witness is a

8    true and complete record of my stenographic notes of

9    the deposition by said witness; and that this

10   computer-assisted transcript was prepared under my

11   supervision.

12             I further certify that I am not a

13   relative, employee, attorney or counsel of any of

14   the parties, nor am I a relative or employee of any

15   of the parties, attorney or counsel connected with

16   the action.

17             DATED this 9th day of February, 2015.

18

19

20             _____

21             ROCHEL ALBERT, CSR
               Notary Public, State of Florida
22             at Large.  My commission expires.
               September 4, 2017.  Bonded
23             through Budget Notary Services
               Commission Number FF 049654
24

25