```
                                                            1


  1            UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
  2         CASE NO: 1:13-CV-20854 FAM/SIMONTON

  3     _____

  4    KELLY PHILLIPS AND EDEL LEON,

  5                   Plaintiffs,

  6    v.

  7    MITCHELL'S LAWN MAINTENANCE, CORP.,
       a Florida corporation, and MITCHELL
  8    IGELKO,

  9
                           Defendants.
 10    _____\

 11
       AT:        300 71 Street
 12               Suite 605
                  Miami Beach, Florida 33141
 13               Friday, June 20, 2014
                  10:45 a.m.
 14

 15

 16           DEPOSITION OF MITCHELL IGELKO

 17

 18

 19        Taken before Rochel Albert, CSR and Notary

 20    Public in and for the State of Florida at Large,

 21    pursuant to Notice of Taking Deposition filed in the

 22    above cause.

 23

 24

 25    DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

                                                           2

1    APPEARANCES:

2       DANIEL ESPINOSA, ESQ.
        ESPINOSA & JOMARRON
3       4300 Biscayne Boulevard, Suite 305
        Miami, Florida 33137
4       Attorney for Plaintiff

5

6       DANIEL FELD, Esq.
        LAW OFFICES OF J.H. ZIDELL
7       300 71st Street, Suite 605
        Miami Beach, Florida  33141
8       Attorney for Defendants Phillips & Leon

9

10                       I N D E X

11   WITNESS              EXAMINATION BY         PAGE

12   MITCHELL IGELKO      Mr. Feld                3

13

14   EXHIBITS FOR IDENTIFICATION                 PAGE

15   A - List of Mitchell's employees             44

16   B - Income Tax Return For Mitchell's Lawn    48

17       Maintenance Corp. for the year 2008

18   C - Secretary of State of Florida for        26

19       Mitchell's Lawn Maintenance Corp

20   D - Secretary of State of Florida for        32

21       Mitchell's Lawn, LLC

22   E - Allegations against Patricia Martinez    69

23

24

25

1    lawsuit is about you making comments regarding the
2    alleged theft by Kelly Phillips and Edel Leon, and
3    I am trying to understand the basis of those
4    comments.
5         MR. ESPINOSA:  I guess his thing is, what
6    do illegal employees have to do with comments?
7         MR. FELD:  We will get there in a minute.
8         MR. ESPINOSA:  Just wait for his next
9    question and answer it.
10   Q    You have no recollection of ever paying
11   any of these employees in cash?
12        MR. ESPINOSA:  Form objection.
13        You can answer.
14   A    Some, I believe, were paid in cash.
15   Q    Do you recall how much per week you were
16   paying employees in cash, between the years 2006
17   and 2009?
18   A    It all fluctuated how much they worked.  I
19   don't know exactly.
20   Q    Can you give me the low versus the high?
21   A    Anywhere from 300- to $600.
22   Q    You never paid more than $600 in cash to
23   employees per week?
24        MR. ESPINOSA:  Form objection.
25        You can answer the question.

```
 1      A     It would be Kelly, the controller.
 2      Q     Would it ever be Elsa?
 3      A     Very rarely.
 4      Q     So run me through how this works.  Elsa
 5   signs the checks then gives it to Kelly to give to
 6   Mariano?  What is the chain of events?
 7      A     Okay.  The checks come in.  They get
 8   posted.  Then Elsa signs them.  Gets them back to
 9   Kelly.  And then there's two or three different,
10   you know, piles.  Some for deposit, some for cash.
11      Q     Okay.  What are the two or three piles?
12      A     One is to cash checks, and the other one
13   is for deposit.
14      Q     Why would checks be cashed instead of just
15   directly deposited?
16      A     To pay the illegal workers.
17      Q     Who made the determination as to which
18   checks to cash and which checks to deposit?
19      A     I don't know.
20      Q     Prior to Elsa working at Mitchell's Lawn
21   Maintenance, Inc., who would be the one to sign
22   those checks that would be cashed out at
23   Intercontinental Bank?
24      A     They don't need to be cashed out.  They
25   just need to be stamped.  They need to be stamped.
```

68

```
 1    Q    Do you know if she put any policies in
 2   place to prevent this from happening again?
 3    A    I don't know.  I know that the checks all
 4   had locks and key, and the only one that had the
 5   key was Kelly.
 6    Q    The checks had locks and key.  What do you
 7   mean by that?
 8    A    The checks, when they came in, and all the
 9   process was there.  Until they went to the bank,
10   they were kept in the drawer that had a lock.
11    Q    Didn't you tell me that Kelly would give
12   the checks to Elsa?
13    A    Right.  But sometimes when Elsa wasn't
14   there, because Elsa wasn't always there, it was
15   kept -- once all that process was done, it was put
16   in a lock -- in a drawer with a lock and key.
17    Q    Who administered payroll between 2006 and
18   2009 at Mitchell's Lawn Maintenance?
19    A    Kelly.
20    Q    Who would sign the checks for payroll?
21    A    Elsa.
22    Q    Would you ever be the one to physically
23   sign it?
24    A    I can't recall.
25    Q    If you saw your signature on checks, would
```

95

```
 1    when my trucks were coming in, and try to pull
 2    guys together.  And I would be hiding next door,
 3    and I would see what was going on.
 4       Q    What time of the day was this?
 5       A    4:30, 5:00.
 6       Q    Weren't you normally gone from the
 7    business at that time?
 8       A    It doesn't matter.  I can go any time I
 9    want.
10       Q    My question -- I thought you had
11    previously testified that you weren't around the
12    business at that time.
13       A    I said I could go by any time I want.
14       Q    We went off a little bit on a tangent
15    here, and I will get back to the original
16    question.  What proof do you have, other than your
17    feelings, that Edel Leon and Kelly Phillips were
18    in cahoots with Hary De La Cruz to steal over a
19    million dollars from you?
20       A    How did the checks -- when Hary wasn't
21    working there, how did the checks still keep --
22    how did the checks still keep going out the door
23    and being deposited into his account?
24       Q    I know you want to answer a question with
25    a question.  But I am just asking, what proof,
```

96

1   other than your feeling, what physical proof do
2   you have linking Kelly Phillips and Edel Leon to
3   Hary De La Cruz?
4       A    What proof do I have?  The checks.
5       Q    What proof do you have that link Edel Leon
6   and Kelly Phillips took the checks that Hary De La
7   Cruz deposited into Power Financial?
8       A    Because when Hary wasn't working there, he
9   still kept depositing checks.
10      Q    Okay.  Who should we rely on to determine
11  how Hary De La Cruz got those checks?
12           MR. ESPINOSA:  Form.
13           You can answer.
14      A    They just didn't walk out the door.
15      Q    Who would be in the best position to know
16  how Hary De La Cruz got those checks?
17      A    Kelly Phillips.
18      Q    Would Hary De La Cruz be in the best
19  position to know how he got those checks?
20      A    Yes.
21      Q    And if he testified you gave it to him,
22  what would you say?
23      A    Why I would give him --
24           MR. ESPINOSA:  The question is, what would
25  you say?

```
                                                          99

 1

 2                      CERTIFICATE OF OATH

 3

 4    STATE OF FLORIDA    )
                          ) SS:
 5    COUNTY OF MIAMI-DADE)

 6

 7           I, ROCHEL ALBERT, Certified Shorthand

 8    Reporter and Notary Public in and for the State of

 9    Florida at Large, certify that the witness,

10    personally appeared before me and was duly sworn.

11

12            WITNESS my hand and official seal this

13    5th day of July, 2014.

14

15            _____

16                    ROCHEL ALBERT, CSR
                      Notary Public, State of
17                    Florida

18

19

20

21

22

23

24

25
```

100

1

2          REPORTER'S DEPOSITION CERTIFICATE

3

4          I, ROCHEL ALBERT, Certified Shorthand

5   Reporter, certify that I was authorized to and did

6   stenographically report the foregoing deposition;

7   that the foregoing transcript of said witness is a

8   true and complete record of my stenographic notes of

9   the deposition by said witness; and that this

10  computer-assisted transcript was prepared under my

11  supervision.

12          I further certify that I am not a

13  relative, employee, attorney or counsel of any of

14  the parties, nor am I a relative or employee of any

15  of the parties, attorney or counsel connected with

16  the action.

17          DATED this 5th day of July, 2014.

18

19

20          _____

21          ROCHEL ALBERT, CSR
            Notary Public, State of Florida
22          at Large.  My commission expires.
            September 4, 2017.  Bonded
23          through Budget Notary Services
            Commission Number FF 049654
24

25