```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
             CASE NO: 10-20506 CIV SEITZ/SIMONTON
_____

EDEL LEON,
and all others similarly
situated under 29 USC 216 (B),

                    Plaintiff,

                       -vs-

M.I. QUALITY LAWN MAINTENANCE,

                    Defendants.
_____\


AT:        300 71 Street
           Suite 605
           Thursday, June 27, 2013
           1:40 p.m.



          CONTINUED DEPOSITION OF ELSA GELMAN

       Taken before Rochel Albert, CSR and Notary
Public in and for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.


    DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

*Certified Copy*

2

```
 1    APPEARANCES:

 2       DAN FELD, Esq.
         LAW OFFICES OF J.H. ZIDELL
 3       300 71st Street, Suite 605
         Miami Beach, Florida  33141
 4       Attorney for Plaintiff

 5


 6       DANIEL A. ESPINOSA, Esq.
         ESPINOSA & JOMARRON
 7       4300 Biscayne Boulevard, Suite 305
         Miami, Florida  33137
 8       Attorney for Defendants

 9

10    Also present:  ADRIANA IGELKO

11                         I N D E X

12    WITNESS              EXAMINATION  BY         PAGE

13    ELSA GELMAN             Mr. Feld  ............ 3
                              Mr. Espinosa ........ 57
14
      EXHIBITS FOR IDENTIFICATION                   PAGE
15

16    18 - Tax returns                              14

17    19 - Tax returns                              15

18

19

20

21

22

23

24

25
```

1        You can answer.
2    A   I don't understand your question.
3    Q   Sure. During the last, let's say, six
4 months of Mitchell's Lawn Maintenance Corp., how
5 would you classify your position there?
6    A   I could be a manager. I could be manager.
7    Q   Okay. Was there anyone else there that
8 could be a manager at Mitchell's Lawn Maintenance
9 Corp.?
10   A   At that time, it could have been Mitchell
11 or Adriana.
12   Q   Did Adriana work as a manager there also
13 the last six months?
14   A   She worked there. It doesn't mean that
15 she is a manager. We don't have titles. We
16 really don't have titles. We do whatever has to
17 be done.
18   Q   It's a family operated business?
19   A   Right.
20   Q   Was there anybody during the last six
21 months of the existence of Mitchell's Lawn
22 Maintenance Corp. that supervised employees' work
23 out in the field?
24   A   We have employees that supervise employees
25 in the field.

```
 1      Q    What are the names of some of those
 2 employees?
 3      A    Do I have to tell him the name of the
 4 employees that supervise?
 5           MR. ESPINOSA:  Yes.  Names, yes.
 6 Financial information --
 7      Q    I am talking about for Mitchell's Lawn
 8 Maintenance Corp.  The last six months of the
 9 existence of Mitchell's Lawn Maintenance Corp.,
10 who were the employees that managed the work of
11 the other employees?
12      A    It could be Rico, Rico Connolly,
13 C-O-N-N-O-L-L-Y.
14      Q    Anyone else?
15      A    No.
16      Q    How about someone by the name of Rick
17 Windfield?
18      A    He is a worker.  He is a regular worker.
19      Q    Okay.  And he worked there for several
20 years at Mitchell's Lawn Maintenance Corp.?
21      A    Yes.
22      Q    And he is currently working --
23           MR. ESPINOSA:  Sorry.  Let him finish his
24 question so we can have a clear record.
25      A    Okay.
```