## AFFIDAVIT OF EDEL LEON

STATE OF FLORIDA )
                 ) S.S.:
COUNTY OF MIAMI-DADE )

1. *EL* My name is EDEL LEON: I am over eighteen years of age; I reside in the United States, and I have personal knowledge of the matters set forth herein.

2. *EL* I am a Plaintiff is the lawsuit styled as *Kelly Phillips and Edel Leon v. Mitchell's Lawn Maintenance Corporation, Mitchell's Lawn LLC, and Mitchell Igelko,* Case No.: 13-20854-CIV-SIMONTON, pending in the United States District Court for the Southern District of Florida.

3. *EL* On or about July 17, 2012, Mitchell Igelko, by and through his agents, slashed one of the tires of my wife Kelly Phillips' car while I was in Court and my vehicle was parked in the car lot by the Federal Court House. To the best of my knowledge, it was the American Car Parks parking lot.

4. *EL* On or about said date, my wife Kelly Phillip and Luis Solozano both had one tire of our respective cars slashed when we arrived at the parking lot.

5. *EL* The car park attendant spoke in Spanish address all 5 of us, Kelly Phillips, Luis Solozano, Javier Gonzalez, Luisa Ginzberg, and me, saying that it was the same individual who had slashed my attorney's tires the prior day. The car park attendant said that it was a good thing that he was there because he was going to slash the tires of my attorney's car again but he had arrived there to stop him. The car park attendant said that he had received $5.00 from Mitchell Igelko to go away and buy a soft drink/soda so that he would not be in the parking lot. The car park attendant told me that he was suspicious of Mitchell Igelko and I believe it is because of what had occurred the day prior.

6. *EL* The following day, when I returned to Court I showed the same car park attendant a printed out picture of Mitchell Igelko and the car park attendant specifically confirmed that Mitchell Igelko had slashed the one tire of my vehicle.

7. *EL* The car park attendant spoke in Spanish to me and the other (4) people who were with me. I also observed the car park attendant nodding his head, saying yes in Spanish, and pointing at the picture of Mitchell Igelko.

8. *EL* I changed the slashed tire on my car and we left the lot. Luis Solozano stayed behind because he had to call his brother to come help him and was waiting for him to come and to bring him a spare tire to replace the slashed tire on his car. I believe that Javier Gonzalez, who was travelling in Luis Solozano's car, and Luisa Ginsberg, who was travelling in my car, were present, heard the entire conversation, and can confirm the above.

9. *EL* I attended a post-trial hearing on or about February 2013 and Kelly Phillips, Javier Gonzalez, and I parked our car in the same parking lot by the Federal Courthouse. The same car attendant above-mentioned approached us and he said he remembered us and Luis Solazano's car, a red Mustang, and he said he would watch out for our cars. At that time, I asked if we could have his information so that my attorney could contact him about this matter and he said he was afraid for his job. The attendant 100% recalled the tire slashing from the previous year, in 2012.

10. *EL* I know Victor Cifuentes and Victor Cifuentes knows me.

11. *EL* On or about October 2012, in a conversation that Mitchell Igelko had with Victor Cifuentes concerning me, Mitchell Igelko told Victor Cifuentes that I and Kelly Phillips had stolen over 1 million dollars, a computer, the employee files, and the time cards from Defendants. Mitchell Igelko also told Victor Cifuentes that I was going to be arrested.

12. *EL* When I went to Victor Cifuentes' store, Victor Cifuentes told me about his conversation with Mitchell Igelko and the specifics of that conversation, as above mentioned.

13. *EL* By these false words, Mitchell Igelko said to Victor Cifuentes, Defendants intended to say and publish that I was a thief and a criminal, not to be trusted, and unable or unwilling to perform my trade or profession as should reasonably be expected of me. The statements in the publication were false and tended to degrade and injure me in my good name, credit, and reputation and exposed me to distrust, hatred and contempt.

14. *EL* As a result, I was injured in my good name, credit, and reputation and brought into public scandal and disgrace, has been shunned by many persons with whom I previously had social or business relations, I have suffered mental anguish, and have been injured in my profession by having lost trade and experienced difficulty in obtaining credit and employment.

*[signature]*
**AFFIANT EDEL LEON**

The foregoing instrument was sworn to and subscribed before me, on this 28 day of January, 2015, by _Edel Leon_, who has produced _FD␣␣_ as identification.

*[signature]*
NOTARY PUBLIC, State of Florida

**INTERPRETER'S ACKNOWLEDGEMENT:**

On this 28 day of January 2015, personally known to me, affirmed that the foregoing was translated for _Edu Pion_ and that he fully understood and affirmed the contents of the foregoing.

_____
(Interpreter's signature)

Aleida Menir
COMMISSION # FF174525
NOTARY PUBLIC EXPIRES: November 9, 2018
State of Florida    WWW.AARONNOTARY.COM