UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.1:13-cv-20854-SCOLA/SIMONTON

KELLY PHILLIPS and EDEL LEON,   )
                                )
    Plaintiffs,                 )
                                )
v.                              )
                                )
MITCHELL'S LAWN MAINTENANCE     )
CORPORATION, MITCHELL'S LAWN    )
LLC, and MITCHELL IGELKO,       )
                                )
    Defendants.                 )
_____)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS FOR FAILURE TO DISCLOSE AND FOR FAILURE TO FURNISH A WITNESS LIST WITH MEMORANDUM OF LAW**

Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION, MITCHELL'S LAWN LLC, and MITCHELL IGELKO (collectively, "**Defendants**"), pursuant to Local Rule 7.1, hereby move, without opposition, for an extension of time to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Sanctions for Failure to Disclose and For Failure to Furnish a Witness List with Memorandum of Law [DE 127] ["**Plaintiffs' Response**"] and in support thereof state:

1. On April 29, 2015, Defendants filed a Motion for Sanctions for Failure to Disclose and For Failure to Furnish a Witness List [DE 121]. Thereafter, on May 18, 2015, Plaintiff's Response was filed. Due to the arguments presented in Plaintiffs' Response, a reply memorandum is necessary.

2. Local Rule 7.1(c) permits a movant "within seven (7) days after service of an opposing memorandum of law, serve a reply memorandum in support of the motion." In this case, the deadline to file a reply memorandum to Plaintiffs Response is May 26, 2015. However, for the reasons set forth below, Defendants seek an extension to file a reply memorandum.

3. In the month of May, the parties have been extremely busy preparing and filing motions in this case, among them being Defendants Motion for Sanctions Against Plaintiffs' Lawyers and the Law Firm of J.H. Zidell Under This Court's Inherent Authority [DE 122], Defendants' Motion for Summary Judgment [DE 123] and Plaintiffs' Motion for Partial Summary Judgment [DE 124]. As recently as the date of this Motion, Defendants filed their Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment [DE 130]. Moreover, Defendants have been preparing for Oral Argument on Defendants' Motion for Relief from Final Judgment and for Sanctions in the related Federal Case *Phillips, et al. v. M.I. Quality, et al.*, No. 10-CV-20506 scheduled for May 27, 2015.

4. As a result of the foregoing, Defendants request an extension of six (6) days to file a reply memorandum to Plaintiffs Response.

5. Defendants are aware that Federal Rule of Civil Procedure 6(d) adds an additional three (3) days to file a document "after the period would otherwise expire under Rule 6(a). Nevertheless, in an abundance of caution, Defendants file the instant Motion.

WHEREFORE, Defendants request that this Honorable Court grant the relief sought in the instant motion.

[SIGNATURE BLOCK, CERTIFICATE OF GOOD FAITH CONFERRAL, AND CERTIFICATE OF SERVICE NEXT PAGE.]

      Respectfully submitted,

By:  /s/ Rafael Viego III
      Rafael Viego III, Esq.
      Florida Bar No.: 60967
      Daniel A. Espinosa, Esq.
      Florida Bar No. 81686
      **ESPINOSA | JOMARRON**
      *Counsel for the Defendants*
      4300 Biscayne Boulevard, Suite 305
      Miami, Florida 33137
      Telephone:     (305) 717-7530
      Facsimile:     (305) 717-7539
      E-mail:rviego@ejtrial.com
      E-mail:despinosa@ejtrial.com

## CERTIFICATE OF GOOD FAITH CONFERRAL

The undersigned conferred with Plaintiffs' counsel via e-mail to resolve the issues raised in this motion and Plaintiffs' counsel does not oppose.

By:  /s/ Rafael Viego III
      Rafael Viego III, Esq.
      Florida Bar No.: 60967

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served via e-mail, this 26th day of May, 2015, upon: Jamie H. Zidell, Esq., zabogado@aol.com, Rivkah Jaff, Esq., rivkah.jaff@gmail.com, and Elizabeth O. Hueber, Esq., Elizabeth.hueber.esq.@gmail.com.

By:  /s/ Rafael Viego III
      Rafael Viego III, Esq.
      Florida Bar No.: 60967