UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and
EDEL LEON,

    Plaintiffs,

v.

M.I. QUALITY LAWN MAINTENANCE,
INC., and MITCHELL IGELKO,

    Defendants.
_____/

## ORDER RE-SETTING PRETRIAL AND TRIAL DATES

Pursuant to a telephonic request from the Parties requesting an extension of pretrial dates and due to a Court scheduling conflict, the Trial in this matter is hereby reset to commence on Monday, October 26, 2015 at 9:00 a.m.

The Pretrial Conference in this matter will be held before the undersigned on Thursday, October 15, 2015 at 10:00 a.m.

On or before Friday, September 25, 2015, the Parties shall file their Pretrial Stipulation and Jury Instructions. The Pretrial Stipulation and Jury Instructions shall comply with the requirements set forth in the Court's April 25, 2014 Order Re-Setting Pre-Trial and Trial Schedule, ECF No. [74].

DONE AND ORDERED at Miami, Florida, on June 24, 2015.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record