UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.1:13-cv-20854-SCOLA/SIMONTON

KELLY PHILLIPS and EDEL LEON,   )
                                )
    Plaintiffs,                )
                                )
v.                              )
                                )
MITCHELL'S LAWN MAINTENANCE     )
CORPORATION, MITCHELL'S LAWN    )
LLC, and MITCHELL IGELKO,       )
                                )
    Defendants.                )
                                )

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned attorneys hereby stipulate and agree that ESPINOSA LAW GROUP and Daniel Espinosa Esq., shall be substituted as counsel of record for Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION, MITCHELL'S LAWN LLC, and MITCHELL IGELKO, in place of JOMARRON | LOPEZ f/k/a ESPINOSA | JOMARRON and that JOMARRON | LOPEZ and all its attorneys, including Jesmany Jomarron, Esq. and Rafael Viego III, Esq. shall be relieved of any further responsibility with respect to this matter as of the date of this Court's Order on Substitution of Counsel.

| | |
|---|---|
| **JOMARRON \| LOPEZ** | **ESPINOSA LAW GROUP** |
| 4300 Biscayne Boulevard, Suite 305 | 10625 N. Kendall Drive |
| Miami, Florida 33137 | Miami, Florida 33176 |
| Telephone: (305) 717-7530 | Telephone: (305) 655-1501 |
| Facsimile: (305) 717-7539 | Primary: service@EspinosaLawGroup.com |
| E-mail: rviego@jltrial.com | Secondary: despinosa@EspinosaLawGroup.com |
| | |
| By: /s/ Rafael Viego III | By: /s/ Daniel A. Espinosa |
|     Rafael Viego, Esq. |     Daniel A. Espinosa, Esq. |
|     Florida Bar No. 60967 |     Florida Bar No. 81686 |

## CLIENTS' CONSENT TO SUBSTITUTION OF COUNSEL

Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION, MITCHELL'S LAWN LLC, and MITCHELL IGELKO, expressly consent to the substitution of ESPINOSA LAW GROUP and Daniel A. Espinosa, Esq., as their counsel in the place of ESPINOSA | JOMARRON.

Signed this _____ day of _____, 2015.

By: _____
Mitchell Igleko

By: _____
Elsa Gelman, on behalf of Mitchell's Lawn Maintenance Corporation and Mitchell's Lawn LLC

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was served via CM/ECF, this 5th day of October, 2015, upon: Jamie H. Zidell, Esq., zabogado@aol.com, Rivkah Jaff, Esq., rivkah.jaff@gmail.com, and Elizabeth O. Hueber, Esq., Elizabeth.hueber.esq@gmail.com, and Daniel A. Espinosa, Esq., despinosa@EspinosaLawGroup.com, and service@EspinosaLawGroup.com.

                Respectfully submitted,

             By: /s/ Rafael Viego III
                Rafael Viego III
                Florida Bar No. 60967