UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and
EDEL LEON,

    Plaintiffs,

v.

M.I. QUALITY LAWN MAINTENANCE,
INC., and MITCHELL IGELKO,

    Defendants.
_____/

**ORDER RESETTING PRETRIAL CONFERENCE FOLLOWING
HEARING ON PENDING MOTIONS**

    This Matter was before the Court upon Defendants' Motion for Summary Judgment, ECF No. [123], Plaintiffs' Motion for Partial Summary Judgment, ECF No. [124], Plaintiffs' Motion to Strike Affirmative Defenses, ECF No. [113], Defendants' Motion for Sanctions for Failure to Disclose and for Failure to Furnish Witness List, ECF No. [121], and Defendants' Motion for Sanctions Against Plaintiffs' Lawyers and Law Firm of J.H. Zidell, ECF No. [122].  On October 8, 2015, the undersigned held a hearing on the Motions, as well as, to establish a new date for the pretrial conference and the deadline for the Parties to file their Pretrial Stipulation.  This Order sets forth and incorporates the oral rulings made by the undersigned at that hearing regarding the Pretrial Conference and other pretrial deadlines in this action.[1]

    Accordingly, as orally ruled at the hearing and for the reasons stated on the record at the hearing, it is

---

[1] The substantive rulings made on the Parties' respective Motions will be set forth by way of separate Order.

**ORDERED AND ADJUDGED** that the **Final Pretrial Conference** in this matter is reset for **Thursday, October 22, 2015 at 2:00 p.m** before the undersigned.  It is further

**ORDERED AND ADJUDGED** that the Parties shall submit their Pretrial Stipulation on or before 5:00 p.m. on Tuesday, October 20, 2015.  The Parties shall ensure that they submit Jury Instructions in conjunction with the Pretrial Stipulation in the format discussed at the hearing.  All legal issues that remain in dispute shall be included in the Pretrial Stipulation, including issues related to Plaintiffs' challenges to Defendants' Affirmative Defenses.[2]  In addition, the Plaintiffs shall submit an itemization of the compensatory damages claimed, the basis for computing those damages, and provide all of the information related to that calculation, and comply with the requirements of Fed. R. Civ. P. 26(a)(1)(A)(iii).  It is further

**ORDERED AND ADJUDGED** that on or before October 14, 2015, the Parties shall serve their Final Witness Lists on the opposing Counsel only, that includes all applicable identifying personal information.  The personal contact information is restricted to attorney's eyes only and shall not be disclosed to the Parties.  Counsel shall file a list of those witnesses with the Court omitting the identifying information.  The list of witnesses shall be divided into two parts-one that specifies the witnesses that the party expects to call, and one that specifies witnesses that the party does not presently believe will be called, but who may be called if the need arises.  Defendant may depose

---

[2] At the hearing, the undersigned denied the Plaintiffs' Motion to Strike Affirmative Defenses, ECF No. [123], without prejudice to raise those issues in the Pretrial Stipulation and a Motion in Limine.

any witnesses whose contact information is newly disclosed at any time prior to trial.

**DONE AND ORDERED** at Miami, Florida, on October 8, 2015.

*/s/ Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**All counsel of record**