| | United States District Court |
|---|---|
| | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |

| | |
|---|---|
| KELLY PHILLIPS and EDEL LEON,<br><br>        Plaintiffs,<br>vs.<br><br>MITCHELL'S LAWN MAINTENANCE CORPORATION and<br>MITCHELL IGELKO,<br><br>        Defendants. | PLAINTIFFS' WITNESS LIST<br><br>CASE NO.: 13-20854-CIV-SIMONTON<br>            [CONSENT CASE] |

| PRESIDING JUDGE<br><br>HONORABLE UNITED STATES MAGISTRATE JUDGE ANDREA M. SIMONTON | PLAINTIFFS' ATTORNEY<br><br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET, SUITE 605<br>MIAMI BEACH, FLORIDA 33141<br>PH: 305-865-6766<br>FAX: 305-865-7167 | DEFENDANTS' ATTORNEY<br><br>DANIEL A. ESPINOSA, ESQ.<br>RAFAEL VIEGO , III, ESQ.<br>ESPINOSA \| JOMARRON<br>4300 BISCAYNE BOULEVARD, SUITE 305<br>MIAMI, FLORIDA 33137<br>FAX: (305) 717-7539<br>EMAIL: DESPINOSA@EJTRIAL.COM<br>            RVIEGO@EJTRIAL.COM |
| TRIAL DATE(S)<br>10/26/15 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | , "LIST OF WITNESSES" |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff Kelly Phillips, c/o Plaintiffs' Counsel. Intend to get live testimony. Intend to call. |
| 2 | | | | | Plaintiff Edel Leon, c/o Plaintiff's Counsel. Intend to get live testimony. Intend to call. |
| 3 | | | | | Mitchell Igelko, c/o Defense Counsel. Intend to get live testimony. Intend to call. |
| 4 | | | | | 30(b)(6) Corporate Representative of Defendant Mitchell's Lawn Maintenance Corporation, c/o Defense Counsel. Intend to get live testimony. Intend to call. |
| 5 | | | | | Barbara Igelko. c/o Defense Counsel. Intend to get live testimony. Intend to call. |
| 6 | | | | | Marguerite Wilfong.  Intend to get live testimony. Intend to call. |
| 7 | | | | | Dennis James Dill. Intend to get live testimony. Intend to call. |
| 8 | | | | | 30(b)(6) Corporate Representative of Power Financial Credit Union. Intend to get live testimony. Intend to call. |
| 9 | | | | | Thomas Wilfong. May get live testimony. May call. |
| 10 | | | | | Eduardo Miguelez. May get live testimony. May call. |
| 11 | | | | | Noel Baez. May get live testimony. May call. |

| | | | | | |
|---|---|---|---|---|---|
| 12 | | | | | Edel Alfonso. May get live testimony. May call. |
| 13 | | | | | Christian Sahs. May get live testimony. May call. |
| 14 | | | | | Esteban Del Sol. May get live testimony. May call. |
| 15 | | | | | John Jefferson. May get live testimony. May call. |
| 16 | | | | | Alama Del Rio. May get live testimony. May call. |
| 17 | | | | | Francisco Torres. May get live testimony. May call. |
| 18 | | | | | Jose Mendoza. May get live testimony. May call. |
| 19 | | | | | Vivian Machaber. May get live testimony. May call. |
| 20 | | | | | Susan Crouch. May get live testimony. May call. |
| 21 | | | | | Lateefah Cave-Rose. Intend to get live testimony. Intend to call. |
| 22 | | | | | Lorna Salomon. May get live testimony. May call. |
| 23 | | | | | Sophiea Bailey, Esq. Intend to get live testimony. Intend to call. |
| 24 | | | | | Omar Bentancort. May get live testimony. May call. |
| 25 | | | | | Luisa Ginsberg. May get live testimony. May call. |
| 26 | | | | | Lydia Perez (Cabrera). May get live testimony. May call. |
| 27 | | | | | Luis Solozano. May get live testimony. May call. |
| 28 | | | | | Hary De La Cruz. Intend to get live testimony. Intend to call. |
| 29 | | | | | Scott Ginsberg. May get live testimony. May call. |
| 30 | | | | | Yahilin Chirino. May get live testimony. May call. |
| 31 | | | | | Dr. Robert Derhagopian. May get live testimony. May call. |
| 32 | | | | | Javier Gonzalez. May get live testimony. May call. |
| 33 | | | | | Cristina Paret. May get live testimony. May call. |
| 34 | | | | | Lourdes Hernandez. May get live testimony. May call. |
| 35 | | | | | Rolando Leiva. C.P.A. May get live testimony. May call. |
| 36 | | | | | Massimo Magnani. May get live testimony. May call. |
| 37 | | | | | Patricia Martinez. May get live testimony. May call. |
| 38 | | | | | Daniel Espinosa. c/o Defense Counsel. May get live testimony. May call. |
| 39 | | | | | Jesmany Jomarron. c/o Defense Counsel. May get live testimony. May call. |
| 40 | | | | | Lucerito Calonge. May get live testimony. May call. |
| 41 | | | | | Jerry Slokam. May get live testimony. May call. |
| 42 | | | | | All impeachment and rebuttal witnesses. |
| 43 | | | | | Plaintiff reserves the right to call any witnesses listed by Defendants. |