UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.1:13-cv-20854-SCOLA/SIMONTON

| | |
|---|---|
| KELLY PHILLIPS and EDEL LEON | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MITCHELL'S LAWN MAINTENANCE CORPORATION, MITCHELL'S LAWN LLC, and MITCHELL IGELKO, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' WITNESS LIST

Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION (**"Mitchell's Lawn Corp."**), MITCHELL'S LAWN LLC (**"Mitchell's LLC"**), and MITCHELL IGELKO (**"Igelko"**) (collectively, the "**Defendants**"), hereby serve their witness list:

**List of Witnesses Defendants will Call at Trial**:

1. Hary de la Cruz

2. Kelly Phillips, a/k/a Kelly Phillips Leon

3. Edel Leon

4. Jamie Harrison Zidell,

5. Anita Aviles

6. Brian Muñoz (*Plaintiff Kelly Phillips' son*)
(*Current address and telephone number unknown and Plaintiffs refuse to provide same*)

7. Mitchell Igelko

8. Lance Cooper

9. Ahmed Andrade

– 1 –
ESPINOSA LAW GROUP
TRIAL LAWYERS

10. Records Custodian of Power Financial Credit Union

11. George M. Nachwalter

12. Records Custodian for Miranda's Lawn Maintenance Corp.

13. Records Custodian of Mitchell's Lawn Maintenance Corp.

14. Records Custodian for M.I. Quality Lawn Maintenance, Inc.

15. Elsa Gelman

16. Adriana Igelko

17. Records Custodian of Better than Best Equipment Repairs and Rentals, LLC

18. Records Custodian of the Roadruck Investigations, Inc.

19. Steve Roadruck

20. Mark A. Ostrowski, CPA, CFE, MBA

21. Records Custodian of the Economic Crimes Unit,
    Miami-Dade State Attorney's Office

22. Sophiea Bailey, Esq.

23. Records Custodian of the Miami-Dade Police Department
    Economic Crimes Bureau

24. Lateefah Cave-Rose
    Miami-Dade Police Department

25. Patricia Martinez

26. Oscar Pena

27. Rigo (last name unknown)
    Employee of American Car Parks

28. Diana Fuentes, Corporate Representative of American Car Parks

**List of Witnesses Defendant May Call at Trial**

29. Records Custodian of the Florida Bar

30. Authorized Representative of Ethics, Advertising, and Solicitations Department

31. The Florida Bar, Records Custodian of UPL Department

32. Victor Cifuentes

33. Vivian Machaber

34. Christian Sahs

35. Linda Raymond, a/k/a Ms. Linda Maxey
    Contact information is unknown and was not disclosed by Plaintiffs.

36. Marguerite Wilfong

37. Thomas Wilfong

38. Vichith Phanitdasack

39. Olen Wilfong

40. Luis Meurice

41. Records Custodian of Best Vest Corp.

42. Records Custodian of Best Equipment and Repair, Inc.

43. Records Custodian of Equipment Sales of South Florida

44. Simone Nachwalter

45. Records Custodian of George M. Nachwalter, P.A.

46. Records Custodian for Florida's Agency for Workforce Innovation

47. Jorge Caso

48. Diana Fuentes, Corporate Representative of American Car Parks

49. Joshua Sheskin

50. Dennis Dill, Records Custodian of Power Financial Credit Union

51. Delfino Lopez

52. Fabian Diaz

53. Luis Solorzano

54. Javier Gonzalez

55. Renato Rodriguez

56. Anders Guzman

57. Marcelino Mateo Marcos

58. Gilberto Rodriguez-Vasquez

59. Victor Gutierrez

60. Javier Gonzalez

61. Robert Derhagopian

62. Ruben Rodriguez Melgar

63. Luisa Ginsberg

64. Sebastian Gonzalez

65. Anibal Rivera

66. Oseas Reyes

67. John Chadwell

68. Alexander Briceno

69. Vincente Rodriguez

70. Juan Plazaola

71. Eduardo Miguelez

72. Jose Angel Cruz Rodriguez

73. Records Custodian of Hydraulic Solutions, Corporation

74. Records custodian of Sushi Lico

75. Records Custodian of Edel Alfonso's company

76. Edel Alfonso

77. Noel Baez

78. John Jefferson

79. Esteban Del Sol

80. Jose Mendoza

81. Edgar Melgar

82. Mario Oliva

83. Cristian Paret

84. Yahilin Chirino

85. All named employees in Case #09-22243 (S.D. Fla.)

*** DEFENDANTS' RESERVE THE RIGHT TO CALL ANY AND ALL WITNESSES ON PLAINTIFFS' WITNESS LIST ***

By: */s/ Danny Espinosa*
Daniel A. Espinosa, Esq.
Florida Bar No.: 81686
Thomas Charles Allison, Esq.
Florida Bar No.: 35242
despinosa@EspinosaLawGroup.com
tallison@EspinosaLawGroup.com
**ESPINOSA LAW GROUP**
*Counsel for Defendants*
10625 N. Kendall Drive
Miami, Florida 33176

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via e-mail and filed via e-mail, this 15th day of October, 2015, upon: Jamie H. Zidell, Esq., zabogado@aol.com, Dan Feld, Esq., danielfeld.esq@gmail.com, Rivkah Jaff, Esq., rivkah.jaff@gmail.com, and Lorna Salomon, Esq., LornaSalomon@miamisao.com.

By: */s/ Danny Espinosa*