UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV-SIMONTON

CONSENT CASE

KELLY PHILLIPS and EDEL LEON,   )
                                )
         Plaintiffs,            )
    vs.                         )
                                )
MITCHELL'S LAWN MAINTENANCE     )
CORPORATION, MITCHELL'S LAWN    )
LLC and MITCHELL IGELKO,        )
                                )
         Defendants.            )
_____ )

## MOTION FOR PROTECTIVE ORDER

Plaintiffs by and through their undersigned counsel hereby move this Court for a protective order in regard to certain depositions which have been scheduled by Defendants, and state as follows:

1. On October 8, 2015 this Court ordered that Defendants would be permitted by in regard to certain "Melgar Plaintiffs" of which the Plaintiffs had not prior provided their contact information. The undersigned recalls that this Court ordered that the parties do their best to cooperate in scheduling these depositions without Court approval. This Motion is made because Defendants have scheduled depositions for twenty-one persons, of which appears only one fits this criterion: Luis Solorzano.

2. Defendants set depositions to take place throughout the last three business days prior to trial, October 21, 22, 23: Dennis Dill, Hary de la Cruz, Luisa Ginsberg, Scott Ginsberg, Javier Gonzalez, Barbara Igelko, Luis Solorzano, Alma Del Rio, Vivian Machaber, Susan Crouch, Lorna Salomon, Yahilin Chirino, Omar Bentancort, Dr. Robert Derhagopian, Cristina

Paret, Lourdes Hernandez, Eduardo Miguelez, Massimo Magnani, Patricia Martinez, Lucierto Calogne, and Jerry Slokman.

3. Despite Plaintiffs' counsel's understanding of the Court order, they nevertheless agreed for Defendants' counsel to depose any of those witnesses whom which Plaintiffs had not provided their address or phone number.  These parties are: Hary de la Cruz, Luis Solorzano, Omar Bentancort, Dr. Robert Derhagopian, Patricia Martinez, and Lucierto Calonge.  The remaining 15 named parties that Defendants seek to depose had their contact information disclosed to Defendants prior to the close of discovery.

4. Defendants are using the Courts' order to complete late discovery through unilaterally setting depositions of parties whom were appropriately disclosed and noted as witnesses during the discovery period.

5. Plaintiffs' counsel recognizes that this Court has assured that the Court will address this at the pretrial conference; however, eight depositions[1] are scheduled to occur prior to said pretrial conference, and two depositions are scheduled to occur simultaneously at the same time of the pretrial conference (Thursday, October 22, 2015 at 2:00 p.m.).

---

[1] As of the writing of this Motion, at least one of said depositions has already been canceled; the eight depositions at issue is referring to the eight notices of taking depositions which state a time prior to the pretrial conference.

*Wherefore* the Plaintiffs requests that this Court order that no depositions occur until this matter may be so resolved at the Pretrial Conference.

>Respectfully submitted,
>
>J.H. Zidell, P.A.
>Attorney for Plaintiffs
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>
>By:____/s/ Elizabeth O. Hueber_____
>Elizabeth Olivia Hueber
>Florida Bar No.: 0073061

## CERTIFICATE OF CONFERRAL:

  Plaintiffs have corresponded on multiple occasions regarding this dispute, and the parties have not been able to come to a resolution. Defendants are aware of and have corresponded with Plaintiffs about the relief sought, but have not so informed Plaintiff that they contest the relief. Nevertheless, it is clear from context that they oppose the relief sought.

           By:____/s/ Elizabeth O. Hueber_____
           Elizabeth O. Hueber

## CERTIFICATE OF SERVICE:

  I hereby certify that a true and correct copy of the foregoing was served via CM/ECF to Daniel A. Espinosa, Esq. Espinosa Law Group 10625 N. Kendall Dr.  Miami, FL 33176-1510 Tel: 305-655-1501 x100 on this 21${}^{th}$ day of October, 2015.

           Respectfully submitted,

           J.H. Zidell, P.A.
           Attorney for Plaintiffs
           300 71${}^{st}$ Street, Suite 605
           Miami Beach, Florida 33141
           Tel: (305) 865-6766
           Fax: (305) 865-7167

           By:____/s/ Elizabeth O. Hueber_____
           Elizabeth Olivia Hueber
           Florida Bar No.: 0073061