### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.1:13-cv-20854-SCOLA/SIMONTON

KELLY PHILLIPS and EDEL LEON )
　 )
　　　Plaintiffs, )
　 )
v. )
　 )
MITCHELL'S LAWN MAINTENANCE )
CORPORATION, MITCHELL'S LAWN )
LLC, and MITCHELL IGELKO, )
　 )
　　　Defendants. )
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿)

### DEFENDANTS' WITNESS LIST

Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION (**"Mitchell's Lawn Corp."**), MITCHELL'S LAWN LLC (**"Mitchell's LLC"**), and MITCHELL IGELKO (**"Igelko"**) (collectively, the "**Defendants**"), hereby serve their updated witness list:

**List of Witnesses Defendants will Call at Trial**:

1. Hary de la Cruz

2. Kelly Phillips, a/k/a Kelly Phillips Leon

3. Edel Leon

4. Jamie Harrison Zidell

5. Anita Aviles

6. Brian Muñoz (*Plaintiff Kelly Phillips' son*)
   (*Current address and telephone number unknown and Plaintiffs refuse to provide same*)

7. Mitchell Igelko

8. Lance Cooper

9. Ahmed Andrade

ESPINOSA LAW GROUP
TRIAL LAWYERS

10. Records Custodian of Power Financial Credit Union

11. George M. Nachwalter

12. Records Custodian for Miranda's Lawn Maintenance Corp.

13. Records Custodian of Mitchell's Lawn Maintenance Corp.

14. Records Custodian for M.I. Quality Lawn Maintenance, Inc.

15. Elsa Gelman

16. Adriana Igelko

17. James Donnellan III, Esq.

18. Records Custodian of Better than Best Equipment Repairs and Rentals, LLC

19. Records Custodian of the Roadruck Investigations, Inc.

20. Steve Roadruck

21. Mark A. Ostrowski, CPA, CFE, MBA

22. Records Custodian of the Economic Crimes Unit,
    Miami-Dade State Attorney's Office

23. Sophiea Bailey, Esq.

24. Records Custodian of the Miami-Dade Police Department
    Economic Crimes Bureau

25. Lateefah Cave-Rose
    Miami-Dade Police Department

26. Patricia Martinez

27. Carmen Rodriguez, Esq.

28. Oscar Pena

27. Rigo (last name unknown)
    Employee of American Car Parks

28. Diana Fuentes, Corporate Representative of American Car Parks

ESPINOSA LAW GROUP
TRIAL LAWYERS

**<u>List of Witnesses Defendant May Call at Trial</u>**

29. Records Custodian of the Florida Bar

30. Authorized Representative of Ethics, Advertising, and Solicitations Department

31. The Florida Bar, Records Custodian of UPL Department

32. Victor Cifuentes

33. Christian Sahs

34. Linda Raymond, a/k/a Ms. Linda Maxey
    Contact information is unknown and was not disclosed by Plaintiffs.

35. Marguerite Wilfong

36. Thomas Wilfong

37. Vichith Phanitdasack

38. Olen Wilfong

39. Luis Meurice

40. Records Custodian of Best Vest Corp.

41. Records Custodian of Best Equipment and Repair, Inc.

42. Records Custodian of Equipment Sales of South Florida

43. Simone Nachwalter

44. Records Custodian of George M. Nachwalter, P.A.

45. Records Custodian for Florida's Agency for Workforce Innovation

46. Jorge Caso

47. Diana Fuentes, Corporate Representative of American Car Parks

48. Joshua Sheskin

ESPINOSA LAW GROUP
TRIAL LAWYERS

49. Dennis Dill, Records Custodian of Power Financial Credit Union

50. Delfino Lopez

51. Fabian Diaz

52. Renato Rodriguez

53. Anders Guzman

54. Marcelino Mateo Marcos

55. Gilberto Rodriguez-Vasquez

56. Victor Gutierrez

57. Robert Derhagopian

58. Ruben Rodriguez Melgar

59. Sebastian Gonzalez

60. Anibal Rivera

61. Oseas Reyes

62. John Chadwell

63. Alexander Briceno

64. Vincente Rodriguez

65. Juan Plazaola

66. Eduardo Miguelez

67. Jose Angel Cruz Rodriguez

68. Records Custodian of Hydraulic Solutions, Corporation

69. Records custodian of Sushi Lico

70. Records Custodian of Edel Alfonso's company

ESPINOSA LAW GROUP
TRIAL LAWYERS

71. Edel Alfonso

72. Noel Baez

73. John Jefferson

74. Esteban Del Sol

75. Jose Mendoza

76. Edgar Melgar

77. Mario Oliva

78. Cristian Paret

79. Yahilin Chirino

80. All named employees in Case #09-22243 (S.D. Fla.)


*DEFENDANTS' RESERVE THE RIGHT TO CALL ANY
AND ALL WITNESSES ON PLAINTIFFS' WITNESS LIST*


By:   */s/ Danny Espinosa*
        Daniel A. Espinosa, Esq.
        Florida Bar No.: 81686
        Thomas Charles Allison, Esq.
        Florida Bar No.: 35242
        despinosa@EspinosaLawGroup.com
        tallison@EspinosaLawGroup.com
        **ESPINOSA LAW GROUP**
        *Counsel for Defendants*
        10625 N. Kendall Drive
        Miami, Florida 33176

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document was served via e-mail and filed via e-mail, this <u>22nd</u> day of October, 2015, upon: Jamie H. Zidell, Esq., <u>zabogado@aol.com</u>, Dan Feld, Esq., <u>danielfeld.esq@gmail.com</u>, Rivkah Jaff, Esq., <u>rivkah.jaff@gmail.com,</u> and Lorna Salomon, Esq., <u>LornaSalomon@miamisao.com</u>.

By:     <u>*/s/ Danny Espinosa*          </u>

ESPINOSA LAW GROUP
TRIAL LAWYERS