UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KELLY PHILLIPS and EDEL LEON,  )
                                                )
       Plaintiffs,                    )
                                                )   CASE NO.: 1:13-cv-20854-AMS
v.                                            )
                                                )   [CONSENT CASE]
MITCHELL'S LAWN MAINTENANCE  )
CORPORATION, MITCHELL'S LAWN   )
LLC, and MITCHELL IGELKO,           )
                                                )
       Defendants.                  )
                                                )
_____)

**DEFENDANTS' UPDATED WITNESS LIST**
*(10/25/15)*

Defendants MITCHELL'S LAWN MAINTENANCE CORPORATION (**"Mitchell's Lawn Corp."**), MITCHELL'S LAWN LLC (**"Mitchell's LLC"**), and MITCHELL IGELKO (**"Igelko"**) (collectively, the "**Defendants**"), hereby submit their Updated Witness List:

**List of Witnesses Defendants *Will* Call at Trial**:

1. Hary de la Cruz (*via* designations)

2. Kelly Phillips, a/k/a Kelly Phillips Leon

3. Edel Leon

4. Anita Aviles (*via* designations)

5. Elsa Gelman

6. Adriana Igelko

7. Mitchell Igelko

8. Steve Roadruck (*via* designations)

9. Lateefah Cave-Rose

*Phillips, et al. v. Igelko, et al.*
Case No. 13-cv-20854

10. Sophiea Bailey, Esq.

11. Jorge Casco (*via* designations)

12. Diana Fuentes, Corporate Representative of American Car Parks (*via* designations)

13. Dennis Dill, Corporate Representative for Power Financial Credit Union (*via* designations)

14. Marguerite Wilfong (*via* designations)

15. Olen Wilfong (*via* designations)

16. Cristian Paret (*via* designations)

17. Brian Muñoz

**List of Witnesses Defendants *May* Call at Trial**

18. Jamie Harrison Zidell, Esq.

19. James Donnellan III, Esq.

20. Carmen Rodriguez, Esq.

21. Vichith Phanitdasack

22. Victor Cifuentes

23. Patricia Martinez

24. Lance Cooper

25. Ahmed Andrade

26. Joshua Sheskin

27. Oscar Pena

28. Thomas Wilfong

29. Linda Raymond, a/k/a Ms. Linda Maxey (contact information unknown and not disclosed by Plaintiffs)

30. Records Custodian of Power Financial Credit Union

31. Miami-Dade Police Department Records Custodian

32. Records Custodian for Miranda's Lawn Maintenance Corp.

33. Records Custodian of Roadruck Investigations, Inc.

34. Records Custodian of the Economic Crimes Unit, Miami-Dade State Attorney's Office

35. Records Custodian of the Miami-Dade Police Department, Economic Crimes Bureau

*DEFENDANTS RESERVE THE RIGHT TO CALL ANY AND ALL WITNESSES ON PLAINTIFFS' WITNESS LIST, AND ANY OTHER WITNESSES NECESSARY FOR IMPEACHMENT/REBUTTAL*

**DATED** this 25th day of October, 2015.

Respectfully submitted,

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 305-655-1501
E-mail: despinosa@espinosalawgroup.com
E-mail: tallison@espinosalawgroup.com

By: */s/ Thomas Charles Allison*
    Daniel Alberto Espinosa, Esq.
    Florida Bar No. 81686
    Thomas Charles Allison, Esq.
    Florida Bar No. 35242

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served via notice of electronic filing, generated upon filing of the foregoing via CM/ECF, this 25th day of October, 2015, upon: Jamie H. Zidell, Esq., zabogado@aol.com, Rivkah Jaff, Esq., rivkah.jaff@gmail.com,

and Elizabeth O. Hueber, Esq., Elizabeth.hueber.esq@gmail.com, and upon all other counsel and parties of record.

>Respectfully submitted,
>
>By: */s/ Thomas Charles Allison*
>    Thomas Charles Allison, Esq.
>    Florida Bar No. 35242
>
>*Counsel for Defendants*