UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

   Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

   Defendants.
_____/

## JURY NOTE

We need ALL Stipulations in writing please.

11/5/15  11:30
DATE & TIME, FOREPERSON

1:54pm The stipulations are not in a written form suitable for the jury's review. The jury is instructed to rely on its collective memory, and the exhibits.

Andrea M. Simonton
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.
_____/

## JURY NOTE

We will not be able to finish tonight. Jimenez is out tomorrow and Luis is on a business trip (exam test) all of next week.

Can we finish deliberation Mon, Nov. 16?

11/5/15 4:15pm
DATE & TIME, FOREPERSON