UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.
_____/

## JURY NOTE

We need clarification on verdict page 8 in regards to the top line "If you answered Yes to any of the above..." Then if we said no, are we to ~~did~~ consider damages? on line 16-18.

_____  11/16/15
DATE & TIME, FOREPERSON

11:45 a.m.  If you answered "No" to any of the above
11/16/15    items, continue to answer the remaining
            questions on the verdict form.

                                      Andrea M. Simonton

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.
_____/

## JURY NOTE

We need clarification on verdict page 8 in regards to the top line "If you answered Yes to any of the above..." Then if we said no, are we to ~~et~~ consider damages? on line 16-18.

Date & Time, Foreperson: 11/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.

_____/

## JURY NOTE

There is a juror who would like to know if we find that one of the plaintiff's was slandered, do we have to award money under compensatory damages? If so, are there minimums or maximums?

DATE & TIME, FOREPERSON  11/16/15

11/16/15 2:50 p.m. The answer to both questions is "No".

Andrea M. Simonton

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.

_____/

## JURY NOTE

There is a juror who would like to know if we find that one of the plaintiff's was slandered, do we have to award money under compensatory damages? If so, are there minimums or maximums?

11/16/15

DATE & TIME, FOREPERSON