UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and
EDEL LEON,

    Plaintiffs,

v.

MITCHELL'S LAWN MAINTENANCE,
CORP., MITCHELL'S LAWN, LLC,
and MITCHELL IGELKO,

    Defendants.
_____/

## VERDICT FORM

### RETALIATION AS TO PLAINTIFF PHILLIPS

Do you find from a preponderance of the evidence:

1. That Kelly Phillips engaged in protected activity when she asserted her own claim for overtime compensation?

    Answer Yes or No    __NO__ 

If your answer is "Yes," you may consider this activity with respect to the retaliation claims, if your answer is "No," you may only consider her protected activity as established with respect

to serving as a material witness in the overtime case filed by her co-workers.

2. That Defendants Mitchell's Lawn Maintenance Corp., and Mitchell Igelko took an adverse employment action against Kelly Phillips?

Answer Yes or No     __NO__

If your answer is "No," go to No. 7. If your answer is "Yes," go to the next question.

3. That Defendants Mitchell's Lawn Maintenance Corp., and Mitchell Igelko took the adverse employment action because of Kelly Phillips' protected activity?

Answer Yes or No     _____

If your answer is "No," go to No. 7. If your answer is "Yes," go to the next question.

4. That Kelly Phillips suffered damages because of the adverse employment action?

Answer Yes or No     _____

If your answer is "No," go to No. 7.

If your answer is "Yes," please state the amount of damages to which she is entitled: _____

5. Do you find that Defendants have proven the affirmative defense of unclean hands with respect to those claims of retaliation based on the allegations related to the theft of money (this defense does not apply to the claim based on the alleged damage to a tire)?

    Answer Yes or No   _____

If you answered "No," go to No. 6.

If you answered "Yes," please state the amount of damages, if any, to which Kelly Phillips is entitled based on the claim related to the damaged tire: _____

6. Do you find that Defendants have proven the affirmative defense under the First Amendment right to petition, with respect to the federal retaliation claim?

    Answer Yes or No _____

If you answered "No," go to No. 7.

If you answered "Yes," please state the amount of damages, if any, to which Kelly Phillips is entitled based on your determination as to the other acts of retaliation (specifically, you should deduct from the damages award in question No. 4, any damages you attribute to the filing of the lawsuit in state court):

_____

## RETALIATION AS TO PLAINTIFF LEON

Do you find from a preponderance of the evidence:

7.   The parties have agreed that Edel Leon engaged in protected activity, and therefore you should consider this element proven with respect to him.

8.   That Defendants Mitchell's Lawn Maintenance Corp., and Mitchell Igelko took an adverse employment action against Edel Leon?

Answer Yes or No    __NO__

If your answer is "No," go to No. 13. If your answer is "Yes," go to the next question.

9. That Defendants Mitchell's Lawn Maintenance Corp., and Mitchell Igelko took the adverse employment action because of Edel Leon's protected activity?

        Answer Yes or No  _____

If your answer is "No," go to question No. 13.

10. That Edel Leon suffered damages because of the adverse employment action?

        Answer Yes or No  _____

If your answer is "No," go to No. 13.

If your answer is "Yes," please state the amount of damages to which he is entitled: _____

11. Do you find that Defendant has proven the affirmative defense of unclean hands with respect to those claims of retaliation based on the allegations related to the theft of money (this defense does not apply to the claim based on the alleged damage to a tire)?

        Answer Yes or No  _____

If you answered "No," go to No. 13.

If you answered "Yes," please state the amount of damages, if any, to which Edel Leon is entitled based on the damaged tire: _____

12. Do you find that Defendants have proven the affirmative defense under the First Amendment right to petition, with respect to the federal retaliation claim?

Answer Yes or No _____

If you answered "Yes," please state the amount of damages, if any, to which Edel Leon is entitled based on your determination as to the other acts of retaliation (specifically, you should deduct from the damage award in question No. 10, any damages you attribute to the filing of the lawsuit in state court):

_____

## SLANDER AS TO PLAINTIFF PHILLIPS

13. Did Mitchell Igelko engage in defamation by slander of Plaintiff Kelly Phillips as described in the jury instructions?

Answer Yes or No with respect to statements made to the following:

Francisco Torres: __YES__

Alma del Rio: __NO__

Employees of Defendants in August 2012: __YES__

Former employees: __YES__

If your answer is "No," to all of the above, go to question No. 19. If your answer is "Yes," to any of the above, answer the next question, considering only the statements as to which you answered, "Yes."

14. Do you find that the Defendant has proven by a preponderance of the evidence that the statements made to the following were made only before March 13, 2011? Answer Yes or No with respect to the following:

Francisco Torres: __NO__

Alma del Rio: __/__

Employees of Defendants in August 2012: __NO__

Former employees: ___YES___

If you answered "Yes" to any of the above, you are not to consider those statements with respect to the remaining questions.

15. Was the subject matter of any of the statements made by Defendant Mitchell Igelko that Plaintiff Kelly Philips committed a criminal offense?

Answer Yes or No: ___~~No~~ YES___

16. What amount of compensatory damages were suffered by Plaintiff Kelly Phillips? $10,000.—

17. As to the Affirmative defense of truth, do you find that Defendants have proven by a preponderance of the evidence, that the gist of the defamatory statements was true and made with good motives?

Answer Yes or No: ___YES___

If your answer is "Yes," go to question No. 19.

If your answer is "No," go to the next question.

18. Do you find by clear and convincing evidence that Defendant Mitchell Igelko's primary purpose in making the defamatory statements was to indulge ill will and hostility and intent to harm Kelly Philips?

Answer Yes or No  ____~~☒~~____

If your answer is "Yes," state the amount of punitive damages that should be awarded to Kelly Phillips: ____/____. If you answer "No," go to question No. 19.

## SLANDER AS TO PLAINTIFF LEON

19. Did Mitchell Igelko engage in defamation by slander of Plaintiff Edel Leon as described in the jury instructions?

Answer Yes or No with respect to statements made to the following:   Employees of Defendants in August 2012: __NO__

Former employees: __NO__

If your answer is "No," to all of the above, you need not answer the remaining questions. The foreperson should sign and date the Verdict Form, and send a note to the Court stating that you have reached a verdict. If your answer is "Yes," to any of the above, answer the next question, considering only the statements as to which you answered, "Yes."

20. Do you find that the Defendant has proven by a preponderance of the evidence that the statements made to the following were made only before March 13, 2011? Answer Yes or No with respect to the following:

Employees of Defendants in August 2012: __/__

Former employees: __/__

If you answered "Yes" to any of the above, you are not to consider those statements with respect to the remaining questions.

21. Was the subject matter of any of the statements made by Defendant Mitchell Igelko that Plaintiff Edel Leon committed a criminal offense?

Answer Yes or No: _____/_____

22. What amount of compensatory damages were suffered by Plaintiff Edel Leon? _____/_____

23. As to the Affirmative defense of truth, do you find that Defendants have proven by a preponderance of the evidence, that the gist of the defamatory statements was true and made with good motives?

Answer Yes or No: _____/_____

If your answer is "Yes," you need not answer the remaining question. The foreperson should sign and date the Verdict Form,

and send a note to the Court stating that you have reached a verdict. If your answer is "No," go to the next question.

24. Do you find by clear and convincing evidence that Defendant Mitchell Igelko's primary purpose in making the defamatory statements was to indulge ill will and hostility and intent to harm Edel Leon?

Answer Yes or No _____/_____

If your answer is "Yes," state the amount of punitive damages that should be awarded to Edel Leon: ____/____.

SO SAY WE ALL.

DATE: 11/16/15                    Foreperson's Signature