UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20854-CIV-SIMONTON

KELLY PHILLIPS and EDEL LEON,

    Plaintiffs,

vs.

MITCHELL'S LAWN MAINTENANCE
CORP. and MITCHELL IGELKO,

    Defendants.
_____/

## FINAL JUDGMENT IN FAVOR OF DEFENDANTS

This action was tried by a jury with Magistrate Judge Simonton presiding, and the jury has rendered a verdict in favor of the Defendants.

Based thereon, the Court hereby enters Final Judgment in favor of Defendants Mitchell's Law Maintenance Corporation, Mitchell Igelko and Mitchell's Lawn, LLC. The Plaintiffs Kelly Phillips and Edel Leon shall recover nothing in this action from the Defendants.

The case is hereby closed. The Court retains jurisdiction over the Defendants' Motion for Sanctions Against Plaintiffs' Lawyers and the Law Firm of J.H. Zidell under the Court's Inherent Authority, ECF No. [122]. All other pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, on this 17th day of November, 2015.

                                                /s/ Andrea M. Simonton
                                              ANDREA M. SIMONTON
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

    All counsel of record