UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case NO.: 10-20506-CIV-SEITZ/SIMONTON

CONSENT CASE

| | |
|---|---|
| EDEL LEON, ANDRES GUZMAN, JAVIER GONZALEZ, VICTOR ANTONIO GUTIERREZ, MARCELINO MATEO <br><br> Plaintiffs, <br><br> v. <br><br> M.I. QUALITY LAWN MAINTENANCE, INC., MITCHELL'S LAWN MAINTENANCE CORP., and MITCHELL IGELKO, <br><br> Defendants, | Case No. 10-20975-CIV-SEITZ/SIMONTON <br><br> Consent Case |

### AFFIDAVIT OF MR. LANCE COOPER

BEFORE ME, the undersigned authority, on this day personally appeared LANCE COOPER, who, being duly sworn, deposes and says:

1. My name is LANCE COOPER, and I am over 18 years old. This affidavit and all statements in it are based on my personal knowledge.

2. I have been the owner of Best Vest Corporation (**"Best Vest"**) since 1997. Best Vest also does business as Perrine Rentals (**"Perrine"**) since 2005. Additionally, I own Best Equipment & Repair, Inc. (**"Best Equipment"**) since 1993.

3. On or about August 10, 2009, Edel Leon (**"Leon"**) applied for a job at Perrine as an engine mechanic (the **"First Interview"**). He was with a woman, Kelly Phillips (**"Phillips"**), who I later discovered was his wife.

4. During his First Interview, Leon met with one of my managers, Ahmed Andrade. Later that same week, on or about August 12, 2009, Leon came for a second interview (the **"Second Interview"**) in which he was required to demonstrate his skill level at a workbench in the shop. Phillips also attended the Second Interview.

5. On or about August 17, 2009, Leon had a final interview (the **"Final Interview"**). During the Final Interview, I personally met with Leon as management had decided that Leon was a good candidate for the position. Phillips also was present during the Final Interview. During the Final Interview, I offered Leon a position at Perrine as a small engine mechanic with

– 1 –

a starting pay of $18 per hour with the opportunity of overtime. Other topics that were discussed were health insurance, holidays, and sick days (the **"Offer"**). Leon accepted the Offer and began working the week of August 24, 2013. A true and correct copy of Leon's Employment Application and my notes attached thereto is attached as **Composite Exhibit "1"** and incorporated herein. Additionally, a true and correct copy of Perrine's bookkeeping records for every net payment received by Leon from September 2, 2009, through November 30, 2012, is attached as **Composite Exhibit "2"** and incorporated herein.

6. During the Final Interview, Phillips did all the talking for Leon. In fact, it was Phillips who negotiated the rate of pay and the employment benefits Leon was to receive. At the conclusion of the Final Interview, Phillips asked me if I was in need of a bookkeeper. She told me she was a great bookkeeper. I told Phillips that I was in need of a bookkeeper and asked her if she would be interested in working for Best Equipment. Phillips told me she was interested but could not take a position because of her lawsuit against Mitchell Igelko and his companies (**"Mitchell"**). Phillips went on to tell me that she expected to make millions of dollars from the lawsuits against Mitchell. She said if she were to accept a position as a bookkeeper at Best Equipment, she would make less money in her lawsuits against Mitchell.

7. As Leon and Phillips were leaving the Final Interview, Phillips told me that some attorneys were likely going to be contacting me. At this time, Phillips asked me to tell any attorney that contacted me that I refused to hire Phillips because Mitchell was spreading rumors about her being a liar and a thief. One of my managers, Ahmed Andrade, was present with me when Phillips told me this. Phillips asked Ahmed Andrade to say that I refused to hire her because Mitchell was spreading rumors about her being a liar and a thief.

8. Phillips was very adamant about the way Leon was to receive all of his compensation while working for my companies. She insisted that I put the overtime in a supplemental check outside of payroll so it would appear as if Leon was making less money with my company, which Phillips told me would somehow help her and Leon in their lawsuit against Mitchell.

9. There was rarely a pay period that Leon did not work at least five (5) extra hours of overtime at an hourly rate of $27.00 per hour—a minimum of $135.00 extra per pay period, all of which was in addition to Leon's regular payroll. Throughout Leon's entire employment, he often refused other opportunities to work additional overtime.

10. While Leon was employed at Perrine, his health insurance for a family plan with a deductible of $1,500.00 was covered 100%. Leon elected to enroll in a health insurance plan with a lower deductible of $500.00 and was required to pay the difference for the lower deductible plan. As indicated in the notes of Leon's Employment Application attached hereto as Composite Exhibit 1, the health insurance premium for a $1,500.00 deductible plan was approximately $692.76, which Perrine agreed to cover 100% for Leon. Also, as indicated in the notes of Leon's Employment Application attached hereto as Composite Exhibit 1, the health insurance premium for a $500.00 deductible plan was approximately $982.52, which Leon agreed to cover the difference. The difference between the plans was approximately $289.82. Ultimately, it was determined that $72.94 would be deducted from Leon's weekly paycheck to

account for the more expensive health insurance plan Leon selected for his entire family. These deductions are further evidenced by the 2009 and 2010 Payroll Reports obtained from my payroll company, CompuPay, Inc., which are attached as **Composite Exhibit "3"** and incorporated herein. Ultimately, the price for Leon's health insurance increased, and the price increase is indicated starting May 7, 2010, in Composite Exhibit 2 and in the January 31, 2011, through June 29, 2012, Payroll Reports obtained from CompuPay, Inc., which are attached as **Composite Exhibit "4"** and incorporated herein.

11. I have known Mitchell for as many years as I have been in the business because he is a large consumer of landscape equipment and materials. Mitchell and I have had some issues, and I have never really liked him. After hearing all the things Phillips told me about Mitchell, and the way he allegedly treated Leon and Phillips, I liked him even less. From the very first time I met Phillips, she repeatedly told me that Mitchell was an asshole and that her and Leon were going to be the ones to take Mitchell down.

12. Additionally, Phillips told me she already had secured, and was going to continue to secure, as many of Mitchell's past and present employees as she could to file lawsuits against Mitchell. Phillips described her and Leon's employment with Mitchell as a nightmare and stated that Mitchell had accused her of, among other things, stealing over one million dollars (**$1,000,000.00**), employee files, time cards, and a company computer from Mitchell's business. Mitchell never told me anything about Phillips stealing money or files from him. Instead, it was Phillips who told me about Mitchell's allegations in the lawsuit.

13. On average, Leon would work about 45 hours per week from August 2009 – January 2013, which included about five (5) hours of overtime. Phillips instructed and insisted that I categorize Leon's overtime as insurance reimbursement as a condition of his employment.

14. From the beginning of Leon's employment, through the end, Phillips insisted that I only call in forty (40) hours to payroll. When I asked her why she needed for Leon to get paid in this fashion, she told me Leon had to be paid exactly this way because she did not want Leon showing that he worked overtime because it would affect their monetary recovery in their lawsuit against Mitchell. I found Phillips' request to be odd, but I agreed to issue payment accordingly because I really wanted Leon to work at my business. I began to pay Leon through payroll on November 20, 2009. Prior to that check date, I paid him directly through my company because Leon was on his probationary period of employment.

15. Often times, Leon would hold on to his overtime paychecks for several months before depositing them. I asked both Phillips as well as Leon to not sling-shot Leon's checks this way because it caused my office problems. Their response was "it had to be done that way to help them maximize their recovery against Mitchell."

16. From Leon's first day at work on August 26, 2009, through November 27, 2009, Perrine paid Leon a <u>net</u> amount of $6,014.76.

17. Ever since the inception of Leon's employment, Leon has earned a minimum of $18.00 per hour for forty (40) hours plus an average of five (5) hours of overtime at a minimum

– 3 –

hourly rate of $27 per hour. Leon's employment went from approximately August 2009 to approximately midway or near the end of January 2013.

18. I paid Leon many times to attend court for the lawsuits against Mitchell and for sick days, personal days, and holidays despite the fact that he did not work any of those days.

19. During Leon's employment, Phillips told me jokingly that her attorney was claiming emotional distress for Leon because Leon had an issue with video cameras. Because of the emotional damages being claimed in the lawsuit with Igelko, Leon told me it would be better if he did not work where there were cameras.

20. When the Perrine location was being closed in or about November 2012, Leon approached me with an offer to purchase shop equipment, signs, and work benches. When I asked him why he need the equipment, he told me that he was opening up a business. Leon then asked what I was going to be doing with the property that Perrine occupied. I told him it would be leased or sold to a new business. At this time, Leon mentioned he was interested in opening a store for himself. He said he had received a large amount of money and was ready to go on his own. Perrine was closed, and its entire inventory was transferred to the main store Best Equipment. Leon also was transferred to Best Equipment where he stayed employed until midway or near the end of January 2013.

21. Throughout the course of Leon's employment at Best Equipment, he worked under constant video surveillance. Leon never had a problem working with me in the store because of the presence of those video cameras. Leon was a great mechanic and did his job well.

22. During the early part of July 2012, Leon took approximately ten (10) days off of work to attend to a legal matter. Because he was a great mechanic, I always accommodated his requests for days off due to his legal matters.

**[THIS PART INTENTIONALLY LEFT BLANK.]**

23. To date, Mitchell has never contacted me to tell me anything regarding Phillips or Leon stealing money from him or taking any employee files from any of his businesses.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LANCE COOPER

STATE OF FLORIDA )
) ss:
COUNTY OF MIAMI-DADE )

SWORN TO and subscribed before me this 4TH day of December, 2013, by LANCE COOPER, who is ☑ personally known to me, or ☐ produced _____ identification and did take an oath.

**RICARDO GARCIA**
Notary Public - State of Florida
My Comm. Expires Mar 19, 2016
Commission # EE 180963

_____
Notary Public—State of Florida

RICARDO GARCIA
Printed, Typed, or Stamped Name of Notary

started on 8/26/09

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE AN EQUAL OPPORTUNITY EMPLOYER

Payroll 11/11/09

## PERSONAL INFORMATION = 16930 SW 96 ct =

| NAME (LAST NAME FIRST) Leon Edel | SOCIAL SECURITY NO. 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 |
| --- | --- |
| PRESENT ADDRESS 13831 SW 154 ct | APT. NO. | CITY Miami | STATE FL | ZIP 33196 |
| PERMANENT ADDRESS Same | APT. NO. | CITY | STATE | ZIP |
| ARE YOU 18 YEARS OR OLDER? ☑ YES ☐ NO | PHONE 305-898-9366 |

\* 305-733-5801 \*

LAST

## DESIRED EMPLOYMENT

| POSITION Small Engine Mechanic 2-4 cycle | DATE YOU CAN START 8/24/09 | SALARY DESIRED |
| --- | --- | --- |
| ARE YOU EMPLOYED NOW? ☐ YES ☒ NO | IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? ☐ YES ☐ NO | | |
| EVER APPLIED TO THIS COMPANY BEFORE? ☐ YES ☒ NO | WHERE? | WHEN? |
| EVER WORKED FOR THIS COMPANY BEFORE? ☐ YES ☒ NO | WHERE? | WHEN? |
| REASON FOR LEAVING | | |
| NAME OF LAST SUPERVISOR AT THIS COMPANY | N/A | |
| WHO REFERRED YOU TO THIS COMPANY? ☐ EMPLOYMENT AGENCY   ☐ NEWSPAPER ADVERTISING   ☐ FRIEND   ☐ STATE EMPLOYMENT OFFICE   ☐ COLLEGE PLACEMENT SERVICE   ☐ WALK IN   ☒ OTHER |

FIRST

## EDUCATION

| SCHOOL LEVEL | NAME AND LOCATION OF SCHOOL | NO. OF YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
| --- | --- | --- | --- | --- |
| GRAMMAR SCHOOL | Cuba | 10 | Yes | |
| HIGH SCHOOL | Miami Jackson High | 1 | No | |
| COLLEGE | | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

MIDDLE

## GENERAL

| SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK |
| --- |
| SPECIAL TRAINING |
| SPECIAL SKILLS Fix all types of 2-4 cycle equipment |

COMPOSITE EXHIBIT 1

(April, 2001)

adams 9286

\* Insurance $600 wk / reported to PERLINE.

APPLICATION FOR EMPLOYMENT

* Insurance $600 w/ [illegible] [illegible]

60" Deck w/27hp

Toro
(6) ExMark
Dixie Chopper

Mowers -- Dade County

(6) Mowers.

Dixie Chopper 60" ZTR Mower

Arnold
wheel leasing
ph (954) 609-7700

Olen Wilfong
ph (305)
fax (305)
Miami Dade County.

Send $600.00 after

Edel Segura
His Personal
HML P
Kelley

=Family= Husband.

Tues Thu Wed

=Edel= Individually

Edel & children $1000.00 100%

10/29
Amy Set to
Drive. Wed
Pickup OK
Sunday added



Attn: Amy
305-270-2195

Please check if OK to
drive. If OK add to insurance

Thank you

Marie
Best Equipment
305-278-3688

Subj: **Edel Leon Health Insurance**
Date: 10/26/2009 3:01:18 P.M. Eastern Daylight Time
From: zarateinsurance
To: LCBESTEQ

Lance

here are the total his health insurance is 984.52 ( monthly) for family on a 500 deductible that's what he elected.

the family rate fro the 1500.00 is 692.76

he will have to pay the deference

98(4)2.52
692.76
289.82  291.76  so his weekly deduction will be 66.88

now all of this is assuming that Best Equipment is paying 100% of his health insurance rate of **692.76** month
I spoke with him and told him that he will have to paid the deference. now I also told him that the effective date
will be 11/01/09 he understood.

Ed

E.L

deduct 72.94
72.94 per week for health plan

40 @ 18 - 720
5 @ 27 - 135
        ‾‾‾‾‾
        855
        279
        ‾‾‾
        576

tot 72.94 wk
    196.81
    ‾‾‾‾‾‾
    279.75

Tuesday, October 27, 2009 AOL: LCBESTEQ

S-2

Net 600

Gross -732.00  (72) 650
                    30.49
Fica -56.00       55
Fed -76.00

18-30/hr

# PERRINE RENTALS INC.
## Employee QuickReport
### January 2009 through November 2012

| Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|
| **EDEL LEON** | | | | | |
| Check | 9/2/2009 | 2688 | WEEK END ... | 1-1100 · Metrobank ... | 600.00 |
| Check | 9/10/2009 | 2700 | WEEK END ... | 1-1100 · Metrobank ... | 600.00 |
| Check | 9/16/2009 | 2717 | WEEK END ... | 1-1100 · Metrobank ... | 600.00 |
| Check | 9/23/2009 | 2732 | WEEK END ... | 1-1100 · Metrobank ... | 403.19 |
| Check | 10/1/2009 | 2749 | WEEK END ... | 1-1100 · Metrobank ... | 403.19 |
| Check | 10/8/2009 | 2757 | VOID: WEEK... | 1-1100 · Metrobank ... | 0.00 |
| Check | 10/8/2009 | 2768 | WEEK END ... | 1-1100 · Metrobank ... | 403.19 |
| Check | 10/14/2009 | 2777 | WEEK END ... | 1-1100 · Metrobank ... | 403.19 |
| Check | 10/21/2009 | 2793 | WEEK END ... | 1-1100 · Metrobank ... | 403.19 |
| Check | 10/28/2009 | 2811 | WEEK END ... | 1-1100 · Metrobank ... | 403.19 |
| Check | 11/4/2009 | 2831 | VOID: WEEK... | 1-1100 · Metrobank ... | 0.00 |
| Check | 11/5/2009 | 2838 | WEEK END ... | 1-1100 · Metrobank ... | 135.25 |
| Check | 11/12/2009 | 2844 | WEEK END ... | 1-1100 · Metrobank ... | 585.25 |
| Check | 11/19/2009 | 2859 | | 1-1100 · Metrobank ... | 243.00 |
| Check | 11/20/2009 | 1277 | WEEK END ... | 1-1100 · Metrobank ... | 348.56 |
| Check | 11/25/2009 | 2867 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 11/27/2009 | 1282 | WEEK END ... | 1-1100 · Metrobank ... | 348.56 |
| Check | 12/4/2009 | 1287 | WEEK END ... | 1-1100 · Metrobank ... | 278.94 |
| Check | 12/9/2009 | 2885 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 12/11/2009 | 1292 | WEEK END ... | 1-1100 · Metrobank ... | 348.56 |
| Check | 12/17/2009 | 2905 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 12/18/2009 | 1297 | WEEK END ... | 1-1100 · Metrobank ... | 348.56 |
| Check | 12/23/2009 | 2926 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 12/24/2009 | 1302 | WEEK END ... | 1-1100 · Metrobank ... | 348.56 |
| Check | 12/31/2009 | 1307 | WEEK END ... | 1-1100 · Metrobank ... | 341.60 |
| Check | 1/8/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 339.45 |
| Check | 1/13/2010 | 2941 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 1/15/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 1/21/2010 | 2952 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 1/22/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 1/27/2010 | 2959 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 1/29/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 2/3/2010 | 2973 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 2/5/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 2/10/2010 | 2989 | | 1-1100 · Metrobank ... | 81.00 |
| Check | 2/12/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 2/18/2010 | 3000 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 2/19/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 2/24/2010 | 3015 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 2/26/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 3/3/2010 | 3025 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/5/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 3/10/2010 | 3043 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/12/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 3/17/2010 | 3054 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/19/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 3/26/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 4/1/2010 | 3074 | | 1-1100 · Metrobank ... | 94.50 |
| Check | 4/2/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 4/7/2010 | 3084 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/9/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 4/14/2010 | 3091 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/16/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 4/21/2010 | 3115 | | 1-1100 · Metrobank ... | 27.00 |
| Check | 4/23/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 4/28/2010 | 3122 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/30/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 346.41 |
| Check | 5/5/2010 | 3129 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/7/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 311.74 |
| Check | 5/13/2010 | 3142 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/14/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 311.74 |
| Check | 5/19/2010 | 3152 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/21/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 311.74 |
| Check | 5/26/2010 | 3164 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/28/2010 | PR13... | WEEK END ... | 1-1100 · Metrobank ... | 311.74 |
| Check | 6/4/2010 | PR14... | WEEK END ... | 1-1100 · Metrobank ... | 311.74 |
| Check | 6/4/2010 | 3181 | | 1-1100 · Metrobank ... | 108.00 |

COMPOSITE EXHIBIT 2

# PERRINE RENTALS INC.
## Employee QuickReport
### January 2009 through November 2012

| Type  | Date       | Num   | Memo        | Account              | Amount |
|-------|------------|-------|-------------|----------------------|--------|
| Check | 6/10/2010  | 3191  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 6/11/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 6/16/2010  | 3205  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 6/18/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 6/23/2010  | 3217  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 6/25/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 6/30/2010  | 3232  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 7/2/2010   | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 7/7/2010   | 3244  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 7/9/2010   | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 7/16/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 207.32 |
| Check | 7/21/2010  | 3282  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 7/23/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 7/28/2010  | 3307  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 7/30/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 8/6/2010   | PR14… | WEEK END …  | 1-1100 · Metrobank … | 179.47 |
| Check | 8/11/2010  | 3336  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 8/13/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 8/18/2010  | 3348  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 8/20/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 8/25/2010  | 3361  |             | 1-1100 · Metrobank … | 81.00  |
| Check | 8/27/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 8/31/2010  | 3371  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 9/3/2010   | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 9/10/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 256.05 |
| Check | 9/15/2010  | 3394  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 9/17/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 9/22/2010  | 3400  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 9/24/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 9/29/2010  | 3415  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 10/1/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 10/5/2010  | 3431  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 10/8/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 10/14/2010 | 3447  |             | 1-1100 · Metrobank … | 13.50  |
| Check | 10/15/2010 | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 10/21/2010 | 3452  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 10/22/2010 | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 10/27/2010 | 3461  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 10/29/2010 | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 11/4/2010  | 3475  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 11/5/2010  | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 11/12/2010 | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 11/17/2010 | 3493  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 11/19/2010 | PR14… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 11/24/2010 | 3506  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 11/26/2010 | PR15… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 12/1/2010  | 3513  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 12/3/2010  | PR15… | WEEK END …  | 1-1100 · Metrobank … | 256.05 |
| Check | 12/8/2010  | 3522  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 12/10/2010 | PR15… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 12/16/2010 | 3534  | VOID:       | 1-1100 · Metrobank … | 0.00   |
| Check | 12/17/2010 | PR15… | VOID: WEEK… | 1-1100 · Metrobank … | 0.00   |
| Check | 12/17/2010 | 3541  | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 12/17/2010 | 3542  |             | 1-1100 · Metrobank … | 150.00 |
| Check | 12/22/2010 | 3549  |             | 1-1100 · Metrobank … | 120.00 |
| Check | 12/24/2010 | PR15… | WEEK END …  | 1-1100 · Metrobank … | 311.74 |
| Check | 1/3/2011   | 3556  | WEEK END …  | 1-1100 · Metrobank … | 280.57 |
| Check | 1/7/2011   | 3563  | WEEK END …  | 1-1100 · Metrobank … | 280.57 |
| Check | 1/14/2011  | 3576  | WEEK END …  | 1-1100 · Metrobank … | 446.74 |
| Check | 1/21/2011  | 3596  | WEEK END …  | 1-1100 · Metrobank … | 446.74 |
| Check | 1/28/2011  | 3618  | VOID: WEEK… | 1-1100 · Metrobank … | 0.00   |
| Check | 1/31/2011  | 3623  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 1/31/2011  | PR15… | WEEK END …  | 1-1100 · Metrobank … | 316.65 |
| Check | 2/4/2011   | PR15… | WEEK END …  | 1-1100 · Metrobank … | 316.65 |
| Check | 2/4/2011   | 3634  |             | 1-1100 · Metrobank … | 135.00 |
| Check | 2/10/2011  | 3651  |             | 1-1100 · Detrobank … | 135.00 |
| Check | 2/11/2011  | PR15… | WEEK END …  | 1-1100 · Metrobank … | 316.65 |
| Check | 2/17/2011  | 3665  |             | 1-1100 · Metrobank … | 135.00 |

# PERRINE RENTALS INC.
## Employee QuickReport
### January 2009 through November 2012

| Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|
| Check | 2/18/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 2/25/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 2/25/2011 | 3681 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/3/2011 | 3690 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/4/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 3/11/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 3/11/2011 | 3701 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/17/2011 | 3714 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/18/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 3/25/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 3/25/2011 | 3726 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 3/31/2011 | 3735 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/1/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 4/8/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 4/8/2011 | 3750 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/13/2011 | 3762 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/15/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 4/21/2011 | 3780 | REIMBURSE... | 1-1100 · Metrobank ... | 135.00 |
| Check | 4/22/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 4/29/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 4/29/2011 | 3796 | REIMBURSE... | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/6/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 5/6/2011 | 3812 | | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/13/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 295.22 |
| Check | 5/20/2011 | PR15... | WEEK END ... | 1-1100 · Metrobank ... | 316.65 |
| Check | 5/20/2011 | 3833 | REIMBURSE... | 1-1100 · Metrobank ... | 135.00 |
| Check | 5/26/2011 | 3845 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 5/27/2011 | PR15... | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 6/3/2011 | PR15... | WEEK END ... | 1-1105 · CAPITAL ... | 259.51 |
| Check | 6/10/2011 | PR15... | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 6/10/2011 | 4007 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 6/17/2011 | PR15... | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 6/17/2011 | 4018 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 6/23/2011 | 4037 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 6/24/2011 | 1560 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 6/30/2011 | 4052 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 7/1/2011 | 1563 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 7/8/2011 | 1566 | WEEK END ... | 1-1105 · CAPITAL ... | 259.51 |
| Check | 7/15/2011 | 1569 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 7/15/2011 | 4075 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 7/22/2011 | 1572 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 7/22/2011 | 4089 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 7/29/2011 | 1575 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 7/29/2011 | 4098 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/5/2011 | 1578 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 8/5/2011 | 4113 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/12/2011 | 1581 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 8/12/2011 | 4124 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/19/2011 | 1584 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 8/19/2011 | 4139 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/26/2011 | 1587 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 8/26/2011 | 4155 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 9/2/2011 | 1590 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 9/2/2011 | 4166 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 9/9/2011 | 1594 | WEEK END ... | 1-1105 · CAPITAL ... | 259.51 |
| Check | 9/16/2011 | 1598 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 9/16/2011 | 4187 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 9/16/2011 | 4238 | VOID: WEEK... | 1-1105 · CAPITAL ... | 0.00 |
| Check | 9/23/2011 | 1602 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 9/23/2011 | 4205 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 9/23/2011 | 4249 | VOID: WEEK... | 1-1105 · CAPITAL ... | 0.00 |
| Check | 9/30/2011 | 1606 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 9/30/2011 | 4216 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 9/30/2011 | 4260 | VOID: WEEK... | 1-1105 · CAPITAL ... | 0.00 |
| Check | 10/7/2011 | 1610 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 10/7/2011 | 4228 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 10/7/2011 | 4279 | VOID: WEEK... | 1-1105 · CAPITAL ... | 0.00 |
| Check | 10/14/2011 | 1614 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |

# PERRINE RENTALS INC.
## Employee QuickReport
### January 2009 through November 2012

| Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---|
| Check | 10/14/2011 | 4242 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 10/21/2011 | 1618 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 10/21/2011 | 4254 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 10/28/2011 | 1622 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 10/28/2011 | 4273 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 11/4/2011 | 1626 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 11/4/2011 | 4287 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 11/10/2011 | 1630 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 11/11/2011 | 4300 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 11/18/2011 | 4316 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 11/18/2011 | 1634 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 11/25/2011 | 4326 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 11/25/2011 | 1638 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 12/2/2011 | 1642 | WEEK END ... | 1-1105 · CAPITAL ... | 259.51 |
| Check | 12/9/2011 | 4357 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 12/9/2011 | 1646 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 12/16/2011 | 4367 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 12/16/2011 | 1650 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 12/23/2011 | 1654 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 12/23/2011 | 4379 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 12/30/2011 | 1658 | WEEK END ... | 1-1105 · CAPITAL ... | 316.65 |
| Check | 12/30/2011 | 4389 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 1/6/2012 | 4401 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 1/6/2012 | 1662 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 1/13/2012 | 4413 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 1/13/2012 | 1666 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 1/19/2012 | 4425 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 1/20/2012 | 1670 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 1/27/2012 | 4440 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 1/27/2012 | 1674 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 2/3/2012 | 4451 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 2/3/2012 | 1678 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 2/10/2012 | 4462 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 2/10/2012 | 1682 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 2/17/2012 | 4470 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 2/17/2012 | 1686 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 2/24/2012 | 4481 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 2/24/2012 | 1690 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 3/2/2012 | 4492 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 3/2/2012 | 1694 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 3/9/2012 | 4504 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 3/9/2012 | 1698 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 3/16/2012 | 4517 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 3/16/2012 | 1702 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 3/23/2012 | 4525 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 3/23/2012 | 1706 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 3/30/2012 | 4535 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 3/30/2012 | 1709 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 4/6/2012 | 1713 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 4/6/2012 | 4550 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 4/13/2012 | 4561 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 4/13/2012 | 1717 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 4/20/2012 | 4578 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 4/20/2012 | 1721 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 4/27/2012 | 4595 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 4/27/2012 | 1725 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 5/4/2012 | 4610 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 5/4/2012 | 1729 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 5/11/2012 | 4619 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 5/11/2012 | 1733 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 5/18/2012 | 4630 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 5/18/2012 | 1737 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 5/25/2012 | 4645 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 5/25/2012 | 1741 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 5/31/2012 | 4666 | BONUS | 1-1105 · CAPITAL ... | 50.00 |
| Check | 6/1/2012 | 1745 | WEEK END ... | 1-1105 · CAPITAL ... | 260.42 |
| Check | 6/7/2012 | 4677 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 6/8/2012 | 1749 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |

# PERRINE RENTALS INC.
## Employee QuickReport
### January 2009 through November 2012

| Type | Date | Num | Memo | Account | Amount |
|---|---|---|---|---|---:|
| Check | 6/15/2012 | 4695 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 6/15/2012 | 1753 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 6/22/2012 | 4706 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 6/22/2012 | 1757 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 6/29/2012 | 1761 | WEEK END ... | 1-1105 · CAPITAL ... | 317.56 |
| Check | 6/29/2012 | 4723 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 7/6/2012 | 1830 | WEEK END ... | 1-1105 · CAPITAL ... | 37.48 |
| Check | 7/27/2012 | 1842 | WEEK END ... | 1-1105 · CAPITAL ... | 315.56 |
| Check | 7/27/2012 | 4764 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/3/2012 | 1846 | WEEK END ... | 1-1105 · CAPITAL ... | 315.56 |
| Check | 8/3/2012 | 4779 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/10/2012 | 4790 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/10/2012 | 1850 | WEEK END ... | 1-1105 · CAPITAL ... | 315.56 |
| Check | 8/17/2012 | 1854 | WEEK END ... | 1-1105 · CAPITAL ... | 315.56 |
| Check | 8/17/2012 | 4801 | REIMBURSE... | 1-1105 · CAPITAL ... | 135.00 |
| Check | 8/24/2012 | 1858 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 8/24/2012 | 4811 | VOID: REIM... | 1-1105 · CAPITAL ... | 0.00 |
| Check | 8/31/2012 | 1862 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 9/7/2012 | 1866 | WEEK END ... | 1-1107 · CHASE B... | 258.42 |
| Check | 9/14/2012 | 1870 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 9/21/2012 | 1874 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 9/28/2012 | 1878 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 10/5/2012 | 1882 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 10/12/2012 | 1886 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 10/19/2012 | 1890 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 10/26/2012 | 1894 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 11/2/2012 | 1898 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 11/9/2012 | 1902 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 11/16/2012 | 1906 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 11/23/2012 | 1910 | WEEK END ... | 1-1107 · CHASE B... | 315.56 |
| Check | 11/30/2012 | 1914 | WEEK END ... | 1-1107 · CHASE B... | 258.42 |
| **Total EDEL LEON** | | | | | **70,632.82** |
| **TOTAL** | | | | | **70,632.82** |