UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV- SIMONTON

[CONSENT CASE]

KELLY PHILLIPS and EDEL LEON,  )
                                )
         Plaintiffs,            )
   vs.                          )
                                )
MITCHELL'S LAWN MAINTENANCE     )
CORPORATION,                    )
MITCHELL'S LAWN LCC,            )
MITCHELL IGELKO,                )
                                )
         Defendants.            )
_____

**PLAINTIFFS' MOTION TO EXTENSION OF TIME TO FILE RESPONSE TO [DE237]**

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 7.1, Plaintiffs requests entry of an order granting the above-described motion ("Motion for Extension"), and as grounds there of states as follows:

1. Pursuant to the Court's Order [DE244], Plaintiffs must file their Response to Defendants' Motion [DE237] for Sanctions to Include Additional Sanctionable Conduct by Mr. Zidell, His Law Firm, and Plaintiffs, Kelly Phillips and Edel Leon, by January 19, 2016.

2. Due to a physical and/or medical issue that arose with the attorney assigned to respond to the pending Motion, Elizabeth Heuber, Esq., Plaintiffs seek a brief one-week extension to respond to Defendants' Motion [DE237].

3. As the case at bar has already been tried and there is no Scheduling Order in effect, the requested extension will not prejudice any party. Furthermore, the requested relief is not

    sought for the purpose of delay but rather a result of unforeseeable extenuating circumstances.

4. Plaintiffs respectfully request a brief enlargement through till January 26, 2016, for Plaintiffs to file their Response to Defendants' Motion [DE237] for Sanctions to Include Additional Sanctionable Conduct by Mr. Zidell, His Law Firm, and Plaintiffs, Kelly Phillips and Edel Leon.

### **MEMORANDUM OF LAW**

The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995). The Court has discretion to grant enlargements based on the circumstances. In the case at bar, due to unforeseeable and extenuating circumstances, specifically due to a physical and/or medical issue that arose with the attorney assigned to respond to the pending Motion, Elizabeth Heuber, Esq., Plaintiffs seek a brief one-week extension to respond to Defendants' Motion [DE237]. The Court should find the aforesaid constitutes good cause shown to justify the requested extension. The request for further time is not for purposes of delay, will not overly encumber the Court, and such relief is reasonable.

WHEREFORE PLAINTIFFS RESPECTFULLY REQUEST A BRIEF ENLARGEMENT THROUGH TILL JANUARY 26, 2016, FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION [DE237] FOR SANCTIONS TO INCLUDE ADDITIONAL SANCTIONABLE CONDUCT BY MR. ZIDELL, HIS LAW FIRM, AND PLAINTIFFS, KELLY PHILLIPS AND EDEL LEON.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(A)(3), undersigned counsel certifies that she has attempted to reach Defense Counsel, Daniel Espinosa, Esq., by via email and phone however, due to the late hour and pending deadline said Motion is being filed without having obtained Defense Counsel's position.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah Jaff ___
Rivkah Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/19/16 TO:**

**DANIEL A. ESPINOSA, ESQ.
THOMAS CHARLES ALLISON, ESQ.
ESPINOSA LAW GROUP
10625 N. KENDALL DR.
MIAMI, FL 33176-1510
DESPINOSA@ESPINOSALAWGROUP.COM
TALLISON@ESPINOSALAWGROUP.COM**

**JEFFREY SCOTT BERLOWITZ, ESQ.
SIEGFRIED RIVERA HYMAN LERNER DE LA TORRE MARS & SOBEL P.A.
201 ALHAMBRA CIRCLE, 11TH FLOOR
CORAL GABLES, FL 33134
PH: 305 442-3334
FAX: 305 443-3292
EMAIL: JBERLOWITZ@SRHL-LAW.COM**

**BY:__/s/____Rivkah Jaff _____
RIVKAH JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20854-CIV- SIMONTON

[CONSENT CASE]

| | |
|---|---|
| KELLY PHILLIPS and EDEL LEON, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| MITCHELL'S LAWN MAINTENANCE | ) |
| CORPORATION, | ) |
| MITCHELL'S LAWN LCC, | ) |
| MITCHELL IGELKO, | ) |
| | ) |
| Defendants. | ) |

_____

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTENSION OF TIME TO FILE RESPONSE TO [DE237]**

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said Motion is granted and therefore:

PLAINTIFFS SHALL HAVE TO JANUARY 26, 2016, TO RESPOND TO DEFENDANTS' MOTION [DE237] FOR SANCTIONS TO INCLUDE ADDITIONAL SANCTIONABLE CONDUCT BY MR. ZIDELL, HIS LAW FIRM, AND PLAINTIFFS, KELLY PHILLIPS AND EDEL LEON.

DONE AND ORDERED IN CHAMBERS IN MIAMI-DADE, FLORIDA, ON THIS _____ DAY OF _____, 2016.

_____
ANDREA M. SIMONTON

                                    UNITED STATED MAGISTRATE JUDGE

Copies to: Counsel of Record